IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

Case No.: 1:20-cv-00998

| | |
|---|---|
| GREGORY DRUMWRIGHT, EDITH ANN JONES, and JUSTICE FOR THE NEXT GENERATION,<br><br>    Plaintiffs,<br><br>v.<br><br>TERRY JOHNSON, in his official and individual capacities as Alamance County Sheriff, and MARY KRISTY COLE, in her official and individual capacities as Graham Chief of Police,<br><br>    Defendants. | **RESPONSE OF PATRICK H. FLANAGAN TO ORDER TO SHOW CAUSE RE: SANCTIONS** |

TO THIS HONORABLE COURT:

    Defense counsel Patrick H. Flanagan hereby responds to this Court's text order to show cause issued November 11, 2021, as follows:

    I sincerely apologize to this Court for my absence at the October 25th pretrial conference. I did not intend to disregard the Court's order directing all counsel to appear on October 25, 2021, but instead it was a misinterpretation on my part of what the Court meant by "all counsel." I knew that my law partner, Paul Gessner, would be attending the pretrial conference and speaking on behalf of our client. I mistakenly believed that

was sufficient representation at the conference. It was my error and only my error.

I admit that I should have clarified the Court's Order with this Court.

I ask the Court's forgiveness and promise not to assume I understand the Court's intent related to any further Orders.

This the 16th day of November, 2021.

BY: /s/*Patrick H. Flanagan*
Patrick H. Flanagan, NC Bar #17407
*Attorney for Defendant Terry Johnson*
CRANFILL SUMNER LLP
P.O. Box 30787
Charlotte, NC 28230
Telephone (704) 332-8300
Facsimile (704) 332-9994
phf@cshlaw.com