# EXHIBIT 1

 

February 21, 2022

Anthony Biller, ajbiller@envisage.law
Christian Ferlan, CFerlan@hallboothsmith.com
Scott MacLatchie, SMacLatchie@hallboothsmith.com
Paul Gessner, pgessner@cshlaw.com
William Hill, whill@frazierlawnc.com

  Re: *J4tNG, et al. v. Cole, et al.*, No. 1:20-cv-00998 (M.D.N.C)

Dear Counsel:

  In keeping with the requirement that the parties hold their Rule 26(f) conference "as soon as practicable," Fed. R. Civ. P. 26(f)(1), and in advance of the Court's March 4 deadline for Plaintiffs to serve Defendants a draft revised Rule 26(f) Report, we write to set a time this week to hold a Fed. R. Civ. P. 26(f) conference with respect to the newly-added defendants named in Plaintiffs' Second Amended Complaint—namely, Chad Martin, Daniel Nichols, James R. McClelland, Randy Denham, David Sykes, Chip Cobb, Peter Triolo, John Strickland, Mark Johnson, Jason Teague, Mark Dockery, Brandon Kilmer, Chandler Weger, James R. McVey, Taylor Hopkins, Duane Flood, Rodney King, Justin Hopkins, Noah Sakin, Scott Neudecker, Eric Jordan, Robert Parks, Joshua Payne, John Way, Keith Kirkman, Chad Boggs, Christopher Denny, and Brandon Land (collectively, the "New Defendants"). Please let us know when you are available for such a conference this week.

  With regard to the other matters discussed in Rule 26(f), Plaintiffs' positions are below.

- "Nature and basis of their claims and defenses and the possibilities for promptly settling or resolving the case" – The Court has previously denied motions to dismiss, and Plaintiffs believe that further motions to dismiss will meet with the same result. The parties have a mediation conference scheduled for March 2, 2022. We expect that the New Defendants will take part in that mediation via their counsel. If that assumption is incorrect, please let us know.

- "[D]isclosures required by Rule 26(a)(1)" – The New Defendants should serve their initial disclosures on or before March 11, 2022.

1

- "[A]ny issues about preserving discoverable information" – Based on the productions of the existing defendants, Plaintiffs have serious concerns about Defendants' practices with respect to the preservation of relevant documents and metadata. We hope to discuss those issues with you in more detail during our Rule 26(f) conference.

- Proposed Discovery Plan – Plaintiffs' position is that the New Defendants should be included in the current schedule with the goal of completing all discovery by the current deadline. Accordingly, we propose the following:

    o March 29, 2022 – Deadline for New Defendants Responses and Objections to Plaintiffs' Common Requests for Production and Common Interrogatories to All Defendants and First Rolling Document Production in Response to Plaintiffs' Common Requests for Production and Common Interrogatories to All Defendants[1]

    o April 1, 2022 – Deadline for meet and confer concerning sufficiency of New Defendants Responses and Objections to Plaintiffs' Common Requests for Production and Common Interrogatories to All Defendants

    o April 11, 2022 – Deadline for filing any motion to compel and/or motion for protective order concerning New Defendants Responses and Objections to Plaintiffs' Common Requests for Production and Common Interrogatories to All Defendants

    o April 15, 2022 – Deadline for completion of New Defendants' Document Production in Response to Plaintiffs' Common Requests for Production and Common Interrogatories to All Defendants

Below are Plaintiffs' positions with respect to the matters to be addressed at the Rule 26(f) Conference in the Local Civil Rule of the U.S. District Court for the Middle District of North Carolina (the "Local Rules").

- L.R. 5.4(b)(1) – Plaintiffs believe that it is possible that the parties may attempt to file documents under seal in support of discovery motions and summary judgment motions. Among other things, Plaintiffs anticipate that certain documents may reveal sensitive law enforcement techniques or private information about law enforcement officers. Accordingly, if Defendants take that position, they should draft a Local Rule 5.5 Report for Plaintiffs' review.

- Possibility of Settlement (L.R. 16.1(b)(2)) - The parties have a mediation conference scheduled for March 2, 2022. We expect the New Defendants will take part in that mediation via their counsel.

---

[1] We have noted several deficiencies in Defendants' document productions that we have addressed under separate cover. If Defendants are withholding relevant and non-privileged documents, we reserve the right to hold depositions open and to seek additional deposition time with deponents that sent, received, authored, or were copied on materials withheld from Defendants' document production.

2

- Proper management track (L.R. 16.1(b)(3)) – Plaintiffs do not believe that the current management track of this case needs to be adjusted.

- Timing of mediation (L.R. 16.1(b)(4)) – March 2, 2022

- The nature of the documents and information believed to be necessary for the case (L.R. 16.1(b)(5)) – Plaintiffs believe that the documents and electronically-stored information necessary to their case against the New Defendants include the New Defendants' work emails, personal emails, social media posts, pictures, and videos related to the October 31, 2020 March to the Polls or concerning any Plaintiff, including, but not limited to, planning for the March, public safety plans, investigation and disciplinary actions taken related to the March and after action reports and training materials discussing the March.

- Issues of burden and relevance and discoverability (L.R. 16.1(b)(6)) – These issues have previously been litigated and negotiated with respect to the existing Defendants. Plaintiffs see no reason why the New Defendants should not have to produce similar documents and electronically stored information.

- A preliminary schedule for depositions (L.R. 16.1(b)(7) – Attached to this letter as Exhibit A please find a draft deposition notice scheduling all individual Defendants' depositions in advance of the discovery cut-off. Plaintiffs reserve the right to take Rule 30(b)(6) depositions and third-party depositions. Please let us know if Defendants can be made available on these dates. Attached to this letter as Exhibit B please also find a protocol for taking and defending remote depositions. We would like to discuss this proposed protocol during our Rule 26(f) conference.

- The decisions of each party whether or not to consent to the trial jurisdiction of a Magistrate Judge (L.R. 16.1(b)(8)) – Plaintiffs do not stipulate.

Sincerely,

LAWYERS' COMMITTEE FOR CIVIL RIGHTS UNDER LAW

*Elizabeth Haddix* (signature)

Elizabeth Haddix
Jennifer Nwachukwu

ACLU of NORTH CAROLINA
Jaclyn Maffetore
Kristi L. Graunke
Daniel K. Siegel

MAYER BROWN, LLP
Michael Bornhurst
Geoff Pipoly
Holly Farless

3

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| JUSTICE FOR THE NEXT GENERATION, et al., | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | )<br>) Civil Action No. 1:20-cv-00998 |
| TERRY JOHNSON, individually and in his official capacity as Alamance County Sheriff, et al., | )<br>)<br>)<br>) |
| Defendants. | )<br>)<br>)<br>) |

## PLAINTIFFS' FIRST DEPOSITION NOTICE TO ALL DEFENDANTS

PLEASE TAKE NOTICE that Plaintiffs, by and through the undersigned counsel, will take the depositions upon oral examination of the individuals listed below pursuant to Federal Rule of Civil Procedure 30, commencing on the dates and times listed below. The depositions will be taken before an officer authorized to administer oaths pursuant to Rule 30 of the Federal Rules of Civil Procedure. The deposition will be recorded stenographically and may be recorded by video. Plaintiffs reserve the right to take these depositions by remote means, including via video conferencing and telephone conferencing, in light of COVID-19. The deposition is being taken for purposes of discovery, for use at trial, and for any other purpose permitted under the Federal Rules of Civil Procedure.

1

| Deponent | Date/Time/Location |
|---|---|
| Terry S. Johnson | March 24, 2022, 9:30am ET <br><br> Location: To be Agreed |
| Taylor Hopkins | March 28, 2022, 1:30pm ET <br><br> Location: To be Agreed |
| Cliff Parker | March 29, 2022, 9:30am ET <br><br> Location: To be Agreed |
| Chad Boggs | March 30, 2022, 9:30am ET <br><br> Location: To be Agreed |
| Joaquin Velez | March 31, 2022, 9:30am ET <br><br> Location: To be Agreed |
| Robert Parks | April 4, 2022, 9:30am ET <br><br> Location: To be Agreed |
| Barbara Tomey | April 5, 2022, 9:30am ET <br><br> Location: To be Agreed |
| Chad Martin | April 6, 2022, 9:30am ET <br><br> Location: To be Agreed |
| Daniel Nichols | April 7, 2022, 9:30am ET <br><br> Location: To be Agreed |
| James R. McClelland | April 12, 2022, 9:30am ET <br><br> Location: To be Agreed |

| | |
|---|---|
| Randy Denham | April 13, 2022, 9:30am ET<br><br>Location: To be Agreed |
| David Sykes | April 14, 2022, 9:30am ET<br><br>Location: To be Agreed |
| Chip Cobb | April 19, 2022, 9:30am ET<br><br>Location: To be Agreed |
| Peter Triolo | April 20, 2022, 9:30am ET<br><br>Location: To be Agreed |
| John Strickland | April 21, 2022, 9:30am ET<br><br>Location: To be Agreed |
| Mark Johnson | April 26, 2022, 9:30am ET<br><br>Location: To be Agreed |
| Jason Teague | April 27, 2022, 9:30am ET<br><br>Location: To be Agreed |
| Mark Dockery | April 28, 2022, 9:30am ET<br><br>Location: To be Agreed |
| Brandon Kilmer | May 3, 2022, 9:30am ET<br><br>Location: To be Agreed |
| Chandler Weger | May 4, 2022, 9:30am ET<br><br>Location: To be Agreed |
| James R. McVey | May 5, 2022, 9:30am ET |

|  | Location: To be Agreed |
|---|---|
| Duane Flood | May 10, 2022, 9:30am ET<br><br>Location: To be Agreed |
| Rodney King | May 11, 2022, 9:30am ET<br><br>Location: To be Agreed |
| Justin Hopkins | May 12, 2022, 9:30am ET<br><br>Location: To be Agreed |
| Noah Sakin | May 17, 2022, 9:30am ET<br><br>Location: To be Agreed |
| Scott Neudecker | May 18, 2022, 9:30am ET<br><br>Location: To be Agreed |
| Eric Jordan | May 19, 2022, 9:30am ET<br><br>Location: To be Agreed |
| Joshua Payne | May 24, 2022, 9:30am ET<br><br>Location: To be Agreed |
| Keith Kirman | May 25, 2022, 9:30am ET<br><br>Location: To be Agreed |
| Christopher Denny | May 26, 2022, 9:30am ET<br><br>Location: To be Agreed |
| Brandon Land | May 31, 2022, 9:30am ET<br><br>Location: To be Agreed |

| Jonathan R. Franks | June 7, 2022, 9:30am ET<br><br>Location: To be Agreed |
|---|---|
| Mary Kristine Cole | June 9, 2022, 9:30am ET<br><br>Location: To be Agreed |

Respectfully submitted,　　　　　　　　　Dated: February ☐, 2022

_____
Elizabeth Haddix
North Carolina Bar No. 25818
ehaddix@lawyerscommittee.org
LAWYERS COMMITTEE FOR CIVIL RIGHTS UNDER LAW
P.O. Box 956
Carrboro, NC 27510
Tel. 919-914-6106

_____
Kristi L. Graunke
North Carolina Bar No. 51216
kgraunke@acluofnc.org
Jaclyn Maffetore
North Carolina Bar No. 50849
jmaffetore@acluofnc.org
Daniel K. Siegel
North Carolina Bar No. 46397
dsiegel@acluofnc.org
ACLU of North Carolina
P. O. Box 28004
Raleigh, NC 27611-8004
Tel: 919-834-3466

_____
Jennifer Nwachukwu*
Maryland Bar No. 20869
jnwachukwu@lawyerscommittee.org
Lawyers' Committee for Civil Rights Under Law
1500 K Street NW, Suite 900
Washington, D.C. 20005
Tel. 202-662-8300

_____
Michael Bornhorst
Geoffrey Pipoly
MAYER BROWN LLP
71 S. Wacker Dr.
Chicago, IL 60606
(312) 701-7155
mbornhorst@mayerbrown.com
gpipoly@mayerbrown.com

Jason L. Keith
North Carolina Bar No:34038
Keith & Associates, PLLC
241 Summit Avenue,
Greensboro, NC 27401

5

Case 1:20-cv-00998-CCE-LPA   Document 85-1   Filed 03/04/22   Page 9 of 9