# EXHIBIT 7

**This exhibit is intentionally left blank.**