# EXHIBIT 10

**This exhibit is intentionally left blank.**