# EXHIBIT 12



**Kristy Cole**
Active 3m ago

You do know that gentle man pushed and punched sergeant way and that's why he was arrested correct



I sent you an email inviting you to attend an after action to discuss this operation once completed

SUN 8:39 AM

None of this would have happened if Officer King wasn't using excessive force

The Graham Police Department is responsible for what happened yesterday

You need to write a better press release

And I find ⬇ arming that the first thing you would say to me

      

Plaintiffs_0003217
Case 1:20-cv-00998-CCE-LPA   Document 85-12   Filed 03/04/22   Page 2 of 2