# EXHIBIT 13

   
 I feel like we failed

> There were moments where they could have better de-escalated especially in relation to traffic

> But it was scary and chaotic

 Yes but the ppl were not violent just everywhere

> Yeah

> Agreed

> No one was violent

> Even in my case

 There is a better way