# EXHIBIT 14

**From:** Christopher Dunnagan
**Sent:** Thu, 05 Nov 2020 03:34:57 +0000
**To:** ███████████@yahoo.com)'
**Subject:** FW: time line of communication
**Attachments:**
· I AM CHANGE MARCH TO THE POLLS COMMUNICATION TIME LINE.pdf *(1990 kb)*
· follow up 10-31-20.pdf *(303 kb)*

Respectfully,

Christopher Dunnagan

Police Officer / Law Enforcement Instructor

Graham Police Department

216 S. Maple St

Graham, NC 27253

P-336-570-████

F-336-570-████

E-mail correspondence to and from this address may be subject to the North Carolina public records laws and if so, may be disclosed.

**From:** Tifanie Barnes
**Sent:** Wednesday, November 04, 2020 6:34 PM
**To:** John Hodge <█████@cityofgraham.com>; Christopher Dunnagan <████████████m>
**Subject:** FW: time line of communication

GPD0013092

GPD0013093