# EXHIBIT 15

**Sent:** Wed, 15 Sep 2021 15:28:34 +0000
**Subject:** FW: Draft 2020 Drumwright
**Attachments:**
· image002.png *(14 kb)*
· image001.jpg *(2 kb)*
· Draft 2020 Drumwright.docx *(353 kb)*

GPD0013020