# EXHIBIT 16

 

# City of Graham Fire Department

201 South Main Street
PO Box 357
Graham, NC 27253
(336) 570-6707

Tommy Cole, Chief
tcole@cityofgraham.com

www.cityofgraham.com/fire

# October 31, 2020
# Protest – Fire/Medical OPS Plan

**Event Type:** Protest/Demonstration

**Event Date:** Saturday October 31, 2020

**Event Time:** 11:00 am – until cleared by Incident Commander

**Report Times:** Fire Operations Personnel 10:00 am

**Location:** Graham Fire Station
201 S. Main Street
Graham, NC 27253

**Fire/EMS/Rescue Agencies Involved:**   Graham Fire Department
Alamance County EMS
Alamance County Rescue
Burlington Fire – Engine Company on Stand-by

**Planning/Logistics:** On October 20, 2020 at 0900 hrs. Representatives from the Graham Police Department, and Alamance County Sheriff's Office met with Rev. Drumwright (Event Organizer) at the Graham Police Department to discuss the event and planning for the event.

On October 27, 2020 at 1630 hrs. Graham Police Department Staff, along with representatives with the Graham Fire Department, City of Graham Public Works, Alamance County Emergency Management, and the Alamance County Sheriff's Office met at the Graham Police Department to further discuss planning and logistics, and share further intelligence information.

On October 28, 2020 at 1500 hrs. Graham Police Department Staff for a planning and logistics meeting, and share any further intelligence information.

On October 29, 2020 Graham Police Department Staff met for a planning and logistics meeting.

Case 1:20-cv-00998-CCE-LPA   Document 85-16   Filed 03/04/22   Page 2 of 6

GPD0014148

 # City of Graham Fire Department 

201 South Main Street
PO Box 357
Graham, NC 27253
(336) 570-6707

Tommy Cole, Chief
tcole@cityofgraham.com

www.cityofgraham.com/fire

---

**EOC:** Alamance County Emergency Management Office

**Operations:** Graham Police Department, 216 S. Maple Street, Graham, NC

**Briefing Location for Fire/EMS/Rescue:** Graham Fire Station, 201 S. Main Street, Graham, NC
10:00am

**Unified Incident Commander:** Lt Duane Flood (Graham PD)

**Fire Command** *(operating under Unified Command)*: Chief Tommy Cole (GFD Car 1)

**City-Wide Fire Operations Section Chief:** Captain Jason Moore (GFD Car 11)

**Medical Operations Section Chief:** Doug Powell (Alamance EMS 300)

**Special Equipment Needed for Fire/Medical Strike Teams:**
- Ballistic Vest
- Fire Radio, handheld unit
- Medical Bags / Hemorrhage Control
- LE to escort Teams

**Uniforms:** Appropriate Dress for weather conditions and work to be performed
Traffic Vest, Eye Protection, and Hearing Protection.

**Assignments:** Assignments will be made by the Fire Operations Section Chief as needed throughout the event.

**Apparatus Locations:**
- E4 – Staffed @ Graham Fire Station
- T1 – Staffed @ Graham Fire Station
- E3 – Not Staffed @ Graham Fire Station
- E2 – Not Staffed Reserve Apparatus @ Graham Fire Station
- FD7 – (ACEM Gator) – Graham Fire Station
- FD8 – (GFD Gator) – Graham Fire Station
- ACRU Ambulance – Staffed @ Graham Fire Station
- ACEMS Ambulance - Staffed @ Graham Fire Station

**Medical Causality Collection Point & Triage Location:** Graham Fire Station
Area Designation: CCP & TRIAGE
Triage – ACEMS & ACRU

---

 

# City of Graham Fire Department

201 South Main Street
PO Box 357
Graham, NC 27253
(336) 570-6707

www.cityofgraham.com/fire

Tommy Cole, Chief
tcole@cityofgraham.com

**Medical Transport Location:** Graham Fire Station
Area Designation – MEDICAL TRANSPORT
*\* Arrest Transport will use designator – Transport*
Transport – ACEMS & ARCU

**Communications:**
- Unified Incident Command – EVENT C3 (zone 13 channel 8)
- Court House Operations – EVENT D4 (zone 13 channel 9)
- Fire Command to Fire Ops Section Chief – ALA EVT 1 (zone 2 channel 8)
- Fire Ops Section Chief to Strike Teams – ALA EVT 2 (zone 2 channel 9)
- Fire / EMS Support – ALA EVT 3-4 (zone 2 channel 10-11)

**Special Considerations:**
- Very Dangerous and Volatile Situations – Head on a swivel at all times
- Body Armor to be worn in Hot/Warm Zone as available
- Fire Helmets Required when operating in Hot and Warm Zones
- SCBA only to be used for chemical agents or to make a rescue related to fire
- High Temps and humidity – Stay HYDRATED
- Be prepared to move and engage in assignment at a moment's notice
- Hot & Warm Zones REQUIRES Law Enforcement Escort at ALL TIMES
- DO NOT Engage in conversation with protesters or Anti-Protesters at any time unless it is required to carry out an assignment
- Stay Safe and look out for each other! Everyone Goes Home

**Haz-Mat Response & Decontamination:**
- Alamance County Emergency Management
- RRT-5 – Greensboro Fire Department – Requires Request from ACEM
- Location TBD

**Mutual Aid Fire Response:**
- Request as normal (BFD Staffed Engine Company – 1st Request)

**Media:**
- ALL Media request will be directed to the PIO @ Unified Command
- DO NOT interact with media unless directed to do so by Command

**Safety Message:** Safety of all public safety personnel is our #1 priority. We are committed to protecting our citizens and business as well. Look after each other and never operate alone.

**Strike Teams Do NOT move without LE Protection!**

Page 3 of 5

Case 1:20-cv-00998-CCE-LPA   Document 85-16   Filed 03/04/22   Page 4 of 6    GPD0014150

 

# City of Graham Fire Department

201 South Main Street
PO Box 357
Graham, NC 27253
(336) 570-6707

Tommy Cole, Chief
tcole@cityofgraham.com

www.cityofgraham.com/fire

# **FYIs**

A. What we know about Targets Points
   a. Intel stating protest to begin around 11:00 today
   b. Meeting at Wayman Chapel (N. Main St/College St) and march on foot to historic Court House. Rally at Historic Court House and then march to voting polls at Alamance County Office Annex Building (201 W. Elm St.)

B. Intel from Local/State Agencies
   a. Well Organized
   b. Large Crowds
   c. Protesters vs. Anti-Protesters = Volatile Combination
   d. Attempting to lure police into personal rights violations
   e. EVERYTHING IS BEING RECORDED

C. UNIFIED COMMAND CENTER
   a. Located at the Alamance County Emergency Operations Center (ACEM)
   b. Chief Cole will operate out of EOC

D. Operations Center Location
   a. Graham Police Department

E. GFD Response
   a. All Responses will be coordinated by Operations Section Chief (Capt. Moore)
   b. No Equipment or personnel will respond to an incident without being dispatched by the Operations Section Chief
   c. If you feel threatened or need to be rescued because of a threat you need to call **SIGNAL 3**. A Law Enforcement Rescue Group will come get you.

F. Radio Channels
   a. See Page 3 for Communications Info

 

# City of Graham Fire Department

201 South Main Street
PO Box 357
Graham, NC 27253
(336) 570-6707

Tommy Cole, Chief
*tcole@cityofgraham.com*

*www.cityofgraham.com/fire*

**Graham Fire Personnel Assignments:**

- Chief Tommy Cole -            Fire Command (EOC)
- Captain Jason Moore -         Fire Operations Section Chief (GFD)

- Asst. Chief Larry Brooks -    Safety Officer
- Lt. William Snyder -          Fire Operations Support
- Lt. Brad Bullis -             Fire Operations Support
- David Foust -                 Fire Operations Support
- Danny McPherson -             Fire-Medical Strike Team
- Kendall LaPann -              Fire-Medical Strike Team
- Michael Townsend -            Fire-Medical Strike Team
- Matthew Bradsher -            Fire-Medical Strike Team

- Tommy Rumley -                On-Duty Sr. FEO
- Bradley Pickard -             On-Duty FEO
- Noah Reagan -                 On-Duty FEO

Page **5** of **5**

Case 1:20-cv-00998-CCE-LPA   Document 85-16   Filed 03/04/22   Page 6 of 6   GPD0014152