# EXHIBIT 17

# INCIDENT/INVESTIGATION REPORT

| INCIDENT DATA | | |
|---|---|---|
| Agency Name **Alamance County Sheriff's Office** | | Case# *2020-10-429* |
| ORI **NC 0010000** | | Date / Time Reported *10/31/2020  10:27  Sat* |
| | | Last Known Secure *10/31/2020  10:27  Sat* |
| Location of Incident *1 NW COURT SQ, Graham NC 27253-* | Premise Type *Government/public* — Zone/Tract Z1, 8884 | At Found *10/31/2020  10:27  Sat* |

**INCIDENT DATA**

| # | Crime Incident(s) | Weapon / Tools | Activity |
|---|---|---|---|
| #1 | Assault - Other (Com) *D120* | *Personal Weapons* — Entry / Exit / Security | N |
| #2 | Weapon Vio - Possession - Other (Com) *N122* | *Knife/cutting instrument* — Entry / Exit / Security | P |
| #3 | Disorderly - Unlawful Assembly (Com) *V151* | Weapon / Tools — Entry / Exit / Security | |

**MO** *LOCATION/ROADWAY, WEAPON/TOOL/KNIFE*

## VICTIM

# of Victims  2      Type:  SOCIETY/PUBLIC      Injury:

| | Victim/Business Name (Last, First, Middle) | Victim of Crime # | DOB / Age | Race | Sex | Relationship To Offender | Resident Status | Military Branch/Status |
|---|---|---|---|---|---|---|---|---|
| **V1** | *State Of North Carolina* | *2,3,4* | | | | | | |

Home Address — Home Phone

Employer Name/Address — Business Phone — Mobile Phone

| VYR | Make | Model | Style | Color | Lic/Lis | VIN |
|---|---|---|---|---|---|---|

## OTHERS INVOLVED

CODES:  V- Victim (Denote V2, V3)   O = Owner (if other than victim)   R = Reporting Person (if other than victim)

Type:  LAW ENFORCEMENT OFFICER      Injury:  Apparent Minor Injury

| Code | Name (Last, First, Middle) | Victim of Crime # | DOB / Age | Race | Sex | Relationship To Offender | Resident Status | Military Branch/Status |
|---|---|---|---|---|---|---|---|---|
| V2 | *TOMEY, B* | *1,* | Age *30* | | | *1OK,2OK,* | | |

Home Address — Home Phone

Employer Name/Address  *ACSO* — Business Phone — Mobile Phone

Type:      Injury:

| Code | Name (Last, First, Middle) | Victim of Crime # | DOB / Age | Race | Sex | Relationship To Offender | Resident Status | Military Branch/Status |
|---|---|---|---|---|---|---|---|---|
| | | | Age | | | | | |

Home Address — Home Phone

Employer Name/Address — Business Phone — Mobile Phone

## PROPERTY

1 = None   2 = Burned   3 = Counterfeit / Forged   4 = Damaged / Vandalized   5 = Recovered   6 = Seized   7 = Stolen   8 = Unknown
("OJ" = Recovered for Other Jurisdiction)

| VI # | Code | Status Frm/To | Value | OJ | QTY | Property Description | Make/Model | Serial Number |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

Officer/ID#  *DOCKERY, M. A. (479)*

Invest ID#  *DOCKERY, M. A. (479)*      Supervisor  *HACKNEY, T. W. (405)*

| Status | Complainant Signature | Case Status *Cleared By Arrest*  11/04/2020 | Case Disposition: | Page 1 |
|---|---|---|---|---|

# Incident Report Additional Offense List

| Counter | Offense Description | Fel/Misd | Statute | Completed/Attempted |
|---------|-------------------|----------|---------|---------------------|
| *# 4* | *OTHER - OBSTRUCTING JUSTICE* | | *OTHOBST* | *Com* |

# INCIDENT/INVESTIGATION REPORT

*Alamance County Sheriff's Office*

Case # *2020-10-429*

| Status Codes | 1 = None | 2 = Burned | 3 = Counterfeit / Forged | 4 = Damaged / Vandalized | 5 = Recovered | 6 = Seized | 7 = Stolen | 8 = Unknown |
|---|---|---|---|---|---|---|---|---|

| | IBR | Status | Quantity | Type Measure | Suspected Type | Up to 3 types of activity |
|---|---|---|---|---|---|---|
| D | | | | | | |
| R | | | | | | |
| U | | | | | | |
| G | | | | | | |
| S | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

Assisting Officers

*SHARP, J.M. (489), KELLY, J.A. (472), BERMEL, S.P. (505), MCCLELLAND, R. (742), WALBOURN, C. (674), LOWE, P. (750), LYONS, C. (840), BOLTON, P.L. (621), MINNICH, R.R. (455), SYKES, D.E. (029)*

Suspect Hate / Bias Motivated:

# INCIDENT/INVESTIGATION REPORT

Narr. (cont.)  OCA: 2020-10-429

*Alamance County Sheriff's Office*

N A R R A T I V E

Case 1:20-cv-00998-CCE-LPA   Document 85-17   Filed 03/04/22   Page 4 of 71

| | | OCA |
|---|---|---|
| *Alamance County Sheriff`s Office* | | *2020-10-429* |
| Victim | Offense | Date / Time Reported |
| *Society* | *ASSAULT - OTHER* | *Sat 10/31/2020 10:27* |

**THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY**

OCA 202010429
I AM CHANGE event 10/31/2020
Captain DE Sykes

On September 28th, 2020 the Alamance County Sheriff`s Office became aware of a potential event on October 31st planned by Rev. Greg Drumwright for downtown Graham. Drumwright had an event in July of 2020 in court square with around 500 participants.

As a result of this knowledge and the number of employees required to staff such an event, the ACSO restricted all time off for October 31st.

Graham Police and Graham City Council worked with Drumwright regarding this event and the ACSO did not become directly involved until October 20, 2020. On that date I, along with administrative staff from Graham Police Department and Chief Cole, met with Drumwright at the Graham Police Department. There was continued talks between Graham and Drumwright on the closing of roads, site of the rally, stage placement, and other issues which were in contention.

Graham advised that they would not allow a road closure. Drumwright asserted that he wanted to have his rally on court square or at the courthouse. I explained the permitting process to him regarding the Historic Courthouse and the facility use policy. I advised him that he did not necessarily have to apply for a permit, but if he did it would give him exclusive rights to the property for that time period. I also explained that if he did not apply for a permit, another party could apply for a permit and they would have exclusive use of the property during that time period.

As a result of this conversation, Drumwright met me at the ACSO and applied for a permit for the Historic Courthouse which was approved for October 31st. The permit was approved from 1100 to 1300 hours with setup times from 0800 to 1100 and take down times from 1300 to 1500 hours.
I called Drumwright and advised him that the permit was approved and sent him an email with a copy of the permit and permit answer letter with the approval.

It should be noted that one of the questions asked was if sound amplification will be used. Drumwright indicated that sound amplification would be used. It also stated that all amplification must be battery powered as no electrical generators are allowed on Historic Courthouse property.
Talks between Drumwright, his attorneys, and Graham continued with the street closure being a matter of contention. The ACSO was not involved in those decisions as they were not ours to make. Drumwright did ask if a stage would be permitted and after consultation with county attorneys, Drumwright was told he could put up a stage on courthouse property. I sent him an email on October 29th at 1104 hours detailing where he could put up a stage and reminding him that he could not block crosswalks or use any generators on courthouse property to wit:

Mr. Drumwright,
In response to your request to assemble a stage at the Historic Courthouse, I met with Alamance County Attorney, Clyde Albright, this morning. He advised that a stage would be approved upon the north side landing. The stage cannot be between the sidewalk and the monument due to the location of the crosswalk. Per our facility use policy crosswalks must remain clear to wit:

Access to the sidewalk on the opposite side of the street must be maintained at all times during the event. Additionally, access to the Historic Courthouse must be via crosswalk and these crosswalks must remain clear. Blocking of traffic around the Courthouse Square is not permitted.

# REPORTING OFFICER NARRATIVE

*Alamance County Sheriff´s Office*

| | | OCA |
| --- | --- | --- |
| | | *2020-10-429* |

| Victim | Offense | Date / Time Reported |
| --- | --- | --- |
| *Society* | *ASSAULT - OTHER* | *Sat 10/31/2020 10:27* |

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

The area approved for your stage is the concrete portion of the north-side landing between the bottom of the north-side steps and the beginning of the sidewalk as indicated in yellow on the below graphic:

Keep in mind that there is a flagpole in the center of this area, along with a COVID screening structure near the handicapped ramp that will remain in place. Please come out to make a survey and measure the area before bringing a stage that is too large. You will not be allowed to erect a stage anywhere else on the property and you did not indicate that you would be setting up a stage on your application.

As it stands right now, the roofing company still has their equipment on the south landing and west landing of the courthouse property. With the rain today, I do not believe that they will be finished this week and so those areas will be closed for use.

Also please keep in mind that all sound equipment has to be battery powered as electricity is not provided and generators are not allowed on the property per our facility use policy:

Will sound amplification be used at the event? Yes No If yes, sound amplification must be battery powered. Electrical generators are not allowed on Historic Courthouse property.

Additionally the City of Graham has agreed to close all the parallel parking places around the Historic Courthouse. Pedestrian barricades will be in place to separate those parking areas from the roadway and those parking areas will be available for your use.

I hope this answers all your questions regarding use of county property.
Thanks
David

A copy of the entire email is attached to this case file with the included graphics.

On October 30th, 2020 a zoom call was held with various administrators from Graham PD, City of Graham staff, County Attorneys Albright and Pierce, Attorney Bill Hill, Drumwright, Attorney Haddix, Lt Gaither, Chief Deputy Parker, and myself.

During this meeting the issue of a generator came up again. Chief Cole pointed out that they could put the generator at the park on NW court square. I advised that it didn`t matter where the generator was located, only battery powered sound amplification was allowed on courthouse property. Drumwright`s attorney, Haddix, emphasized this herself later on in the meeting during further discussion of the PA system and Historic Courthouse Facility Use Policy. The zoom meeting ended with street closure still being undecided.

It should be noted that I emailed Drumwright and left a voice message for him during this process to further discuss issues but he failed to return my calls or emails.

In subsequent emails on October 30, 2020 between Drumwright, his attorneys, and the City of Graham, that the ACSO was not aware of until later, Drumwright changed his plan to set up his stage and a generator at the park on NW Court Square. Mrs. Haddix reiterates in this email that "The County`s offer to let Rev. Drumwright put the stage on the North landing unfortunately does not solve the problem because the Facility Use Policy prohibits use of any sound amplification on courthouse property that is not battery powered."

An operations plan was developed for this event with the emphasis on maintaining public safety and order at the Historic Courthouse. Graham Police was tasked with escorting the march and maintaining public safety and order around court square.

| | | OCA |
|---|---|---|
| *Alamance County Sheriff`s Office* | | *2020-10-429* |
| Victim | Offense | Date / Time Reported |
| *Society* | *ASSAULT - OTHER* | *Sat 10/31/2020 10:27* |

**THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY**

A copy of the Operations Plan is attached to the case in RMS.

On October 31st, 2020 around 0730 I responded to the Historic Courthouse to make sure pedestrian barricades were in place.  I also briefed staff on scene to call me when the crew came to set up the stage around 0800-0830.

The ACSO briefed all operations personnel and were in place by 0930.  No one had attempted to setup a stage or contact us regarding the setup of a stage.

Around 1130 hours the crowd that had gathered at Wayman`s Chapel, between 100-200 people, began to march down North Main Street.  A white truck pulling a teal colored generator was parked in the parking lot along with a U-Haul box van.

The participants marched down North Main and stopped in the intersection of NC Hwy 54 and remained there for several minutes.  The march continued to north court square where participants stopped again.  Some sat down, some laid down in the street, and some stood for around 9 minutes. During this time the white truck with the generator and the U-Haul box van drove east on West Elm Street and entered court square by turning left into the traffic circle going the wrong direction.  The truck backed the large trailer mounted generator into a parking spot on NW court square.  Eventually the truck pulled out of the street along with the U-Haul.  Participants began moving portions of a small stage from the U-Haul to the north side landing, where they set up a stage on courthouse property in the approved area.

Members of Drumwright`s crew attempted to deploy an electrical cord form the generator located at NW courtsquare to courthouse property.  This was in violation of the facility use permit and had been clearly stated multiple time to Drumwright and acknowledged by his attorneys. The permit that Drumwright signed reads:

"Everything that I have stated on this application is correct and to the best of my knowledge.  I have read, understand, and agree to abide by the policies, rules, and regulations listed within the accompanying Historic Courthouse Facility Use Policy as applicable to all plans and requested usage.  The permit, if granted, is not transferable and is revocable at any time upon violation of the terms of the Historic Courthouse Facility Use Policy."

However rather than ending the event at this point for breach of the permit rules, the electrical cord was removed by Graham PD.

At this time participants were still sitting in the street blocking traffic.  Graham Police Department then deployed crowd control measures to move participants out of the street into the designated areas on NW and NE court square and onto the sidewalks and landing of the Historic Courthouse.  As a result Graham Police made several arrests.

Drumwright then began his rally.  Around 1213 hours a female was witnessed by Deputy Triolo, who was stationed on the roof, walking around with a fixed blade knife.  It was visible from the roof carried on her side.  Orders were issued from Command to Operations to locate the individual.   At 1216 hours the female was arrested for carrying a weapon during a protest.  The female was identified later as Cierra Arnette Tate. She also had ammunition and a magazine in her possession.  She was charged with NCGS 14-277.2 by Deputy Stone and Deputy Reyes.

The rally continued peacefully until a male with a gas can was witnessed on courthouse property possibly heading toward the stage around 1254 hours.

Orders were issued from Command to Operations to located the person with the gasoline and determine the purpose.  We were immediately concerned that someone was bringing a combustible liquid onto courthouse property where a large amount of people were gathered.

Case 1:20-cv-00998-CCE-LPA   Document 85-17   Filed 03/04/22   Page 7 of 71

# REPORTING OFFICER NARRATIVE

*Alamance County Sheriff`s Office*

| OCA |
| --- |
| *2020-10-429* |

| Victim | Offense | Date / Time Reported |
| --- | --- | --- |
| *Society* | *ASSAULT - OTHER* | *Sat 10/31/2020 10:27* |

**THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY**

At 1258 hours the gas can was located along with a generator on court house property. Participants had hidden a small red Honda generator in a collapsible wagon lined with purple nylon fabric. Participants had put a speaker on top of the generator to hide it and it was not visible until they moved the speaker to put gas in the generator.

In addition to the generator violating the rules of the permit, it posed a fire hazard as it was running inside a wagon with fabric sides and covered by a speaker. The participants were also attempting to refuel the generator and it wasn`t readily apparent that they were going to turn it off while refueling which is a fire hazard.

Command ordered Operations to locate and remove the generator and gas can. Drumwright had already demonstrated that he did not intend to abide by the facility use policy and in fact had attempted to use a large generator located at the park to power his sound system. Officers on scene had been forced to remove those electrical cords form the roadway. The fact that he brought a small generator and the means to secrete it, is evidence that he planned to violate the terms of the permit from the beginning.

As a result of Drumwright`s willful violation of the permit, a team was dispatched to remove the generator and gas can at 1258 hours. The team was immediately met with resistance by multiple persons in the crowd including Drumwright himself. In summary, Drumwright and other members of the crowd assaulted Deputies when they attempted to remove the generator. During this incident multiple people were involved in the melee attempting to push Deputies away from the area. As a result OC spray was deployed at 1300 hours to disperse the crowd as Deputies were outnumbered. OC spray was deployed from a belt worn OC canister and several short bursts of OC vapor were deployed directly over those involved in the melee. This measure was effective in ending the violence. Additional OC vapor was deployed on the ground to keep the crowd from further advancing on the Deputies` position. Please see supplements by the Deputies directly involved in this incident for further.

After multiple arrests, a melee that resulted in assaults an injuries on law enforcement, and widespread disorderly conduct, the assembly was deemed unlawful by command and the first order to disperse was given at 1305 hours. At 1310 hours a second order to disperse was given. 1313 hours protestors were forming a human chain on the stage on the north landing. Attorney Jamie Paulen is heard and seen recruiting persons to stand at the front of the line to be arrested. At 1315 hours a third warning was given to disperse. During the issuance of these dispersal orders, protestors remained on the stage and yelled that they were not going to leave. Drumwright used a bull horn in an attempt to talk over law enforcement who were giving orders and directions to disperse.

At this time Mobile Field Force was deployed after the final warning to clear the area. Multiple arrests were made immediately for failure to disperse. Drumwright was among those arrested. A complete list of those arrested is included in the case file.

After the crowd was dispersed from county property, Graham Police continued to disperse the crowd north on North Main Street. The crowd was allowed to disperse in any direction after they reached North Main Street and NC Hwy 54.

At 1325 hours a small group of protestors gathered at the Register of Deeds. Groups were also seen moving through the city parking lot behind the Register of Deeds towards Elm Street. Some of these people returned to their cars which were parked behind the polling station on the corner of Elm Street and Maple Street. A group also formed on the corner of Elm Street and Maple Street.

Additionally groups walked down Elm Street towards the Detention Center around 1345 hours. All the parking lots and property around the ACSO had been secured and no one was allowed on the property unless they had business in the magistrate`s office or with the Detention Center. The group on Elm Street was advised they could remain on the sidewalk but they could not come onto the property at the Detention Center. This group then moved from the Elm

Case 1:20-cv-00998-CCE-LPA   Document 85-17   Filed 03/04/22   Page 8 of 71

| | | OCA |
|---|---|---|
| *Alamance County Sheriff´s Office* | | *2020-10-429* |
| Victim | Offense | Date / Time Reported |
| *Society* | *ASSAULT - OTHER* | *Sat 10/31/2020 10:27* |

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

Street entrance of the Detention Center to the Pine Street entrance. The group was advised they could remain on the grass or sidewalks but could not enter the Detention Center property unless they had business with the magistrate or Detention Center.

The group on Pine Street grew and were blocking the entrance and exit to the Detention Center sally port. They were ordered to move they complied. Additionally the group began using amplified speech which resulted in disturbances in the Detention Center per Major Fortner. As a result the crowd was advised not to continue to use amplified speech, but they did not comply. As a result an arrest was made. This was the last arrest made by the ACSO.

Upon the release of Drumwright, he, his attorney Haddix, and several of his supporters refused to leave the Detention Center property. He was advised by Chief Deputy Parker that a condition of his release was that he leave the city of Graham and not return for the next 72 hours. After being told this information, Haddix and Drumwright retreated to the grass area on Pine Street. They were allowed to stay there until all the arrestees were released.

There were no further problems and the crowds dispersed after the arrestees were released by the magistrate.


[11/13/2020 08:06, DSYKES, 37, ACSO]

# Incident Report Additional Suspect List

*Alamance County Sheriff's Office*

| | Name (Last, First, Middle) | Also Known As | Home Address |
|---|---|---|---|
| **S U S P E C T** | *Olson, Timothy James* | | *724 WEST ROLLING RD*<br>*SPRINGFIELD, PA 19064* |

| Empl/Occu | Business Address |
|---|---|
| *ELON STUDENT*<br>*336- -* | *ELON STUDENT* |

| DOB. / Age | Race | Sex | Eth | Hgt | Wgt | Physical Char |
|---|---|---|---|---|---|---|
| *08/15/2000*   *20* | *W* | *M* | *N* | | | |

Scars, Marks, Tattoos, or other distinguishing features

Type of Weapon

| Dir of Travel | Mode of Travel |
|---|---|

| VehYr/Make/Model | Style | Color | Lic/Lis | Vin |
|---|---|---|---|---|

R_CS8NC

MDOCKERY

# Incident Report Additional Suspect List

Alamance County Sheriff's Office

**S U S P E C T**

| Name (Last, First, Middle) | Also Known As | Home Address |
|---|---|---|
| *Drumwright, Gregory Brooks* | | *4 CLUBVIEW CT* <br> *GREENSBORO, NC 27410* |

| Empl/Occu | Business Address |
|---|---|
| *THE CITADEL CHURCH* <br> *336-  -   , PASTOR* | *THE CITADEL CHURCH* |

| DOB. / Age | | Race | Sex | Eth | Hgt | Wgt | Physical Char |
|---|---|---|---|---|---|---|---|
| *12/18/1979* | *40* | *B* | *M* | | | | |

Scars, Marks, Tattoos, or other distinguishing features

Type of Weapon

| Dir of Travel | Mode of Travel |
|---|---|

| VehYr/Make/Model | Style | Color | Lic/Lis | Vin |
|---|---|---|---|---|

R_CS8NC

MDOCKERY

# Incident Report Additional Suspect List

Alamance County Sheriff's Office

| | |
|---|---|
| Name (Last, First, Middle) *Tate, Cierra Arnette* | Also Known As |

Home Address
*2017 PHILLIPS AVE*
*GREENSBORO, NC 27405*

Empl/Occu    *UNEMPLOYED*
      *336- -*

Business Address
*UNEMPLOYED*

**SUSPECT**

| DOB. / Age *09/19/1985*   *35* | Race *B* | Sex *F* | Eth *N* | Hgt | Wgt |
|---|---|---|---|---|---|

Physical Char

Scars, Marks, Tattoos, or other distinguishing features

Type of Weapon

Dir of Travel      Mode of Travel

| VehYr/Make/Model | Style | Color | Lic/Lis | Vin |
|---|---|---|---|---|

# Incident Report Additional Suspect List

*Alamance County Sheriff´s Office*

| | |
|---|---|
| Name (Last, First, Middle)<br>*Walker, Stephen Morris* | Also Known As |
| Empl/Occu  *MOSES CONE HOSPITAL* | Business Address<br>*MOSES CONE HOSPITAL* |

Home Address
*702 E LINDSEY - B*
*GREENSBORO, NC*

**SUSPECT**

| DOB. / Age | | Race | Sex | Eth | Hgt | Wgt |
|---|---|---|---|---|---|---|
| *12/29/1993* | 26 | *B* | *M* | *N* | | |

Physical Char

Scars, Marks, Tattoos, or other distinguishing features

Type of Weapon

| Dir of Travel | Mode of Travel | |
|---|---|---|

| VehYr/Make/Model | Style | Color | Lic/Lis | Vin |
|---|---|---|---|---|

R_CS8NC

MDOCKERY

# Incident Report Additional Suspect List

*Alamance County Sheriff`s Office*

| | | |
|---|---|---|
| Name (Last, First, Middle)<br>*Kee, Brenden Jamar* | Also Known As | Home Address<br>*645 CREEK RIDGE RD*<br>*GREENSBORO, NC 27406* |

**S U S P E C T**

| Empl/Occu | | Business Address |
|---|---|---|

| DOB. / Age<br>*11/04/1992*   *27* | Race<br>*B* | Sex<br>*M* | Eth<br>*N* | Hgt     Wgt | Physical Char |
|---|---|---|---|---|---|

Scars, Marks, Tattoos, or other distinguishing features

Type of Weapon

| Dir of Travel | Mode of Travel |
|---|---|

| VehYr/Make/Model | Style | Color | Lic/Lis | Vin |
|---|---|---|---|---|

R_CS8NC

MDOCKERY

# Incident Report Additional Suspect List

Alamance County Sheriff`s Office

| Additional Suspect List | Page 14 |
|---|---|

| | | |
|---|---|---|
| **S U S P E C T** | Name (Last, First, Middle)<br>*Garcia, Hannah Elyse* | Also Known As | Home Address<br>*24706 CLOUDY CREEK*<br>*SAN ANTONIO, TX 78255* |

| Empl/Occu<br>*ELON STUDENT*<br>*336-  -  , STUDENT* | Business Address<br>*ELON STUDENT* |
|---|---|

| DOB. / Age<br>*07/17/1999    21* | Race<br>*W* | Sex<br>*F* | Eth | Hgt    Wgt | Physical Char |
|---|---|---|---|---|---|

Scars, Marks, Tattoos, or other distinguishing features

Type of Weapon

| Dir of Travel | Mode of Travel |
|---|---|

| VehYr/Make/Model | Style | Color | Lic/Lis | Vin |
|---|---|---|---|---|

R_CS8NC

MDOCKERY

# Incident Report Additional Suspect List

| S U S P E C T | Name (Last, First, Middle) *Bynum, Kani Adon* | | | | Also Known As | | Home Address *104 GROVECREST WAY* *GREENSBORO, NC 27406* |
|---|---|---|---|---|---|---|---|
| | Empl/Occu | | | | Business Address | | |
| | DOB. / Age *11/12/1995*  24 | Race *B* | Sex *M* | Eth | Hgt | Wgt | Physical Char |
| | Scars, Marks, Tattoos, or other distinguishing features | | | | | | |
| | Type of Weapon | | | | | | |
| | Dir of Travel | | | Mode of Travel | | | |
| | VehYr/Make/Model | | Style | Color | Lic/Lis | | Vin |

# Incident Report Additional Suspect List

*Alamance County Sheriff`s Office*

OCA: *2020-10-429*

| | | |
|---|---|---|
| Name (Last, First, Middle)<br>*Green, Regis Kishon* | Also Known As | Home Address<br>*4600 UNIVERSITY DR - 302*<br>*DURHAM, NC* |

| | |
|---|---|
| Empl/Occu | Business Address |

**SUSPECT**

| DOB. / Age<br>*03/23/1992*   28 | Race<br>*B* | Sex<br>*M* | Eth<br>*N* | Hgt    Wgt | Physical Char |
|---|---|---|---|---|---|

Scars, Marks, Tattoos, or other distinguishing features

Type of Weapon

| Dir of Travel | Mode of Travel |
|---|---|

| VehYr/Make/Model | Style | Color | Lic/Lis | Vin |
|---|---|---|---|---|

---

R_CS8NC

MDOCKERY

# Incident Report Additional Suspect List

OCA: *2020-10-429*

**S U S P E C T**

| Name (Last, First, Middle) | Also Known As | Home Address |
|---|---|---|
| *Pierre, Samuel Nmn* | | *202 W WALNUT ST* *PINK HILL, NC 28572* |

| Empl/Occu | Business Address |
|---|---|
| *A&T STUDENT* *336- -* | *A&T STUDENT* |

| DOB. / Age | Race | Sex | Eth | Hgt | Wgt | Physical Char |
|---|---|---|---|---|---|---|
| *04/24/1999*   *21* | *B* | *M* | *N* | | | |

Scars, Marks, Tattoos, or other distinguishing features

Type of Weapon

| Dir of Travel | Mode of Travel |
|---|---|
| | |

| VehYr/Make/Model | Style | Color | Lic/Lis | Vin |
|---|---|---|---|---|
| | | | | |

R_CS8NC

MDOCKERY

# Incident Report Additional Suspect List

*Alamance County Sheriff`s Office*

OCA: *2020-10-429*

| | | | | | | |
|---|---|---|---|---|---|---|
| **S U S P E C T** | Name (Last, First, Middle)<br>*Thompson, Rion Kelly* | | Also Known As | | Home Address<br>*611 ATWATER ST*<br>*BURLINGTON, NC 27215* | |
| | Empl/Occu | | | Business Address | | |
| | DOB. / Age<br>*10/23/1997     23* | Race<br>*B* | Sex<br>*M* | Eth | Hgt        Wgt | Physical Char |
| | Scars, Marks, Tattoos, or other distinguishing features<br><br>Type of Weapon | | | | | |
| | Dir of Travel | | Mode of Travel | | | |
| | VehYr/Make/Model | | Style | Color | Lic/Lis | Vin |

R_CS8NC

MDOCKERY

# Incident Report Additional Suspect List

*Alamance County Sheriff`s Office*

| | | |
|---|---|---|
| **Name (Last, First, Middle)**<br>*Cromartie, Devante Diquez* | **Also Known As** | **Home Address**<br>*1745 W PARKTON TOBERMORY*<br>*PARKTON, NC 28371* |

| S U S P E C T | | |
|---|---|---|
| **Empl/Occu** *A&T STUDENT*<br>*336-  -* | | **Business Address** *A&T STUDENT* |

| **DOB. / Age**<br>*02/18/1997    23* | **Race**<br>*B* | **Sex**<br>*M* | **Eth** | **Hgt        Wgt** | **Physical Char** |
|---|---|---|---|---|---|

**Scars, Marks, Tattoos, or other distinguishing features**

**Type of Weapon**

**Dir of Travel**                    **Mode of Travel**

| **VehYr/Make/Model** | **Style** | **Color** | **Lic/Lis** | **Vin** |
|---|---|---|---|---|

# Incident Report Additional Suspect List

*Alamance County Sheriff´s Office*

| | | |
|---|---|---|
| **S U S P E C T** | Name (Last, First, Middle)<br>*Liles, Dionne Janiece*     Also Known As | Home Address<br>*2927 S ROXBORO ST*<br>*DURHAM, NC 27707* |

| Empl/Occu *THE MUSE*<br>*336- - , SELF-EMPLOYED, 12 NE* | Business Address<br>*THE MUSE* |
|---|---|

| DOB. / Age<br>*05/24/1981*   *39* | Race<br>*B* | Sex<br>*F* | Eth<br>*N* | Hgt    Wgt | Physical Char |
|---|---|---|---|---|---|

Scars, Marks, Tattoos, or other distinguishing features

Type of Weapon

| Dir of Travel | Mode of Travel |
|---|---|

| VehYr/Make/Model | Style | Color | Lic/Lis | Vin |
|---|---|---|---|---|

R_CS8NC      MDOCKERY

# Incident Report Additional Suspect List

*Alamance County Sheriff s Office*

**S U S P E C T**

| Name (Last, First, Middle) | Also Known As | Home Address |
|---|---|---|
| *King, Melissa Marie* | | *4058 SOUTH HWY 49* <br> *BURLINGTON, NC 27215* |

| Empl/Occu | Business Address |
|---|---|
| *SELF EMPLOYED* <br> *336- -* | *SELF EMPLOYED* |

| DOB. / Age | Race | Sex | Eth | Hgt | Wgt | Physical Char |
|---|---|---|---|---|---|---|
| *08/20/1984*   *36* | *W* | *F* | *N* | | | |

Scars, Marks, Tattoos, or other distinguishing features

Type of Weapon

| Dir of Travel | Mode of Travel | | | | |
|---|---|---|---|---|---|
| VehYr/Make/Model | Style | Color | Lic/Lis | | Vin |

# Incident Report Additional Suspect List

*Alamance County Sheriff`s Office*

| | | | | | |
|---|---|---|---|---|---|
| **S U S P E C T** | Name (Last, First, Middle)<br>*Cook, Faith Yvette* | | Also Known As | | Home Address<br>*330 W MARKET ST*<br>*GRAHAM, NC 27253* |

| Empl/Occu *FIBER GLASS FLAG POLES* *336- - , MEBANE* | Business Address *FIBER GLASS FLAG POLES* |
|---|---|

| DOB. / Age *07/12/1978* *42* | Race *B* | Sex *F* | Eth | Hgt      Wgt | Physical Char |
|---|---|---|---|---|---|

Scars, Marks, Tattoos, or other distinguishing features

Type of Weapon

| Dir of Travel | Mode of Travel |
|---|---|

| VehYr/Make/Model | Style | Color | Lic/Lis | Vin |
|---|---|---|---|---|

R_CS8NC                                                                                          MDOCKERY

# Incident Report Additional Suspect List

*Alamance County Sheriff`s Office*

| | | |
|---|---|---|
| Name (Last, First, Middle)<br>*Baghdadi, David Eli* | Also Known As | Home Address<br>*780 RABBIT DEN RD*<br>*HOT SPRINGS, NC* |
| Empl/Occu    *UNEMPLOYED* | Business Address<br>*UNEMPLOYED* | |

**S U S P E C T**

| DOB. / Age<br>*03/25/1977*   *43* | Race<br>*W* | Sex<br>*M* | Eth | Hgt     Wgt | Physical Char |
|---|---|---|---|---|---|

Scars, Marks, Tattoos, or other distinguishing features

Type of Weapon

| Dir of Travel | Mode of Travel | |
|---|---|---|
| VehYr/Make/Model | Style | Color | Lic/Lis | Vin |

# CASE SUPPLEMENTAL REPORT

*Alamance County Sheriff`s Office*

OCA: **202010429**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *CLEARED BY ARREST*  **Case Mng Status:** *ACTIVE*  **Occurred:** *10/31/2020*

**Offense:** *ASSAULT - OTHER*

---

**Investigator:** *FRASER, S.  (797)*  **Date / Time:** *11/01/2020 06:22:16, Sunday*

**Supervisor:** *MINNICH, R. R. (455)*  **Supervisor Review Date / Time:** *11/01/2020 08:53:42, Sunday*

**Contact:**  **Reference:** *Follow Up*

---

On 10/31/2020 at approximately 1500hrs I, Deputy Fraser, was operating at a permitted protest in the capacity of a member of the Alamance County Sheriff`s Office Mobile Field Force, which took place at the Historic Courthouse in Graham.

At this time, the protest had been declared unlawful. Deputy Triolo had issued three warnings utilizing a megaphone from the northside stairs to order the protesters to disperse, informing the protesters that the assembly was unlawful. Myself and members of the Mobile Field Force were assembled on line in front of these stairs, and the group of protesters was directly in front of us. I observed that a small number of protesters had formed a "daisy chain" directly in front of us, interlocking arms with persons on their left and right; this is a tactic I know through training, experience, and education is used to delay dispersal of protesters by preventing the advance of law enforcement.

Corporal Tucker with the Mobile Field Force then issued the order "forward at the half step," which entails members of the formation advancing slowly while issuing the loud, clearly audible command "Move back!" At this command, I began to slowly move forward and loudly ordered the protesters in front of me to move back. Mr. Timothy Olsen was directly in front of me, arms linked with other protesters in the daisy chain. I continued to advance and issue the command of "Move back!" until I was toe-to-toe with Mr. Olsen, and his presence and refusal to disperse prevented me from advancing and dispersing the unlawful protest. I proceeded to grab Mr. Olsen by the straps of his backpack and pulled him out of the "daisy chain" with sufficient force to place him onto his stomach on the ground behind myself and the advancing mobile field force formation. Mr. Olsen immediately became compliant once placed onto the ground, and allowed himself to be handcuffed and escorted inside the courthouse for processing.

I searched Mr. Olsen and found no contraband, and transferred custody of him to Lt. Dockery and the processing team after collecting his information. A use of force will be completed and attached to this report.

I have nothing further at this time.

[11/01/2020 06:41, SFRASER, 1484]

---

Investigator Signature  Supervisor Signature

*Alamance County Sheriff`s Office*

OCA: **202010429**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

| | | | |
|---|---|---|---|
| **Case Status:** | *CLEARED BY ARREST* | **Case Mng Status:** *ACTIVE* | **Occurred:** *10/31/2020* |
| **Offense:** | *ASSAULT - OTHER* | | |

| | | | |
|---|---|---|---|
| **Investigator:** | *MCCLELLAND, R. (742)* | **Date / Time:** | *11/01/2020 09:39:56, Sunday* |
| **Supervisor:** | *MINNICH, R. R. (455)* | **Supervisor Review Date / Time:** | *11/01/2020 10:23:41, Sunday* |
| **Contact:** | | **Reference:** | *Log File* |

On 10-31-2020 at around 1300 hrs. I Deputy J.R. McClelland of the Alamance Co. Sheriff`s Office was conducting my duty of diligence as a Mobile Field Force Squad member during the hours of 1100 to 1400 hrs. for the "I Am Change" gathering/protest held at 1 Court Square Graham, NC also the location of the "Historic Courthouse" of Alamance Co. During my tenure devoted to safety of the attending gatherers and that of my fellow agency, it was brought to attention that the protestors in attendance were not allowed per a previous agreement to have gasoline powered generator(s) nor that of flammable liquids to include accelerants or gasoline to fuel these forbidden items that would violate the agreement of the attendance and protest. Around 1300 hrs. it was brought to attention that these items were being utilized that were forbidden. It was then instructed to gather members of dedicated teams of teams 2 and 3 to respond and make a warning to the protest group to remove these items so that the gathering could continue and to advise that these items were in violation of the agreement.

   Upon deploying outside to give the statement to remove these items, teams 2 and 3 to which I was a designee of team 2 accompanied Lt. C. Martin and Cpl. B. Tomey met with unknown demonstrators in an approximate amount of numbers of around 100 utilizing this equipment. Lt. Martin per my witness of hearing and being neat to him and Cpl. B. Tomey advised the demonstrators to please remove the generator and the equipment including a can of fuel that they were not permitted items so that the demonstrators could carry on with their protest. It was at this time that I witnessed several unknown demonstrators grab at Lt. Martins arms and began shoving him as he removed the generator and also shoving Cpl. Tomey to the ground falling upon her right-side rearward towards a concrete curb and missing a piece of rebar out of the ground that appeared to strike her right arm. Lt. Martin appeared to fall but quickly stood up and removed the generator and was continually struck by the crowd to which now advanced upon the stage area and right side of the equipment or west side thereof.

   It was at this time with approximately 35-40 demonstrators began continually advancing towards myself and other team members of the Alamance Co. Sheriffs Office and so with witnessing the assault upon Cpl. Tomey and Lt. Martin, I Deputy McClelland began to raise my arms giving loud and clear verbal commands for the crowd to step back to which they did not do and OC Pepper Fogger was deployed at the ground of the feet of the protestors in a one second burst. This did not halt the demonstrators from advancing so I then deployed another longer burst of about 2 seconds at their feet and then a burst of about 3 seconds again at the direction of the advancing protestors feet. Multiple warnings of the deployment of OC was given verbally and was not adhered. It was then that the demonstrators began to immediately retreat and that Lt. Martin returned without injury to our line and Cpl. Tomey and other team members affected multiple arrests. After the retreat and de-escalation of the riotous and violent group, water was handed forth to facilitate and assist those members of the group with affected to reduce irritant of the OC Vapor. I continued to hold a line of safety with other team members to facilitate the safety of the crowd and the team members of the Alamance Co. Sheriff`s Office. I Deputy McClelland did not make arrest of any crowd members personally as the arrest team conducted these operations immediately and I continued to give orders then forming a line pushing and dispersing the protestors away in a northerly direction with members of the Mobile Field Force. A use of Force Report has been completed and attached into RMS.

_____  
Investigator Signature

_____  
Supervisor Signature

Case 1:20-cv-00998-CCE-LPA   Document 85-17   Filed 03/04/22   Page 26 of 71

*Alamance County Sheriff`s Office*

OCA: **202010429**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *CLEARED BY ARREST*      **Case Mng Status:** *ACTIVE*     **Occurred:** *10/31/2020*

**Offense:** *ASSAULT - OTHER*

---

**Investigator:** *TUCKER, B. S. (490)*     **Date / Time:** *11/02/2020 03:52:04, Monday*

**Supervisor:** *MCVEY, J. R. (108)*     **Supervisor Review Date / Time:** *11/02/2020 04:04:18, Monday*

**Contact:**     **Reference:** *Follow Up*

---

2020-10-429

Corporal Byron S. Tucker

On Saturday, October 31 2020 I Corporal Byron S. Tucker was on special assignment at the Historic Alamance County Court house in reference to security of the Court House and other county property.  I was originally assigned to Security Team Three, led by Sgt. J. McVey.  Other teams of security at the court house were manned by line members and squad leaders of the Alamance County Sheriff`s Office Mobile Field Force Unit (MFF).  All available Mobile Field Force Members were assigned at the Historic Courthouse during this operation.  On Friday, October 30 2020, I staged MFF equipment in the East hallway on the main floor of the Historic Courthouse for MFF members to utilize in the event it was needed.

At approximately 0910 hours I conducted an accountability formation of the Mobile Field Force Team. At this time the team was not listed in the operations plan however, the team would be available if requested. I was able to muster 16 team members, including the team commander, two platoon leaders, two squad leaders, and two assistant squad leaders and one logistics officer.  Three members were involved in the operational briefing. I advised each Squad leader that there could be the potential that MFF will be called on, in the event of an unlawful assembly, or any other incident that we may be utilized for.  I advised all members to wear their gas mask and their OC vapor canisters. The team was also advised they would need all of their MFF gear.  I had them load all their gear in an Sheriff`s Office unmarked vehicle prior to the formation.  I advised the team once we arrived at the courthouse I would assign them to a MFF squad in the event that we were mobilized.  At this time Sgt. McVey, Sgt. Schoch, and Detective Cpl. T. Ray arrived at the formation.  The MFF team after loading up of all members gear marched to the historic court house as a team.  Once there gear bags were unloaded and placed in the East hallway on the main floor of the Historic Courthouse with the other MFF gear. MFF members then staged with their respective security teams, some of which included Deputies that were not on the MFF team.

As I was standing by for an assignment with Security Team Three and Sgt. McVey the commander of MFF, I made contact with Deputy D. Nichols and Deputy R. McClelland. It was determined that if MFF were to be mobilized there would be two squads and Deputy Nichols and Deputy McClelland would be Squad Leaders. Sgt. McVey would lead the team as Commander, I would serve as Platoon Leader of the two squads, Sgt. Schoch would be assigned as a grenadier with the 37 MM launcher, and Det. Cpl. Ray and Deputy Bermel would be assigned each to the teams pepper ball launcher system.  There would be five lineman on one squad and six on the other. Those members would be Deputies, T. Hopkins, S. Walker, G. Westbrooks, A. Frye, W. Reyes, S. Fraser, D. Nash, M. Bullis, and Officer Brinkley from Haw River Police Department. All members were advised of their assignments if the team were to be mobilized.

At this time from inside the courthouse a large number of approximately 150 or more protesters marching south towards the courthouse on Main Street.  After stopping in the roadway in front of the confederate monument I observed them kneel in the roadway.  They then got up and continued into the area designated for them to

---

Investigator Signature      Supervisor Signature

*Alamance County Sheriff`s Office*

OCA: **202010429**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

| | | | | |
|---|---|---|---|---|
| **Case Status:** | *CLEARED BY ARREST* | **Case Mng Status:** | *ACTIVE* | **Occurred:** *10/31/2020* |
| **Offense:** | *ASSAULT - OTHER* | | | |

| | | | |
|---|---|---|---|
| **Investigator:** | *TUCKER, B. S. (490)* | **Date / Time:** | *11/02/2020 03:52:04, Monday* |
| **Supervisor:** | *MCVEY, J. R. (108)* | **Supervisor Review Date / Time:** | *11/02/2020 04:04:18, Monday* |
| **Contact:** | | **Reference:** | *Follow Up* |

protest.  I observed several protestors on across the street to the North West in the park, and the rest in front of the courthouse behind the monument.

At this time I was advised by Sgt. McVey that Security Team Three would deploy on the North Side of the courthouse. The team was in front of the main North entrance of the courthouse.  I observed protestors begin to bring pieces of a stage on the north side of the courthouse.  I was advised by Lt. S. Gaither the protestors were not allowed to set the stage up on the sidewalk but they could set it up between the bottom step and the sidewalk.  He advised me if they set up the stage on the sidewalk to advise them of the area they could utilize.  I then observed some protestors set up the stage on the sidewalk.  I attempted to advise them of where they could set up the stage and they did not do same.  Lt. Gaither then asked me to follow him off down the steps and into the protest area to advise them of where to put the stage.  Lt. Gaither spoke with Mr. Drumwright, and the stage was moved.  I then returned to my post.  As the stage was being assembled I observed Deputies go into the crowd and detain a female.  As they were bringing her up the steps to take her to a processing area they secured a large knife that had been in a sheath strapped to the female`s leg.  She was searched and then taken to a processing area.  Sometime after this incident and after some speakers spoke on the stage, I observed a black male waking around the left side of stage.  He was holding a large red gasoline can.  I also observed in front of speaker equipment in the same area on the ground what appeared to be a second gasoline can.  This was in an area near what appeared to be a baby stroller or wagon.  Soon after I observed several protesters begin to pick up speakers and other audio equipment in the same area.  It is important to note that the speakers and audio equipment I observed was not battery operated equipment.  As they continued to move equipment I observed in the area of the wagon or stroller a small generator.  I observed "HONDA" written on same.

At this time I heard through radio communications that the protest was not allowed to have any gas powered or non-battery operated equipment and that gasoline powered generators were not allowed. I then observed Lt. C. Martin, Deputy T. Hopkins, Cpl. B. Tomey and another Deputy I cannot identify go into the protest area to the location of the generator.  As Lt. Martin was approaching the area several protestors started to move their location and go towards him and Cpl. Tomey.  Lt. Martin then identified the generator and gas can.  I observed him trying to talk to protestors. Lt. Martin appeared to be cordial to the protesters and they appeared to yell at him and be agitated. He then tried to seize the generator.

At this time a large number of protestors started to grab, push and swing at Lt. Martin.  I then observed a black male protestor throw Cpl. Tomey to the ground.  I then observed OC Vapor being deployed.  Team three led by Sgt. McVey then came off of our area to try to get to Lt. Martin. The crowd started to go toward Lt. Martin and he was soon surrounded by a large number of protestors who were also fighting with other deputies.  A small line was formed near them and I observed several protestors approximately 30 or more approaching me, Deputy Ryan McClleland, and Sgt. McVey as we were trying to secure a safe area for other deputies and protesters to get away from the area.  A large number and the majority of the protestors were shouting obscenities and coming to our location while we were trying to secure Lt. Martin and Cpl. Tomey.  At this time I deployed my OC VAPOR

| | |
|---|---|
| Investigator Signature | Supervisor Signature |

*Alamance County Sheriff`s Office*

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *CLEARED BY ARREST*   **Case Mng Status:** *ACTIVE*   **Occurred:** *10/31/2020*

**Offense:** *ASSAULT - OTHER*

**Investigator:** *TUCKER, B. S. (490)*   **Date / Time:** *11/02/2020 03:52:04, Monday*

**Supervisor:** *MCVEY, J. R. (108)*   **Supervisor Review Date / Time:** *11/02/2020 04:04:18, Monday*

**Contact:**   **Reference:** *Follow Up*

canister Serial Number 5331554 at the ground in the area of protestors to keep them away from the area where Lt. Martin and Cpl. Tomey were being escorted out by other Deputies. Once Deputies were secure a line was formed by multiple security teams at the bottom step of the north entrance of the court house. .

At this time I observed Deputy P. Trilo the SRT leader for the operation on one of the top steps of the North side of the courthouse. I observed several SRT members as well as Sgt. Schoch, Cpl. Ray and Deputy Bermel. Deputy Triolo began to give a Standardized Warning due to the incident no longer being a peaceful protest. Deputy Triolo was using a bull horn. I could hear his dispersal order over the noise of the crowd. Deputy Triolo was wearing his Alamance County Sheriff`s Office SRT Uniform. Deputy Triolo advised he was a "Deputy of the Alamance County Sheriff`s Office". Deputy Triolo`s order was clear and concise. There is no way that any civilian would not know that Deputy Triolo was not a Law Enforcement Officer at this time or any time during any of his dispersal orders. I made contact with Deputy Triolo after he gave the first dispersal order. Deputy Triolo advised me chemical munitions would be deployed after a set number of dispersal orders. The first order was for five minutes. At this time Deputy Triolo gave a second dispersal order in the same manner as the first. I observed several of the SRT members with their gas mask on at this time. I spoke with Deputy Triolo and Sgt. McVey in reference to chemical munitions being deployed.

At this time I gave the Mask order to the members of MFF by hand signals due to the noise level. I and other members donned their mask. I then observed approximately 15 to 20 Orange County Sheriff`s Office SRT members forming a line to my right. I began to advise ACSO Deputies that did not have gas mask and were not SRT or MFF members to get off the line and get to the top entrance or other areas where chemical munitions could not affect them. I advised Sgt. McVey MFF was now activated and I put the members in a line formation. I then made contact with Deputy Triolo to advise him of same. Deputy Triolo advised me after the last order he would advised me and Chemical Munitions would be available to disperse the crowd. I observed Sgt. Schoch with the 37 MM launcher, and Cpl. Ray and Deputy Bermel with the pepper ball systems. I centered myself approximately five to ten paces behind the line. I observed on my left flank 12 ACSO MFF members and on my right flank approximately 15 OCSO SRT members all in a line formation. Deputy Triolo advised me he would soon be giving the order to disperse the crowd. I observed only about a fourth of the original crowd had left the area of the court house, but were now going towards the northwest across court square.

At this time Deputy Triolo gave the dispersal order. I went down the line and gave the command of "Forward at the Half Step", audibly and using hand signals. It was difficult to give the command audibly due to wearing the mask and the noise level of the unlawful assembly. When I reached the OCSO SRT members on the line they understood my order. I then advised the line to "MOVE". The line moved slowly forward ordering the crowd to "GET BACK". I observed some of the crowd attempt to not move and they were pushed back and some ran across the street or into the street. The crowd that did not move were then taken into custody. After moving approximately 25 yards and through the stage my line broke into two parts due to the monument. I observed OCSO on my right flank with approximately 10 or so members and on my left there were approximately five MFF members. I stopped the

Investigator Signature                    Supervisor Signature

*Alamance County Sheriff`s Office*

<sup>OCA</sup>: **202010429**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *CLEARED BY ARREST*    **Case Mng Status:** *ACTIVE*    **Occurred:** *10/31/2020*

**Offense:** *ASSAULT - OTHER*

**Investigator:** *TUCKER, B. S. (490)*    **Date / Time:** *11/02/2020 03:52:04, Monday*

**Supervisor:** *MCVEY, J. R. (108)*    **Supervisor Review Date / Time:** *11/02/2020 04:04:18, Monday*

**Contact:**    **Reference:** *Follow Up*

---

line at the beginning of the crosswalk and parking spaces on the north west of the courthouse.  I observed approximately 30 to 40 protestors in front of the line.  They were still not dispersing as ordered.  I could not advance this line due to the lack of MFF members.  I looked to my rear and observed the majority of the MFF team with arrested persons and unable to get back to the line.  I then observed Deputy Bermel step up to the left flank of the line that was stopped to provide extra protection to this area that was outnumbered by agitators.  I made contact with the right side of the line on the North East side of the monument and OCSO SRT members had secured that area. I made my way back to the North West side were the line was still held up and waiting for members to return.  Soon after multiple MFF Members arrived and filled in the line.  I gave the order of "FORWARD AT THE HALF STEP" again.  The line then began to move and the agitators ran across the street.  Once they were cleared of the area the North East line held.  I observed multiple Graham Police Units and the North Carolina Highway Patrol dispersing the crowd that had gathered to the North on Main Street. Both lines on the North East and North West side of the monument held.  Soon after I was advised by Deputy Triolo that the air was clear and I gave the team the order to doff their mask and they did so.  The area had been dispersed and secured at this time. At no time did I observe any young school age or younger children in the protest area at the North side of the Alamance County Historical Courthouse. I also did not observe any Alamance County Sheriff`s Office Deputy use any chemical agent on any school age or younger children.

The MFF team stayed at the historic courthouse for some time until it was advised to deploy to the Alamance County Detention Center.  The MFF van was brought to the historic courthouse and all of the MFF equipment was loaded onto the van.  A security team was requested to stay at the Historic Courthouse. The leader of this time was Lt. Martin.  He requested that Deputy Hopkins stay with his team and same was done.

At this time the MFF team was called into formation and we marched to the Alamance County Detention Center. Upon arrival we waited for orders and were advised by the team Commander Sgt. McVey to fall out into the breezeway between the Detention Center and the Court Annex where ACSO SRT vehicles and the MFF van are secured when not in service.  The team waited here for further orders.  After some time the team was advised to deploy to the Pine Street side of the Detention Center were approximately 40 to 50 persons had gathered waiting for persons arrested to be released.  The team was in a relaxed line formation.  We were relieved by a group of ACSO SRT members after some time.  After all the arrestees were released the crowd began to disperse.

There is no further information at this time.

---

Investigator Signature        Supervisor Signature

*Alamance County Sheriff`s Office*

OCA: **202010429**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

| | | | |
|---|---|---|---|
| **Case Status:** | *CLEARED BY ARREST* | **Case Mng Status:** *ACTIVE* | **Occurred:** *10/31/2020* |
| **Offense:** | *ASSAULT - OTHER* | | |

| | | |
|---|---|---|
| **Investigator:** | *JOHNSON, M. (830)* | **Date / Time:** *11/02/2020 08:06:33, Monday* |
| **Supervisor:** | *CULLER, M. D. (026)* | **Supervisor Review Date / Time:** *11/13/2020 15:59:00, Friday* |
| **Contact:** | *Cook, Faith Yvette* | **Reference:** *Follow Up* |
| | *330 W Market St, Graham* | |

[11/02/2020 08:07, MJOHNSON, 1601]

On October 31, 2020, I was assigned to the Magistrates office for security. A crowd of approximately 75 people marched to our location. They were advised not to enter the property, to wait on the grassy area along the road way of Pine Street. While they were waiting for other protesters to be released from the detention center, they would chant and yell at us. At one point they were using mega phones to curse and yell at us. Chief Deputy Parker advised us to advise them to stop using the mega phone. If they did not they would be charged with disorderly conduct. They did stop for several minutes. Then another black female, Faith Cook, began using it again.

Myself and Deputy Strickland was advised to enter the group and arrest her. We were assisted by the SRT unit. While we were taking her into custody, David Baghdadi, attempted to interfere. He also was arrested for Resist, Obstruct and Delay. Faith Cook was charged with Misdemeanor In sighting a Riot.

The mega phone was seized for evidence.

Both were released on a Written Promise to Appear. Court date is set for November 30, 2020.

Investigator Signature

Supervisor Signature

*Alamance County Sheriff`s Office*

OCA: **202010429**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

| | | | |
|---|---|---|---|
| **Case Status:** | *CLEARED BY ARREST* | **Case Mng Status:** *ACTIVE* | **Occurred:** *10/31/2020* |
| **Offense:** | *ASSAULT - OTHER* | | |

| | | | |
|---|---|---|---|
| **Investigator:** | *PIERCE, T. A. (640)* | **Date / Time:** | *11/02/2020 16:07:11, Monday* |
| **Supervisor:** | *LLOYD, T. K. (481)* | **Supervisor Review Date / Time:** | *11/02/2020 16:21:08, Monday* |
| **Contact:** | | **Reference:** | *Follow Up* |

On October 31, 2020 at approximately 0900hrs, I Cpl T. Pierce was assigned to work the I Am Change March to the Polls protest in court square Graham NC at the historic courthouse. On October 31, 2020 at approximately 1300hrs, the team I was assigned to was ordered to exit the historic courthouse and seize the red in color gas generator and red in color gas jug. Once outside the courthouse we attempted to seize the generator, however the large crowd began to struggle over the generator. I then grabbed a unknown subject and pulled him off a fellow Deputies back that was attempting to seize the generator. Once approximately ten feet away from the generator I released the subject and told him to leave the area. I then went back to help fellow deputies in seizing the generator and gas jug. I saw Deputy Weger grab the generator and I then grabbed the gas jug and place same at the top of the north courthouse steps before returned to the northwest lawn area assisting fellow deputies with the large crowd. I then observed tear gas being used and several Deputies wearing gas mask arrive. I advised for Deputy Weger to fall back with me to the courthouse steps since we did not have gas mask. Deputy Weger and I then provided security on the northside courthouse steps.

On October 31, 2020 at 1347hrs, I Cpl. T. Pierce was notified by Cpl. T. Ray that a female that I had been looking for was possibly on courthouse property. Once outside the courthouse on the East side I observed Melissa Marie King (DOB 08/20/1984) sitting on the sidewalk. Ms. King had several Order for Arrest in NCAWARE, same was verified by Central Communications(C-com). I then placed Ms. King under arrest and she was transported to the basement of the courthouse to standby until a transport unit arrived. Once the transport unit arrived Ms. King was transported to ACJ with other females that had been placed under arrest.

At this time there is nothing further to report.

| | |
|---|---|
| Investigator Signature | Supervisor Signature |

Page 31

*Alamance County Sheriff`s Office*

<sup>OCA</sup> : **202010429**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *CLEARED BY ARREST*     **Case Mng Status:** *ACTIVE*     **Occurred:** *10/31/2020*

**Offense:** *ASSAULT - OTHER*

**Investigator:** *WEGER, C. (855)*     **Date / Time:** *11/02/2020 16:08:06, Monday*

**Supervisor:** *LLOYD, T. K. (481)*     **Supervisor Review Date / Time:** *11/02/2020 16:18:40, Monday*

**Contact:**     **Reference:** *Follow Up*

On October 31, 2020 at approximately 0900hrs I, Deputy C. Weger was working the I Am Change protest. At 1300hrs I was given orders to go and retrieve the gas can and generator from in front of the north side steps of the Historic Courthouse in Graham, NC. I approached the crowd while Deputies were speaking with some of the protestors in reference to the violation of using the gas-powered generator as well as the presence of the gas can on county property. A physical engagement began between the protestors and law enforcement and I saw the generator unoccupied and I reached down and grabbed it. After grabbing the generator, I handed it off to an unknown Deputy who then began walking towards the Historic Courthouse steps. I then began assisting other Deputies in attempting to disperse the protestors from county property. I then noticed the mobile field force team had their gas masks on and I retreated to the court house steps with Cpl. T. Pierce.

At this time there is nothing further to report.

Investigator Signature        Supervisor Signature

Case 1:20-cv-00998-CCE-LPA   Document 85-17   Filed 03/04/22   Page 33 of 71

*Alamance County Sheriff`s Office*

OCA: **202010429**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

| | | | | |
|---|---|---|---|---|
| **Case Status:** | *CLEARED BY ARREST* | **Case Mng Status:** | *ACTIVE* | **Occurred:** *10/31/2020* |
| **Offense:** | *ASSAULT - OTHER* | | | |

| | | | |
|---|---|---|---|
| **Investigator:** | *NASH, D.  (725)* | **Date / Time:** | *11/02/2020 16:27:00, Monday* |
| **Supervisor:** | *HALL, J. B. (436)* | **Supervisor Review Date / Time:** | *11/02/2020 16:26:57, Monday* |
| **Contact:** | *Green, Regis Kishon* | **Reference:** | *Follow Up* |
| | *4600-302 University Dr, Durham* | | |

Follow up Investigation

Protest Event
Oca#2020-10-429
Date: Saturday, 10-31-200
Times: 0900 am until 1815 hrs
Location: #1 NW Court Square Graham, NC 27253
Ref: Protesters arrested after disobeying several broadcast warnings to vacate the property after disorderly conduct was established

Arrestee:
Regis Kishon Green
B/M DOB 03-23-1992
Clothing description:
Navy color dress coat
Navy color dress pant
Mustard color-Turtle neck
Light blue dress socks
Navy colored dress shoes-slip-on
Hair style: Afro with a hair band and gold hair clamps around the hair band
Earrings: long earrings

Case Status: Cleared by Arrest

Summary:

On Saturday, 10-31-20 from 0900 am until 1815 hrs, Alamance County Sheriff`s Office and Graham PD assisted by Orange County Sheriff`s Office personnel who were staged at different areas to maintain order during the protest scheduled for 11 am until 1400 hrs at the Alamance County Historic Court House located at #1 NW Court Square in Graham, NC 27253. I viewed a large crowd on foot being escorted by Graham PD patrol car which caused all traffic flow to be diverted into other routes to avoid the protesters marching. The crowd overtook the intersection near the roundabout near the statue impeding the roadway and traffic flow. The organizer, Rev. Greg Drumright, advised the crowd to display some civil disobedience and obstruct the roadway directly in front of the statue. Graham PD allowed them to finish their meeting which turned into a prayer session for several minutes with numerous subjects kneeling or laying in the roadway. Graham PD issued clear instructions multiple times, to vacate the intersection to allow the flow of traffic to continue at this time. The crowd was notified by Graham PD

| | |
|---|---|
| Investigator Signature | Supervisor Signature |

Page 33

*Alamance County Sheriff`s Office*

OCA: **202010429**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *CLEARED BY ARREST*    **Case Mng Status:** *ACTIVE*    **Occurred:** *10/31/2020*

**Offense:** *ASSAULT - OTHER*

---

**Investigator:** *NASH, D.  (725)*    **Date / Time:** *11/02/2020 16:27:00, Monday*

**Supervisor:** *HALL, J. B. (436)*    **Supervisor Review Date / Time:** *11/02/2020 16:26:57, Monday*

**Contact:** *Green, Regis Kishon*
*4600-302 University Dr, Durham*    **Reference:** *Follow Up*

---

several times to leave the intersection which some became disorderly with yelling, using profane language while resisting lawful instructions. Graham PD did utilize chemical spray by directing it into the roadway to force the crowd to move from the roadway. The crowd gave resistance but dispersed after several minutes into (3) separate crowds with the organizers preparing to go on the stage in front of the courthouse. Graham PD was handling traffic flow while having to encounter several subjects who were being uncivil during the protest. Law Enforcement still allowed the event to be carried out as planned.

The organizers of the protest event were making their speeches when a male subject was seen with a gasoline container hidden in a baby stroller directly near the stage which was prohibited. ACSO personnel approached the individual to confiscate the prohibited item at which time several subjects resisted ACSO personnel causing the event to become disorderly. The subjects confronted ACSO personnel who were only trying to confiscate the prohibited item (gasoline container) which turned into a shoveling match at which time chemical fog spray was directed into the ground and not into anyone`s face which made the crowd uncivil. ACSO personnel took possession of the gasoline items while officers attempted to provide water to the demonstrators near the stage area who claimed to have been effected by the chemical spray declined water bottles that were offered to them. ACSO command staff determined that the organizers had violated the agreement that was set prior to the event with Graham PD and ACSO. ACSO command staff decided to cancel the protest event due to disorderly behavior after being discovered that they had prohibited items inside the event.

Verbal Warnings given to vacate the event:

    ACSO personnel gave 1st verbal instruction from an amplified bull horn that all demonstrators asking to vacate the area in an orderly manner or risk being arrested. The organizer Rev. Greg Drumright made a speech telling he nor the crowd were not going anywhere until 1400 hrs. The demonstrators were being uncivil and disorderly and still refusing to vacate the area when ACSO personnel gave a 2nd verbal instruction from an amplified bull horn that all demonstrators were being asked to vacate the area in an orderly manner at this time or risk being arrested. The demonstrators in front of the courthouse continued yelling and using profane language towards law enforcement. Rev. Greg Drumright and the crowd near the stage continued advising that they aren`t going nowhere, spray me. ACSO personnel gave a 3rd verbal instruction from an amplified bull horn advising all demonstrators to vacate the area in an orderly manner at this time or risk being arrested. ACSO personnel were behind the gated fence for several more minutes allowing demonstrators to vacate the area. When the demonstrators continued to defy all lawful commands given by ACSO personnel the command staff gave the authorization to arrest. ACSO personnel moved in towards demonstrators who remained near the stage area to which arrest were made.

---

Investigator Signature                                    Supervisor Signature

*Alamance County Sheriff`s Office*

<span>OCA: **202010429**</span>

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

| | | | |
|---|---|---|---|
| **Case Status:** | *CLEARED BY ARREST* | **Case Mng Status:** *ACTIVE* | **Occurred:** *10/31/2020* |
| **Offense:** | *ASSAULT - OTHER* | | |

| | | |
|---|---|---|
| **Investigator:** | *NASH, D.  (725)* | **Date / Time:** *11/02/2020 16:27:00, Monday* |
| **Supervisor:** | *HALL, J. B. (436)* | **Supervisor Review Date / Time:** *11/02/2020 16:26:57, Monday* |
| **Contact:** | *Green, Regis Kishon* | **Reference:** *Follow Up* |
| | *4600-302 University Dr, Durham* | |

Arrest made: Regis Kishon Green


    I viewed Regis Kishon Green and others standing on the stage yelling, using profane language and refusing to vacate the area after being given lawful command by ACSO personnel (3) different times. I viewed an ACSO personnel place Mr. Green on the ground to be handcuffed at which time, I assisted the officer with placing handcuffs on Mr. Green. The subject was then escorted by me into the staging area of the courthouse to be processed and transported to the magistrate office. ACSO personnel arrested numerous demonstrators from males to females that did not vacate the area. The demonstration moved from the courthouse over to the jail where it was a large crowd awaiting the release of demonstrators from the protest.


No further at this time

| | |
|---|---|
| Investigator Signature | Supervisor Signature |

Case 1:20-cv-00998-CCE-LPA   Document 85-17   Filed 03/04/22   Page 36 of 71

*Alamance County Sheriff`s Office*

OCA: **202010429**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *CLEARED BY ARREST*    **Case Mng Status:** *ACTIVE*    **Occurred:** *10/31/2020*

**Offense:** *ASSAULT - OTHER*

---

**Investigator:** *RUMLEY, J. A. (317)*    **Date / Time:** *11/02/2020 17:16:09, Monday*

**Supervisor:** *MCDONALD, W. B. (399)*    **Supervisor Review Date / Time:** *11/17/2020 16:25:08, Tuesday*

**Contact:**    **Reference:** *Crime Scene Investigation Supp*

---

ALAMANCE COUNTY SHERIFF`S OFFICE
CRIME SCENE EXAMINATION

CASE NUMBER: 2020-10-429    OFFENSE: Protest

VICTIM:    RACE:    GENDER:    DOB:

PROCESSING ADDRESS: 109 S. Maple Street, Graham, NC 27253

DAY/DATE OF PROCESS: Saturday, October 31, 2020

INVESTIGATOR:  Cpl. Joshua Rumley

On Saturday, October 31, 2020, I CSI Cpl. J. Rumley I was on my assigned duty at the ACSO Detention Facility as a Magistrate`s Office Security for a protest that was taking place.  Later, I was told by Major J. Fortner that there was a gas can containing gas, a generator containing gas and other items that were collected from the protest at the court house.  These items are sitting outside Lt. A. Gaither`s office.  He then asked me to go photograph these items and then take the gas can and generator to the ACSO Annex to be stored.

Using a department issued Nikon D7100 Digital Camera I photographed the items outside of Lt. Gaither`s office.  I also opened the gas can and generator and photographed the level of liquid in each.  Both appeared to be full of liquid.  I then loaded the gas can and generator into my assigned CSI vehicle and transported them to the Annex.  I then placed both items underneath the covered shelter of the building.  I then locked the gate back and returned to the ACSO Detention Center until released from my assigned duty.

---

Investigator Signature    Supervisor Signature

Page 36

*Alamance County Sheriff´s Office*

OCA: **202010429**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

| | | | | | |
|---|---|---|---|---|---|
| **Case Status:** | *CLEARED BY ARREST* | **Case Mng Status:** | *ACTIVE* | **Occurred:** | *10/31/2020* |
| **Offense:** | *ASSAULT - OTHER* | | | | |

| | | | |
|---|---|---|---|
| **Investigator:** | *WALKER, S. (847)* | **Date / Time:** | *11/03/2020 03:20:36, Tuesday* |
| **Supervisor:** | *WHITE, B. N. (504)* | **Supervisor Review Date / Time:** | *11/03/2020 04:00:04, Tuesday* |
| **Contact:** | | **Reference:** | *Log File* |

Supplement OCA: 2020-10-429
Deputy: S. Walker

On October 31, 2020 I assisted with a planned protest march. At approximately 12:54 PM, a male was observed carrying a gas can inside the barricades of court square. It was believed that the group of protesters had a small generator located on courthouse property.

I, Deputy Walker, was a member of an investigation team that walked down from the courthouse to the left side of the stage where the small generator was believed to be located. At approximately 1:00 PM, the investigation team confirmed that there was a small red generator sitting inside of a stroller beside the stage. The investigation teamed stated to the group of protesters that they were not allowed to have gas powered equipment on courthouse property. Several people from the stage stepped down and confronted the investigation team. At that point, a struggle over the generator ensued. I was standing behind the deputies who were standing where the generator was located. A male raised his right arm and appeared to be preparing to hit a deputy in front of me, as the deputies in front of me were leaned forward trying to gain control over the generator. I grabbed his arm and forced him back from the crowd.

At this point, OC spray was deployed from members of the investigation team in front of me towards the group of protestors who were fighting over the generator. I turned towards the deputies of the investigation team in front of me and saw a deputy that had fell to the ground. Simultaneously, I witnessed a deputy grab the generator from the stroller and retreat back towards the courthouse. OC spray was still being deployed at this time due to the group of protesters who were still fighting deputies. The deputy that had fallen to the ground was picked up and deputies began retreating back towards the courthouse. The group of protestors retreated back to the stage. The individuals who were affected by the OC spray were given bottled water to rinse the affected areas. Protestors began to form a human chain at this time.

End of Supplement.

| | |
|---|---|
| Investigator Signature | Supervisor Signature |

Page 37

*Alamance County Sheriff`s Office*

OCA: **202010429**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *CLEARED BY ARREST*  **Case Mng Status:** *ACTIVE*  **Occurred:** *10/31/2020*

**Offense:** *ASSAULT - OTHER*

---

**Investigator:** *TOMEY, B. (764)*  **Date / Time:** *11/03/2020 05:12:03, Tuesday*

**Supervisor:** *LLOYD, T. K. (481)*  **Supervisor Review Date / Time:** *11/03/2020 05:36:01, Tuesday*

**Contact:**  **Reference:** *Witness Statement*

---

On Saturday 10-31-2020 at approximately 1300 hours I responded to the north side of court square with a 5 Deputy team at the directives of my superiors. It was briefed earlier in the day at the operations briefing (at 0900 hours) that no gas-powered items or equipment were to be utilized during this protest. The chain of command was notified of a gas can and a generator being utilized during this event. Due to this, a team was tasked with retrieving the piece of equipment because of the safety issues and hazards it posed if it were to explode or catch on fire.  It was in close proximity to the participants that gathered for the protest.

Prior to exiting the courthouse on the north side, our team was notified by LT. Gaither that we were to seize the gas can and power generator due to them already being confirmed on-site by a reliable source. We were informed the gas can and generator were in a purple wagon at the base of the north side staircase, just a few feet away from the stage, near the loudspeakers.

Lt. Martin was walking in front of myself and I was one pace behind his stride. He walked through part of the crowd as I walked on the backside of the crowd in the southwest corner of the base of the steps. Lt. Martin initially was standing slightly in front and to the right of myself near the tall black speakers. He addressed two males who were standing near the speakers and stated that the generator was a violation of the set forth agreement and it had to be seized due to safety concerns. As he stated this, the two males completely turned around squaring off with LT. Martin. Both males stated no, they would not give the generator to him.

(The males were later identified in photographs captured by the Sheriff`s Department as the male in a black t-shirt with a green beanie and another male in a black and red t-shirt with a red bandana around his neck. Please see photographs for further description of the offenders.)

After the males stated they would not give the generator to officers, Lt. Martin began to move his hand down to grab the handle of the generator. While reaching for the generator a third person`s hand parted through the two initial aggressor`s shoulders and struck Lt. Martin near the wrist. The strike was in an effort to prevent him from grabbing the generator. During this time I heard the male state, "fuck you" "fuck no".  I also heard a second person stating "we`ll just turn it off." "you aren`t taking the generator."

Due to the three males who now included the main speaker on stage, with long dread like hair, and a black shirt on, (the description was later confirmed after examining photos of the incident),  grabbing at and striking Lt. Martin on the wrist, I began giving commands for all of the parties to, "Get back. Get back." The commands were given an estimated 3-5 times as I attempted to utilize my forearm across the male`s (in the black beanie and red bandana)  chest and move him away from Lt. Martin as he began closing the distance. I simultaneously began engaging the second male (with the long dreads) with an open hand, trying to also remove him from touching Lt. Martin.  This was in an effort to give Lt. Martin an opportunity to grab the items to be seized so that we could exit the area without further incident.
At that time I began having to keep several more people away from myself and Lt. Martin. I was aware that the

---

Investigator Signature  Supervisor Signature

*Alamance County Sheriff`s Office*

OCA: **202010429**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

| | | | | | | |
|---|---|---|---|---|---|---|
| **Case Status:** | *CLEARED BY ARREST* | **Case Mng Status:** | *ACTIVE* | | **Occurred:** | *10/31/2020* |
| **Offense:** | *ASSAULT - OTHER* | | | | | |

| | | | |
|---|---|---|---|
| **Investigator:** | *TOMEY, B. (764)* | **Date / Time:** | *11/03/2020 05:12:03, Tuesday* |
| **Supervisor:** | *LLOYD, T. K. (481)* | **Supervisor Review Date / Time:** | *11/03/2020 05:36:01, Tuesday* |
| **Contact:** | | **Reference:** | *Witness Statement* |

remaining members of the team sent out were to the rear of myself and the left.

The crowd continued to grow as I attempted to push back the first male to the left of myself with the red bandana and black beanie. He was now actively grabbing Lt. Martin. I was utilizing both of my hands with an open palm. Because of the number of aggressors toward Deputies, I began calculating while pushing them back that there were initially two, then three, and then more than five. I was able to see several people forming behind the primary aggressors and actively trying to grab and strike Deputies. I became entrapped with several people grabbing and striking myself. At this time I was continuing to maintain the peace by keeping people away from the items we were sent to secure. I continued to use only open palms pushing people back.

It was later observed that in the middle of this, I was being grasped at by 5 people at once. One female in a pink head wrap, one male in a green beanie, one male in a brown trench coat, the male with the long dreadlocks, and the male with the red bandana who had a hold of my left upper bicep. (This was observed in still frame DSC_0567).

As this struggle ensued, I felt the male with the long dreadlocks grasp my right wrist and strike it down. (This was confirmed in still frame DSC_0568) While assessing the situation and the amount of people assaulting Deputies, I assessed the approximate crowd of combatants to be 10 or more people with others circling us. I began thinking of my tools available that would be appropriate for the totality of the circumstances. I initially thought of utilizing my Taser but due to it not being feasible for more than two people, I assessed the use of my asp due to it being taught in crowd control as a tool to keep people back but in this circumstance, it would not have been effective, so I determined that OC spray would be the most effective for a large group with a minimal amount of force. (captured in still frames DSC_0573, DSC_0574)

I unholstered my OC Spray and began streaming it toward the three primary aggressors and then the crowd building around them. In still frame DSC_0575 you can see one of the primary aggressors with the long dreadlocks re-engage me as it is unholstered. He is now positioned behind another person and is reaching over them to grab/strike myself.

Once the OC Spray is deployed, a few seconds later I am shoved to the ground on top of a piece of rebar. (Still frame DSC_0578, DSC_0579) Another Deputy assists me in getting up (DSC_0582), as I continue streaming OC Spray to keep the aggressors away from myself and other Deputies in the team. The aggressors were continuing to advance toward myself and other Deputies as I was getting back to my feet.

At this time, I felt another Deputy pulling on the back of my vest and notifying myself it was time to pull back. I then returned to the courthouse steps as the warnings to disperse were given. Three warnings were given by Deputy Triolo and I observed him utilize a laminated copy of the dispersal commands printed in the Operation Order.

Once the commands were given in the allotted time, Mobile Field Force moved forward and began dispersing the

---

| | |
|---|---|
| Investigator Signature | Supervisor Signature |

# CASE SUPPLEMENTAL REPORT

*Alamance County Sheriff`s Office*

<sup>OCA</sup>: **202010429**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *CLEARED BY ARREST*   **Case Mng Status:** *ACTIVE*   **Occurred:** *10/31/2020*

**Offense:** *ASSAULT - OTHER*

**Investigator:** *TOMEY, B. (764)*   **Date / Time:** *11/03/2020 05:12:03, Tuesday*

**Supervisor:** *LLOYD, T. K. (481)*   **Supervisor Review Date / Time:** *11/03/2020 05:36:01, Tuesday*

**Contact:**   **Reference:** *Witness Statement*

crowd and making arrests for those who refused to leave. As one member of the designated arrest teams, I assisted with securing those members in custody and taking them to the designated area for processing. While downstairs completing processing, I assisted in searching the female arrestees and giving aid to personnel in our custody. I helped one arrestee decontaminate with cold water due to her complaints of continued aggravation from issued equipment that was utilized during the clearing of the crowds.

The chain of command on duty was notified of the injuries I sustained to my right elbow and tricep. The injury I sustained was photographed and will be attached to the case report. The initial photograph was taken on 11-01-2020 at 1404 hours. A secondary photo was taken at 2151 hours to show the progression of the bruising.

The male with the long dreadlocks that I encountered was later identified as Gregory Brooks Drumright during his arrest process for a separate incident.

There is nothing further to report at this time.[11/03/2020 05:17 BTOMEY]

Investigator Signature                    Supervisor Signature

*Alamance County Sheriff`s Office*

OCA : **202010429**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *CLEARED BY ARREST*  **Case Mng Status:** *ACTIVE*  **Occurred:** *10/31/2020*

**Offense:** *ASSAULT - OTHER*

**Investigator:** *TRIOLO, P. C. (568)*  **Date / Time:** *11/03/2020 06:20:16, Tuesday*

**Supervisor:** *LLOYD, T. K. (481)*  **Supervisor Review Date / Time:** *11/03/2020 06:46:18, Tuesday*

**Contact:**  **Reference:** *Log File*

2020-10-429
SUPPLEMENT

On 31 October 2020, I Deputy Triolo of the ACSO was assigned as the SRT Liaison to assist the ACSO Operations Division in the management of a protest being held at the Alamance County Historic Courthouse. SRT deployment at the courthouse consisted of a small Overwatch and Security element located on the rooftop of the courthouse, a 2 man chemical device deployment team, and the Orange County SRT including 4 pepperball launchers and operators.

The concept of operations called for all SRT elements to remain out of sight and away from the crowds, in an effort to avoid unnecessary escalation of tensions. All elements were staged within the courthouse proper out of sight, and the roof top element was "dressed down" from usual SRT uniforms and also included 2 plain clothed non SRT deputies.

All elements stood by until approximately 1255, at which time I was advised by Lt Gaither that there was a generator and gas can on the west side of the stage, and that it was in violation of the agreement. Moving to a first-floor window, I observed a red 5 gallon gas can moving in the crowd.

I worked with ACSO MFF and identified an 8 man element of deputies in Class B /MFF uniforms to assist in seizing the generator and gas can. The element was led by Lt Martin, and on order of the Operations Chief Lt Gaither, the element went to the west side of the stage to address the issue.

As a precaution and in anticipation of hostile actions of the protesters, I moved all SRT elements to just inside the front door out of sight.

At 1300, the presence of the generator was confirmed, and Lt Martin and his element attempted to recover same. As he attempted to carry out his duties, he was met with physical resistance and it appeared that protesters were attempting to enter restricted areas (grass/flower beds) to the west of the steps and fight the deputies attempting to carry out their duties. I, with several MFF elements moved to the grassy patch to the west of the stage. I was equipped with an agency owned 40MM Less Lethal Launcher, which I had loaded with "stinger" munitions (multi-rubber ball round used for compliance) while the MFF elements were equipped with OC foggers.

As we got to the grassy patch, several protestors were attempting to move towards the courthouse steps. I issued several verbal commands for the crowd to get back while MFF officers to my flank deployed OC spray towards the ground. The crowd initially hesitated, then as the effects of the OC were felt, they withdrew back out of the grass.
Once the crowd was outside of the restricted areas, I withdrew back to the top of the courthouse steps. At this time, I was informed by Lt Gaither that we had an officer assaulted, and that the unified command had determined the situation had deteriorated to an unlawful condition and that the crowd needed to be disbursed.

Investigator Signature  Supervisor Signature

*Alamance County Sheriff`s Office*

OCA: **202010429**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

| | | | | |
|---|---|---|---|---|
| **Case Status:** | *CLEARED BY ARREST* | **Case Mng Status:** | *ACTIVE* | **Occurred:** *10/31/2020* |
| **Offense:** | *ASSAULT - OTHER* | | | |

| | | | |
|---|---|---|---|
| **Investigator:** | *TRIOLO, P. C. (568)* | **Date / Time:** | *11/03/2020 06:20:16, Tuesday* |
| **Supervisor:** | *LLOYD, T. K. (481)* | **Supervisor Review Date / Time:** | *11/03/2020 06:46:18, Tuesday* |
| **Contact:** | | **Reference:** | *Log File* |

MFF and Orange SRT formed a skirmish line at the base of the steps to the courthouse, while the chemical team formed with me at the top of the stairs.

On the orders of Lt Gaither, at the direction of the Unified Command, at 1305 hrs, I, utilizing a hand held bullhorn read the first "standardized warning" to the crowd ordering disbursal or face arrest.

Of note, the organizer and speaker Mr. Drumwright, through a handheld bullhorn made statements that they were not going to disburse and they intended to remain until 2:00 (or words to that effect). The primary elements of the protest remained on the stage uttering statements of defiance.

At 1310, over a handheld bullhorn, I again read the standardized warning to the crowd.  The crowd continued in chants of defiance and did not disburse.

At 1315 I read the 3d warning. After giving 10 minutes to disburse, and the protesters failing to comply with the lawful commands, I gave the order to MFF to commence clearing operations.

At 1316, due to the extraordinary number of protesters not disbursing as the MFF moved forward, I took up a position behind the line and functioned as a member of an arrest element, taking custody of those who refused to back up or leave the area. As the MFF Line reached the stage, several protesters refused their commands. As the line pushed north, I seized a protestor, Mr. Drumwright, who failed to disburse. Initally the subject resisted my commands and attempted to pull away, however with the assistance of Cpl Hinckle of the ACSO Mr. Drumwright was taken into custody. He was flex-cuffed on the courthouse steps. I then immediately took him inside the courthouse and to the processing area in the basement. Once the subject was flex cuffed, he was cordial and cooperative without further resistance.

Once in the basement, I conducted a quick frisk for weapons prior to turning Mr. Drumwright over to Lt Dockery and the processing team.

I then returned to the courthouse steps where MFF and its supporting elements had successfully cleared the courthouse property of the protestors.
My actions for the remainder of the day were in support of the security of the courthouse and later included security of the magistrate`s office and parking area.

ACSO SRT did not deploy any munitions or chemicals during this event.

I have no further information regarding this event at this time.

| | |
|---|---|
| Investigator Signature | Supervisor Signature |

Page 42

*Alamance County Sheriff`s Office*

OCA: **202010429**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *CLEARED BY ARREST*     **Case Mng Status:** *ACTIVE*     **Occurred:** *10/31/2020*

**Offense:** *ASSAULT - OTHER*

**Investigator:** *SCHOCH, M. R. (099)*     **Date / Time:** *11/03/2020 10:49:03, Tuesday*

**Supervisor:** *CULLER, M. D. (026)*     **Supervisor Review Date / Time:** *11/13/2020 15:58:37, Friday*

**Contact:**     **Reference:** *Follow Up*

While working the event" I am for change" on October 31 of 2020, I Sgt Schoch was on duty and was working at the historical courthouse.  After the incident occurred were the Alamance County Sheriff`s Office had to retrieve a generator and a gas can from beside the staging area in front of the courthouse. During the retrieval of the generator and gas can, pepper spray was deployed to the crowd to disburse same. After things started coming down, I noticed there was a black male sitting on the stage that was obviously in distress after being exposed to pepper spray, he was rubbing his face and his eyes were watering. I then took several bottles of new sealed water and went out into the crowd passing the bottles out beyond the skirmish line established by the Alamance County Sheriff`s Office and offered it to anyone in the area behind the stage. I offered a bottle of water to the black male that was in distress at first, he refused it and asked "why did I pepper spray me " I replied that I was not the one that pepper sprayed him but here`s a bottle of water to help him after the second attempt to give them the water the black male did take the water and then I return back to my post.

Investigator Signature     Supervisor Signature

Page 43

*Alamance County Sheriff`s Office*

<sup>OCA</sup>: **202010429**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *CLEARED BY ARREST*  **Case Mng Status:** *ACTIVE*  **Occurred:** *10/31/2020*

**Offense:** *ASSAULT - OTHER*

| | |
|---|---|
| **Investigator:** *TEAGUE, M. J. (404)* | **Date / Time:** *11/03/2020 13:00:33, Tuesday* |
| **Supervisor:** *TEAGUE, M. J. (404)* | **Supervisor Review Date / Time:** *11/03/2020 13:10:22, Tuesday* |
| **Contact:** | **Reference:** *Follow Up* |

Case #: 2020-10-429
Incident 1: Disorderly Conduct
Incident 2: Resist, Delay and Obstruct
Incident Location: 109 S. Maple St. Graham (Alamance County Detention Center)
Offender 1: Faith Yvette COOK B/F DOB 07/12/1978
Offender 2: David Eli BAGHDADI W/M DOB 03/25/1977


On Saturday, October 31st, 2020, Deputy Teague was assigned to a support team of the Sheriff`s Office Special Response Team (SRT) in preparation for the possibility of the scheduled demonstration becoming a large unlawful gathering.

This support was due to the past demonstrations becoming large groups of people standing in the roadway, or gathering in the parking lot of the Alamance County Detention Center in their attempts to disrupt normal business or traffic.

As Deputy Teague was staged at the Sheriff`s Office, SRT was advised of a large group of people walking on the sidewalks, through down-town Graham, and headed to the Detention Center. At this time, the SRT element exited the building and stopped this group from entering the Detention Center parking lot. The group began yelling profanity at SRT and the Deputies that were present. The group was yelling statements such as "fuck the police" and "fuck twelve". As the group was advised they would not be allowed on the property, but they could remain on the sidewalk, the group then walked around the Sheriff`s Office facility, via the sidewalk and then gathered on the opposite side of the Detention Center parking lot located on Pine St.

The group again attempted to gain access to the Detention Center parking lot, but were denied entry. The group continued to yell profanity at all Deputies and SRT members present. In the group was (2) females that were identified as attorneys. These females were allowed to enter and exit the facility at will since they had official business and one of the females was somewhat of assistance in keeping the group peaceful at times.

As time progressed, the group grew in-size to an estimated 60-70 people. At one point, a black female utilized a megaphone to amplify music being played from what appeared to be her phone. As this was determined to be Disorderly Conduct, which she could be arrested for, Deputy Teague approached her and advised her she must shut the megaphone down. The female complained that her rights were being violated, but she quit using the megaphone to amplify the music. A few minutes later, the female began using the megaphone to amplify her voice. This has caused inmates in the Detention Center to act out and create safety problems for Detention Officers, so this being after the female was warned, Deputy Teague gave the command for her to be taken into custody.

As the team moved-up to arrest the female, (Faith COOK) the team had to make way through multiple people

| Investigator Signature | Supervisor Signature |
|---|---|

*Alamance County Sheriff´s Office*

<sup>OCA</sup>: **202010429**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *CLEARED BY ARREST*    **Case Mng Status:** *ACTIVE*    **Occurred:** *10/31/2020*

**Offense:** *ASSAULT - OTHER*

---

**Investigator:** *TEAGUE, M. J. (404)*    **Date / Time:** *11/03/2020 13:00:33, Tuesday*

**Supervisor:** *TEAGUE, M. J. (404)*    **Supervisor Review Date / Time:** *11/03/2020 13:10:22, Tuesday*

**Contact:**    **Reference:** *Follow Up*

---

standing around her. As she was being arrested, a white male (David BAGHDADI) ran over and attempted to pull her away from the team. Deputy Teague grabbed Mr. Baghdadi, and with the assistance of Deputy Strickland, placed him into custody. During these arrests, no chemical munitions were deployed and Deputy Teague did not observe any injuries sustained to anyone.

No further.

Investigator Signature    Supervisor Signature

*Alamance County Sheriff`s Office*

OCA: **202010429**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

| | | | |
|---|---|---|---|
| **Case Status:** | *CLEARED BY ARREST* | **Case Mng Status:** *ACTIVE* | **Occurred:** *10/31/2020* |
| **Offense:** | *ASSAULT - OTHER* | | |

| | | |
|---|---|---|
| **Investigator:** | *RUMLEY, J. A. (317)* | **Date / Time:** *11/03/2020 19:16:26, Tuesday* |
| **Supervisor:** | *MCDONALD, W. B. (399)* | **Supervisor Review Date / Time:** *11/17/2020 16:25:20, Tuesday* |
| **Contact:** | | **Reference:** *Crime Scene Investigation Supp* |

ALAMANCE COUNTY SHERIFF`S OFFICE
CRIME SCENE EXAMINATION

CASE NUMBER: 2020-10-429     OFFENSE: Disorderly Conduct/Unlawful Assembly (Protest)

VICTIM:   RACE:       GENDER:       DOB:

PROCESSING ADDRESS: 201 W. Elm Street, Graham, NC 27253

DAY/DATE OF PROCESS: Tuesday, November 03, 2020

INVESTIGATOR:  Cpl. Joshua Rumley

On Tuesday, November 03, 2020, I CSI Cpl. J. Rumley was told by Sgt. P.E. Cobb that he had some evidence from the Protest that occurred Saturday, October 31, 2020 that he needed to turn over to CSI.  At 14:48 hours Sgt. Cobb turned over to me a manila envelope containing a San Disk 32GB SDHC card and a clear plastic bag containing a Beofeng UV-5R hand held radio.

I then submitted the evidence into Evidence Locker # 001 at 15:14 hours.

Investigator Signature                                    Supervisor Signature

*Alamance County Sheriff`s Office*

OCA: **202010429**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *CLEARED BY ARREST*     **Case Mng Status:** *ACTIVE*                    **Occurred:** *10/31/2020*

**Offense:** *ASSAULT - OTHER*

---

**Investigator:** *BERMEL, S. P. (505)*                                              **Date / Time:** *11/04/2020 08:59:25, Wednesday*

**Supervisor:** *MINNICH, R. R. (455)*                     **Supervisor Review Date / Time:** *11/04/2020 15:21:05, Wednesday*

**Contact:**                                                                              **Reference:** *Follow Up*

---

OCA: 2020-10-429

Reference: Protest/Arrest

Time: 1300hrs

Date: October 31, 2020

On the above date and approximate time, I, Deputy Bermel, was stationed at the Historic Court House in Court Square in Graham, NC. During this time, I was deployed with both the Mobile Field Force Team and more specifically with the chemical munitions team in reference to a protest that was taking place at the Historic Court House.

Around 1300hrs dispersal commands were given to the crowd as they were deemed an unlawful assembly by upper command. After three commands to disperse were given, the last being at 1315hrs, the Mobile Field Force team advanced on a crowd of about 15 to 20 people that were refusing to leave. At this time several individuals were placed under arrest for failing to disperse. I noticed that Sgt. Mcvey was dealing with an uncooperative individual who failed to place his hands behind his back when asked.

I noticed Sgt. Mcvey giving commands for the individual to place his hands behind his back several times and this person refused every time. I then assisted Sgt. Mcvey by placing this individuals` right arm behind his back. I also gave this individual several warning to place his hands behind his back and he refused. Once Sgt. Mcvey and I were able to get his hands behind his back he was handcuffed and escorted into the historic courthouse for processing by another Deputy. Nothing further at this time.

Investigator Signature                                    Supervisor Signature

Page 47

*Alamance County Sheriff`s Office*

OCA: **202010429**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *CLEARED BY ARREST*     **Case Mng Status:** *ACTIVE*     **Occurred:** *10/31/2020*

**Offense:** *ASSAULT - OTHER*

---

**Investigator:** *CANNADY, J. R. (203)*     **Date / Time:** *11/04/2020 16:20:44, Wednesday*

**Supervisor:** *TEAGUE, M. J. (404)*     **Supervisor Review Date / Time:** *11/04/2020 16:33:20, Wednesday*

**Contact:**     **Reference:** *Follow Up*

---

Supplement Report
OCA:  2020-10-429
Date:  11/4/2020
Deputy:  J.R. Cannady


On 10/31/2020, a demonstration was conducted at the Alamance County Courthouse.  The demonstration was to start and the court house near the monument and end at the polling booth.  There were various speakers present.  The initial count estimate was around 80 -100.  This estimate was early during the demonstration.  The demonstrators set up a stage on the court house sidewalk.  Mr. Drumwright and other speakers were using the stage and that area to speak to the attendants.  Mr. Ian Baltutis was speaking on the stage and shortly after he concluded his speech a report of a gas canister was spotted near a gas powered generator beside the monument.

The monument is surrounded by mulch and was currently heavily populated with demonstrators.  Incident command directed the court square personnel to retrieve and seize the generator and gas can.  MFF and attached SRT units, Triolo, Hinckle, and I went outside.  During the approach I heard the arguing from the crowd and observed some movement in the area where the gas can was.  I do not know  I saw MFF, disperse OC Vapor toward the crowd.  The units were retrieved after that action.  They were placed behind the line and I placed the generator inside the court house.  The gas can was also placed in the court house.  It was red plastic gas container.  The red gas container was almost full.

Shortly afterward Triolo began to issues warnings to disperse to the crowd.  The gathering was declared unlawful during the annoucements.  When Triolo gave his warnings I noticed that the demonstrators would attempt to drown out the announcement with their own amplified speech.  I couldn`t determine what was said by the demonstrators because I was directly beside Triolo.  Triolo gave three warnings with predetermined time between each warning.  Some of the demonstrators did not disperse as directed.

A line was formed and we began to move forward.  As we moved a number of demonstrators were arrested.  The remaining demonstrators that I observed on the stage did not move away from the line.  Some of them stood still while a white female was observed lying down in arrest position.  I assisted with securing Mr. Rion Thompson, whom was later identified during arrest procedures.  Mr. Thompson was compliant and did not resist.  When I grabbed him we moved away from the line and I told him to get down on the ground and he complied.  Mr. Thompson asked me, what are his charges?  I advised him that would be explained to him shortly.  He placed his hands behind his back, he was secured and taken inside the court house without any further incidents.

Most of the Demonstrators moved to the sidewalk toward the small park and Graham Police Department moved them down the sidewalk.  When this was completed the demonstrators left the immediate area and regrouped around the Magistrate`s Office.  The detail that I was assigned too regrouped at the office as well.  All the

---

Investigator Signature                    Supervisor Signature

Case 1:20-cv-00998-CCE-LPA   Document 85-17   Filed 03/04/22   Page 49 of 71

*Alamance County Sheriff`s Office*

<span style="color:gray">OCA:</span> **202010429**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *CLEARED BY ARREST*     **Case Mng Status:** *ACTIVE*          **Occurred:** *10/31/2020*

**Offense:** *ASSAULT - OTHER*

**Investigator:** *CANNADY, J. R. (203)*                 **Date / Time:** *11/04/2020 16:20:44, Wednesday*

**Supervisor:** *TEAGUE, M. J. (404)*     **Supervisor Review Date / Time:** *11/04/2020 16:33:20, Wednesday*

**Contact:**                                 **Reference:** *Follow Up*

arrestees were released and rejoined the crowed.  Mr. Drumright was released and met with his attorney at the sidewalk. He was asked to leave the property and stand over at the grass with the other gathered demonstrators.

He did not and Chief Deputy Parker spoke to Mr. Drumwright and his attorney.  Mr. Drumwright agreed to wait on the grass shoulder.  When everybody was processed and released.  The demonstrators left and we cleared from the Magistrate`s Office.  Nothing further to report.

Investigator Signature                         Supervisor Signature

*Alamance County Sheriff`s Office*

OCA : **202010429**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:**  *CLEARED BY ARREST*          **Case Mng Status:**  *ACTIVE*                         **Occurred:**  *10/31/2020*

**Offense:**  *ASSAULT - OTHER*

**Investigator:**  *MCVEY, J. R. (108)*                              **Date / Time:**  *11/05/2020 00:48:54, Thursday*

**Supervisor:**  *MCVEY, J. R. (108)*          **Supervisor Review Date / Time:**  *11/05/2020 00:49:53, Thursday*

**Contact:**                                                              **Reference:**  *Follow Up*

Case Number: 2020-10-429
Date: 10.31.2020
Crime: Disturbance/Protest
Officer: Sgt. James R. McVey

Summary of events:

8:45 AM

I checked in with the incident command.

9:00 AM

I attended the briefing for the incident.

9:30

I reported the Alamance County Historic Courthouse, my assigned post for the day with team 3.

12:00 PM

Team 3 deployed to the northside landing of the courthouse. A black female was observed carrying a knife. Team 3 deployed to the stage area and took custody of the subject. She was placed under arrest and transported to the detention center.

1:00 PM

A generator as well as a gasoline can was observed near the speakers, to the left side of the stage. Generators were in violation of the permit agreement and command ordered that the generator br removed. A team was deployed and took possession of the generator and fuel can. Demonstrators attacked and assaulted Deputy Tomey and Lt. Martin. Mobile Field Force members moved to the area to deploy CTS Aerosol Vapor on the ground and disperse the agitators. Due to the large number of people as well as other ACSO personnel involved in the crowd, OC Vapor was deployed as near to the pavement as possible and above the heads of the crowd. I deployed several vapor bursts below and above the crowd during this time.

1:05 PM

The assembly was declared unlawful. MFF donned gas masks as the order to disperse was issued.

_____                           _____
Investigator Signature                             Supervisor Signature

Page 50

*Alamance County Sheriff`s Office*

OCA: **202010429**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *CLEARED BY ARREST*    **Case Mng Status:** *ACTIVE*    **Occurred:** *10/31/2020*

**Offense:** *ASSAULT - OTHER*

**Investigator:** *MCVEY, J. R. (108)*    **Date / Time:** *11/05/2020 00:48:54, Thursday*

**Supervisor:** *MCVEY, J. R. (108)*    **Supervisor Review Date / Time:** *11/05/2020 00:49:53, Thursday*

**Contact:**    **Reference:** *Follow Up*

1:10 PM

The second order to disperse was issued. MFF formed a skirmish line in front of the protestors. I was in the team leader position behind the line.

1:15 PM

The third and final order to disperse was issued. MFF skirmish line began to push and use OC Vapor to move the protestors from the courthouse grounds. During the push, several protestors were raked behind the line. One of the protestors came toward me. I used an arm bar to take him to the ground and he was secured for the arrest team.

1:20 PM

Graham Police department dispersed the crowd from the street while ACSO held the county grounds.

2:15 PM

MFF loaded all equipment onto the van and redeployed to the Alamance County Detention Center. Several protestors had gathered there to await the release of persons arrested during the day. We stood by to monitor the crowd and keep them from approaching the magistrate`s office en masse.

No major incidents occurred and MFF stood down at approximately 6:00 PM.

Investigator Signature                    Supervisor Signature

*Alamance County Sheriff`s Office*

OCA: **202010429**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

| | | | |
|---|---|---|---|
| **Case Status:** *CLEARED BY ARREST* | **Case Mng Status:** *ACTIVE* | | **Occurred:** *10/31/2020* |
| **Offense:** *ASSAULT - OTHER* | | | |

| | |
|---|---|
| **Investigator:** *NICHOLS, D. (749)* | **Date / Time:** *11/05/2020 12:44:55, Thursday* |
| **Supervisor:** *MINNICH, R. R. (455)* | **Supervisor Review Date / Time:** *11/05/2020 13:25:40, Thursday* |
| **Contact:** | **Reference:** *Follow Up* |

2020-10-429
Deputy D. G. Nichols
Supplemental Narrative

On 10/31/2020 at 0830hrs I, Deputy Nichols responded to the Sheriff`s Office to work a scheduled and permitted protest at the Historic Courthouse scheduled to start at 1100hrs. Upon arrival to the office I met with the Mobile Field Force Team (MFF) of which I am a member and one of four squad leaders in the unit. I assisted Cpl. Tucker in gathering the team for an accountability formation where MFF personnel were advised they would be working the protest within different security teams at the Historic Courthouse but if the protest became unlawful, all MFF personnel would break off from their security teams, divide into their assigned MFF squads and get into formation to disperse the crowd. The team then responded to the Historic Courthouse to stage for the protest.

Once at the Historic Courthouse, all MFF members put on their agency issued gas mask and its carrier as well as an OC (oleoresin capsicum) vapor fogger. After checking to make sure all team members had their necessary equipment I found my security team leader Cpl. Tomey, and we awaited further orders inside of the Courthouse.

At approximately 1130hrs our team was rotated to the front porch of the courthouse to work security. During this time the group of approximately one hundred and fifty protestors led by the organizer (Gregory Drumwright) marched south on N Main Street into Court Square and stopped on the north side of the Courthouse in the roadway. Drumwright could be heard via megaphone saying they were going to take eight minutes and forty-six seconds in silence as a recognition of George Floyd`s death. Shortly afterwards, at approximately 1200hrs I was informed to come back inside the courthouse to eat lunch.

At 1254hrs ACSO personnel in the courthouse was advised there was a subject walking in the crowd with a gas can in their hand. At this time, it was suspected the organizers had brought a generator onto county property despite agreeing to not bring any gas-powered generators or gasoline per the protest permit Drumwright had signed. At 1300hrs it was confirmed there was a small red Honda generator in a cloth wagon in behind of a stack of speakers and trash can in what appeared to be an attempt at hiding the generator from view of the deputies outside.

Myself, Cpl. Tomey, Lt. Martin and other deputies were then sent into the crowd to seize the generator due to it being a safety hazard. It was found to the right of the northwest grass portion of courthouse grounds. When we got to the generator it was explained that they were not supposed to have the generator per the permit, to which someone responded "we`ll just turn it off". As Lt. Martin bent down to turn off the generator a group of five or six people surged forward and began grabbing and pushing myself, Lt. Martin and Cpl. Tomey. They were also yelling at deputies not to touch the generator, some of the statements I heard were "Don`t fucking touch it", "Back the fuck up pigs", and "Don`t touch it or we`ll have fucking a problem". I began pushing members of the crowd back in an attempt to make space so that Cpl. Tomey, who had fallen down do to numerous people grabbing and pushing us, and Lt. Martin could move back and get to a safe area. While this was happening, more protestors began to

---

| | |
|---|---|
| Investigator Signature | Supervisor Signature |

*Alamance County Sheriff´s Office*

OCA: **202010429**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

| | | | | |
|---|---|---|---|---|
| **Case Status:** | *CLEARED BY ARREST* | **Case Mng Status:** | *ACTIVE* | **Occurred:** *10/31/2020* |
| **Offense:** | *ASSAULT - OTHER* | | | |

| | | | |
|---|---|---|---|
| **Investigator:** | *NICHOLS, D. (749)* | **Date / Time:** | *11/05/2020 12:44:55, Thursday* |
| **Supervisor:** | *MINNICH, R. R. (455)* | **Supervisor Review Date / Time:** | *11/05/2020 13:25:40, Thursday* |
| **Contact:** | | **Reference:** | *Follow Up* |

surround us and added in the pushing and yelling. I then saw OC vapor being deployed as well as Cpl. Tomey deploying her belt worn pepper spray on the subjects that had pushed her to the ground and were not letting her get fully back to her feet. We were then able to get back to the other ACSO personnel in a safe area in the grass section of the north-west corner of the courthouse grounds due to the OC spray being utilized. Also, during this time deputies were able to seize the gas can and generator to remove the safety hazard.

Once we were back with other deputies, the crowd began advancing towards us in the grass area, multiple deputies could be heard telling the group to stay back. When the group did not comply, multiple MFF members including myself utilized their OC vapor foggers by spraying at the feet of the protestors to move them back to the sidewalk area, it was successful.

Once the crowd had been moved back to the side walk, it was deemed this protest was now unlawful due to the assault on Cpl. Tomey and the physical resistance deputies were met with. All MFF members were then given orders to dawn their gas mask and form a line formation (otherwise known as a skirmish line) at the base of the north steps of the courthouse with Orange County SRT. A line formation is simply when the team gets in a single line shoulder to shoulder which allows us to move forward as a unit while giving commands to "Move back" repeatedly to disperse an unlawful crowd.

Three standardized warnings to disperse were then given at 1305hrs, 1310hrs, and 1315hrs by Deputy Triolo via a megaphone telling the crowd that if they did not disperse they could be subject to arrest. During each warning Drumwright got on his own megaphone from the stage that had been set up on the northern courthouse landing surrounded by his immediate followers. Over the megaphone Drumwright made statements that their permit was until 1400hrs and they planned to stay until that time. They also would give chants such as "Whose streets? Our streets". Members of the crowd could also be seen locking arms with one another in front of the line deputies during this time.

At 1316hrs MFF in our line formation with Orange County SRT, MFF began moving forward at a "half-step". This meaning we moved forward in a slow and deliberate manner yelling the command "Move back" repeatedly so that the whole crowd could hear it and have time to disperse. As we moved forward, those on the stage did not comply with commands to disperse and move back. When the line formation got to the stage, those on it that still had not dispersed were taken into custody. I took one black male wearing a blue suit later found to be Regis Green into custody. It should be noted that when I placed hands on him to take him behind the line formation to be placed in flex cuffs he pulled back from me. Due to this resistance I then pulled him off the stage so that neither of us would fall and placed him on the ground on his stomach. He did not resist after this and was placed in flex cuffs and given to an arrest team member. I then returned to the line formation where we then continued moving forward and cleared courthouse property of all protestors.

Once courthouse property was clear, MFF stayed in position as security for the northside while the arrested

| | |
|---|---|
| Investigator Signature | Supervisor Signature |

Page 53

*Alamance County Sheriff`s Office*

OCA : **202010429**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *CLEARED BY ARREST*    **Case Mng Status:** *ACTIVE*    **Occurred:** *10/31/2020*

**Offense:** *ASSAULT - OTHER*

**Investigator:** *NICHOLS, D.  (749)*    **Date / Time:** *11/05/2020 12:44:55, Thursday*

**Supervisor:** *MINNICH, R. R. (455)*    **Supervisor Review Date / Time:** *11/05/2020 13:25:40, Thursday*

**Contact:**    **Reference:** *Follow Up*

subjects were processed inside the courthouse. Once the arrestees were processed, they all were transported to the Alamance County Detention Center vis transport vans to go before a magistrate. Myself and Deputy Bermel were then asked to go to the Detention Center to assist the processing team there with the property of the arrestees. Once there I assisted in doing the property for Regis Green and some of the property for Gregory Drumwright. After Deputy Bermel and I finished in the Detention Center we were ordered to rejoin the MFF who had moved to the Magistrates Office to work as security detail due a group of approximately 60 protestors having moved there waiting on the arrestees to be released. MFF stayed on scene until relieved by Alamance County SRT.

MFF remained at the Magistrates Office until all arrestees had been released and the crowd of protestors had left.

No further.

Investigator Signature                    Supervisor Signature

*Alamance County Sheriff`s Office*

OCA: **202010429**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *CLEARED BY ARREST*    **Case Mng Status:** *ACTIVE*    **Occurred:** *10/31/2020*

**Offense:** *ASSAULT - OTHER*

---

**Investigator:** *FRYE, A.  (799)*    **Date / Time:** *11/06/2020 03:09:14, Friday*

**Supervisor:** *MCVEY, J. R. (108)*    **Supervisor Review Date / Time:** *11/06/2020 04:31:36, Friday*

**Contact:**    **Reference:** *Follow Up*

---

I, Deputy Frye, was stationed on the north landing of the historic courthouse in Graham during the march to the polls event. While observing the crowd that had gathered on the lawn of the historic court house I saw that a black male was standing behind the speakers on the left-hand side of the stage that had been set up. At the male`s feet was a red gas can. I called for Cpl Tucker to come to my location and advised him of the gas can and it`s location. Lt Gaither and Cpl Tucker spoke at which time I heard Lt Gaither advise Lt Martin to take a team and retrieve a generator that was in a wagon close to the speakers and also to retrieve the gas can.

I held my position at the top of the stairs on the landing while Lt Martin Cpl Tomey and a few other Deputies entered the crowd to retrieve the items. I observed Lt Martin and another black male become involved in an exchange of words. Lt Martin reached toward the generator, the male put his hands on Lt Martin. At this time, I began to move forwards toward the group of subjects and Deputies, the subjects were pushing and grabbing the deputies. As I approached I saw Cpl Tomey fall backward and land on the ground as if she had been shoved. I also saw Lt Martin bent over and multiple subjects were grabbing him and pulling on his vest.  At this time another deputy that was with them deployed OC spray in an attempt to disperse the crowd that was actively assaulting law enforcement personnel.

When I was close to the situation, a deputy had gotten their hands on the generator and handed it to me saying get this out of here. I took possession of the generator and placed it inside of the north entrance to the historic court house. I then returned outside, where deputies were forming a line and separating themselves from the crowd. Subjects in the crowd refused to move away from the deputies that they had just assaulted so OC was deployed at the feet of the subjects. At this time the crowd began moving and dispersing.

Cpl Tucker then advised that the Mobile Field Force (MFF)team would be forming a line and after warnings to disperse were read MFF was going to form a line and begin to disperse the crowd. After taking our positions and the dispersal orders being given thee line began moving forward. Directly in front of my position at the stage were several subjects as I am trained in MFF I raked the subjects behind me until I  realized that there was no on behind me at the time to make the arrest. When the crowd had left the designated area for them to be, we halted. We then held our ground and halted and held out ground

---

Investigator Signature                    Supervisor Signature

Page 55

*Alamance County Sheriff`s Office*

OCA: **202010429**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

| | | | | |
|---|---|---|---|---|
| **Case Status:** | *CLEARED BY ARREST* | **Case Mng Status:** | *ACTIVE* | **Occurred:** *10/31/2020* |
| **Offense:** | *ASSAULT - OTHER* | | | |

| | | | |
|---|---|---|---|
| **Investigator:** | *MARTIN, C. M. (480)* | **Date / Time:** | *11/06/2020 08:23:42, Friday* |
| **Supervisor:** | *MARTIN, C. M. (480)* | **Supervisor Review Date / Time:** | *11/06/2020 08:27:46, Friday* |
| **Contact:** | | **Reference:** | *Follow Up* |

OCA:        2020-10-429
Reference: Protest
Date:        10/31/2020
Lt. C. Martin

    On October 31st 2020, I Lt. C. Martin with the Alamance County Sheriff`s Office (ACSO) was assigned to the Historical Courthouse in reference to the "I Am Change" Protest scheduled for this day.  I was assigned as the Officer in Charge for Team 1.

    At approximately 1:00 P.M., Lt. S. Gaither (ACSO) informed myself that a gas powered generator along with a red in color gas can was observed to the Southwest side of the stage.  As I stood at the top of the Courthouse steps, I could observe a red in color generator located in a blue in color cloth wagon.  I could also observe a red in color gas container in close proximity to the generator.  Lt. Gaither advised myself he had been instructed by Command Staff to seize and secure the Generator along with the gas container.  At this time I gathered approximately 6-8 Deputies to walk down to where the Generator was located.

    As I approached the generator, I observed a male wearing a red bandanna over his face along with several other individuals.  I spoke to the male with the red bandanna and asked him whom the generator belonged to.  At this time he asked why and I attempted to explain that the generator was going to be seized.  The male replied by stating I was not going to take it.  While I attempted to explain why it was going to be seized, I placed my right hand on the top of the generator.  As my right hand was on the generator, I used my left hand to flip a switch and unplug an electrical cord which was plugged in to the generator. As soon as I placed my hands on the generator, several individuals began to grab my arms and push/pull me away from the generator.  I attempted to pick the generator up at this time and when I did so several people jerked my arms off the generator and continued to try and push/pull me away from the generator.  As I continued to try and seize the generator, I observed Cpl. Tomey get pushed to the ground.  A short time after Cpl. Tomey was shoved to the ground, she deployed her Department issued Pepper Spray.  Cpl. Tomey`s Pepper Spray came from in back of where I was located and I too was also exposed.

    Once Cpl. Tomey deployed her Pepper Spray, the individuals stopped pushing/pulling on myself and I was able to observe the generator was no longer where I had last seen it.  At this time I was able to move away from the area and back towards the Courthouse steps.  Due to being exposed to the Pepper Spray, once back at the Courthouse steps I was able to catch my breath.  I later learned that Deputies were able to seize the generator along with the gas container.

    At this time I assisted in providing security for the remainder of the event.

    No further at this time.

| | |
|---|---|
| Investigator Signature | Supervisor Signature |

Page 56

*Alamance County Sheriff`s Office*

OCA: **202010429**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

| | | | |
|---|---|---|---|
| **Case Status:** | *CLEARED BY ARREST* | **Case Mng Status:** *ACTIVE* | **Occurred:** *10/31/2020* |
| **Offense:** | *ASSAULT - OTHER* | | |

| | | | |
|---|---|---|---|
| **Investigator:** | *HOPKINS, T.  (579)* | **Date / Time:** | *11/12/2020 09:22:14, Thursday* |
| **Supervisor:** | *ENGLAND, J. J. (402)* | **Supervisor Review Date / Time:** | *11/12/2020 09:29:26, Thursday* |
| **Contact:** | | **Reference:** | *Follow Up* |

[11/12/2020 09:22 THOPKINS]

On 10-31-2020 I was assisting in Court Square in reference to a protest. During the protest located at 1 NE Court Square in Graham I witnessed a Deputy get pushed to the ground and multiple unruly citizens begin to surround her. Multiple commands were given for all parties to back away from Deputies which were not followed. I could hear multiple people yelling "fuck you" and witnessed the protest participants grabbing another Deputy. After realizing the commands given were not being followed and the assaults on two Deputies, I deployed a short burst of my department issued OC Vapor over the heads of the crowd in order to disperse them. The deployment had a successful effect and I did not have to deploy anymore. Protest participants backed up in order for all Deputies to return to safety and form a line. I did not deploy anymore OC Vapor after this point

End of Supplemental Report

Investigator Signature                    Supervisor Signature

*Alamance County Sheriff`s Office*

OCA: **202010429**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *CLEARED BY ARREST*  **Case Mng Status:** *ACTIVE*  **Occurred:** *10/31/2020*

**Offense:** *ASSAULT - OTHER*

**Investigator:** *TEAGUE, M. J. (404)*  **Date / Time:** *11/12/2020 13:06:46, Thursday*

**Supervisor:** *TEAGUE, M. J. (404)*  **Supervisor Review Date / Time:** *11/12/2020 13:14:34, Thursday*

**Contact:**  **Reference:** *Follow Up*

Case #: 2020-10-429

On 11/12/2020, deputy Teague was contacted by Lt. Gaither in-reference to the megaphone that was seized from Faith COOK at the time of her arrest.

The seized megaphone was placed in Lt. Gaither`s office after the incident and stored there until 11/12/2020. Deputy Teague took possession of the megaphone and then submitted same into evidence at the Sheriff`s Office.

No further.

Investigator Signature                    Supervisor Signature

Page 58

*Alamance County Sheriff`s Office*

OCA: **202010429**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

| | | | |
|---|---|---|---|
| **Case Status:** | *CLEARED BY ARREST* | **Case Mng Status:** *ACTIVE* | **Occurred:** *10/31/2020* |
| **Offense:** | *ASSAULT - OTHER* | | |

| | | |
|---|---|---|
| **Investigator:** | *SYKES, D. E. (029)* | **Date / Time:** *11/12/2020 15:58:35, Thursday* |
| **Supervisor:** | *(0)* | **Supervisor Review Date / Time:** *NOT REVIEWED* |
| **Contact:** | | **Reference:** *Follow Up* |

The following is a summary of arrests compiled by Lt Dockery:

The arrestees are listed roughly in the order of their arrest and processing,

Cierra Arnette Tate - B/F - DOB 09/19/85 - 2017 Phillips Ave   Greensboro, NC  27405

Was carrying a fixed blade knife (silver in color) with a brown/wooden grip/handle during a parade/demonstration/etc. Also found on her person was a magazine to a small-frame pistol and a small box of ammo. Subject was cooperative during processing. During processing, the subject made the statement that "in Greensboro, they don`t care about knives" (paraphrased).

Criminal History:  Predominantly consists of Chapter 20 violations to include DWI.
Place of Birth:  NC
Residency:  Greensboro, NC. Has never lived in Alamance County.
Employment:  Unemployed
Charges:  14-277.2 (Weapons at Parades, etc.); witnessing deputies on warrant: Stone, Reyes;
Court Date:  12/08/20
Bond:  Written Promise to Appear

Gregory Brooks Drumwright - B/M - DOB 12/18/79 - 4 Clubview Ct  Greensboro, NC  27410

Failed to disperse after the gathering was deemed unlawful. Also interfered in the investigation and seizing of items in violation of permit. Subject was cooperative and peaceful during processing.

Criminal History:  Consists of an extensive history of Chapter 20 violations to include DWLR.
Place of Birth:  Alamance County, NC
Residency:  Greensboro, NC. Hasn`t lived in Alamance County since 2005.
Employment:  Reverend at Citadel of Praise Church & Campus Ministries in Greensboro.
Charges:  14-288.5 (Fail to Disperse on Command); witnessing deputies on warrant: Dockery;
Court Date:  11/12/20
Bond:  Written Promise to Appear

| | |
|---|---|
| Investigator Signature | Supervisor Signature |

Page 59

*Alamance County Sheriff`s Office*

OCA: **202010429**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *CLEARED BY ARREST*      **Case Mng Status:** *ACTIVE*                    **Occurred:** *10/31/2020*

**Offense:** *ASSAULT - OTHER*

**Investigator:** *SYKES, D. E. (029)*                              **Date / Time:** *11/12/2020 15:58:35, Thursday*

**Supervisor:** *(0)*                  **Supervisor Review Date / Time:** *NOT REVIEWED*

**Contact:**                                        **Reference:** *Follow Up*

Stephen Morris Walker - B/M - DOB 12/29/93 - 702 E Lindsey St #B  Greensboro, NC  27401

Failed to disperse after the gathering was deemed unlawful. Subject was cooperative and peaceful during processing.

Criminal History:  None apparent.
Place of Birth:  Washington, DC
Residency:  Greensboro, NC. Has never lived in Alamance County.
Employment:  Moses Cone Hospital; residence address indicates that he is possibly a student at A&T.
Charges:  14-288.5 (Fail to Disperse on Command); witnessing deputies on warrant: Dockery;
Court Date:  11/12/20
Bond:  Written Promise to Appear

Brenden Jamar Kee - B/M - DOB 11/04/92 - 645 Creek Ridge Rd  Greensboro, NC  27406

Failed to disperse after the gathering was deemed unlawful. Subject was cooperative and peaceful during processing.

Criminal History:  Predominantly consists of Chapter 20 violations.
Place of Birth:  Presumably born in GA based on an out-of-state license associated with this NC OLN.
Residency:  Greensboro, NC. Has never lived in Alamance County.
Employment:  No employer information.
Charges:  14-288.5 (Fail to Disperse on Command); witnessing deputies on warrant: Dockery;
Court Date:  11/12/20
Bond:  Written Promise to Appear

Hannah Elyse Garcia - W/F - DOB 07/17/99 - 24706 Cloudy Creek  San Antonio, TX  78255

Failed to disperse after the gathering was deemed unlawful. Subject was cooperative and peaceful during processing.

Investigator Signature                                        Supervisor Signature

*Alamance County Sheriff`s Office*

OCA: **202010429**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

| | | | |
|---|---|---|---|
| **Case Status:** | *CLEARED BY ARREST* | **Case Mng Status:** *ACTIVE* | **Occurred:** *10/31/2020* |
| **Offense:** | *ASSAULT - OTHER* | | |

| | | |
|---|---|---|
| **Investigator:** | *SYKES, D. E. (029)* | **Date / Time:** *11/20/2020 15:58:35, Thursday* |
| **Supervisor:** | *(0)* | **Supervisor Review Date / Time:** *NOT REVIEWED* |
| **Contact:** | | **Reference:** *Follow Up* |

Criminal History:  None apparent.
Place of Birth:  Lardeo, TX
Residency:  Lives in San Antonio, TX. The area code of her current phone number suggests she has lived in NJ. She is a student at Elon. Has never actually lived in Alamance County.
Employment:  No employer information; student at Elon.
Charges:  14-288.5 (Fail to Disperse on Command); witnessing deputies on warrant: Dockery;
Court Date:  11/12/20
Bond:  Written Promise to Appear


Timothy James Olson - W/M - DOB 08/15/00 - 724 West Rolling Rd  Springfield, PA  19064

Failed to disperse after the gathering was deemed unlawful. Subject was cooperative and peaceful during processing.

Criminal History:  None apparent.
Place of Birth:  Unknown
Residency:  Lives in Springfield, PA. He is a student at Elon. Has never actually lived in Alamance County.
Employment:  No employer information; student at Elon.
Charges:  14-288.5 (Fail to Disperse on Command); witnessing deputies on warrant: Dockery;
Court Date:  11/12/20
Bond:  Written Promise to Appear


Kani Adon Bynum - B/M - DOB 11/12/95 - 605 Martin St  Greensboro, NC  27406

Failed to disperse after the gathering was deemed unlawful. Subject was cooperative and peaceful during processing.

Criminal History:  Predominantly consists of Chapter 20 violations.
Place of Birth:  Norwalk, CT.
Residency:  Greensboro, NC. The area code of her current phone number suggests he is originally from CT. Has never lived in Alamance County.

| | |
|---|---|
| Investigator Signature | Supervisor Signature |

*Alamance County Sheriff`s Office*

OCA: **202010429**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *CLEARED BY ARREST*     **Case Mng Status:** *ACTIVE*     **Occurred:** *10/31/2020*

**Offense:** *ASSAULT - OTHER*

**Investigator:** *SYKES, D. E. (029)*     **Date / Time:** *11/12/2020 15:58:35, Thursday*

**Supervisor:** *(0)*     **Supervisor Review Date / Time:** *NOT REVIEWED*

**Contact:**     **Reference:** *Follow Up*

---

Employment:  No employer information; address suggests he may be a student at UNCG.
Charges:  14-288.5 (Fail to Disperse on Command); witnessing deputies on warrant: Dockery;
Court Date:  11/12/20
Bond:  Written Promise to Appear


Regis Kishon Green - B/M - DOB 03/23/92 - 4600 University Dr #302  Durham, NC  27707

Failed to disperse after the gathering was deemed unlawful. Subject was cooperative but antagonistic during processing.

Criminal History:  Predominantly consists of Chapter 20 violations.
Place of Birth:  Rocky Mount, NC.
Residency:  Durham, NC. Has never lived in Alamance County.
Employment:  No employer information.
Charges:  14-288.5 (Fail to Disperse on Command); witnessing deputies on warrant: Dockery;
Court Date:  11/12/20
Bond:  Written Promise to Appear


Samuel NMN Pierre - B/M - DOB 04/24/99 - 202 W Walnut St  Pink Hill, NC  28572

Failed to disperse after the gathering was deemed unlawful. Subject was cooperative and peaceful during processing.

Criminal History:  Predominantly consists of Chapter 20 violations.
Place of Birth:  Fort Pierce, FL.
Residency:  Pink Hill, NC. He is a student at A&T. Has never lived in Alamance County.
Employment:  No employer information; student at A&T.
Charges:  14-288.5 (Fail to Disperse on Command); witnessing deputies on warrant: Dockery;
Court Date:  11/12/20
Bond:  Written Promise to Appear

Investigator Signature      Supervisor Signature

Page 62

*Alamance County Sheriff`s Office*

OCA: **202010429**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

| | | | |
|---|---|---|---|
| **Case Status:** | *CLEARED BY ARREST* | **Case Mng Status:** *ACTIVE* | **Occurred:** *10/31/2020* |
| **Offense:** | *ASSAULT - OTHER* | | |

| | | |
|---|---|---|
| **Investigator:** | *SYKES, D. E. (029)* | **Date / Time:** *11/12/2020 15:58:35, Thursday* |
| **Supervisor:** | *(0)* | **Supervisor Review Date / Time:** *NOT REVIEWED* |
| **Contact:** | | **Reference:** *Follow Up* |

Rion Kelly Thompson - B/M - DOB 10/23/87 - 611 Atwater St  Burlington,NC  27215

Failed to disperse after the gathering was deemed unlawful. Subject was cooperative and peaceful during processing.

Criminal History:  Predominantly consists of Chapter 20 violations.
Place of Birth:  Unknown
Residency:  Burlington, NC. The area code of her current phone number suggests he is originally from Fort Worth, TX.
Employment:  No employer information.
Charges:  14-288.5 (Fail to Disperse on Command); witnessing deputies on warrant: Dockery;
Court Date:  11/12/20
Bond:  Written Promise to Appear

Devante Diquez Esters Cromartie - B/M - DOB 02/18/97 - 1745 W Parkton Tobermory  Parkton, NC  28371

Failed to disperse after the gathering was deemed unlawful. Subject was cooperative and peaceful during processing.

Criminal History:  Predominantly consists of Chapter 20 violations.
Place of Birth:  Fayetteville, NC.
Residency:  Parkton, NC. Has never lived in Alamance County.
Employment:  No employer information; student at A&T.
Charges:  14-288.5 (Fail to Disperse on Command); witnessing deputies on warrant: Dockery;
Court Date:  11/12/20
Bond:  Written Promise to Appear

Dionne Janiece Liles - B/F - DOB 05/24/81 - 2927 S Roxboro St  Durham, NC  27707

Failed to disperse after the gathering was deemed unlawful. Subject was cooperative and peaceful during

| Investigator Signature | Supervisor Signature |
|---|---|

*Alamance County Sheriff`s Office*

OCA: **202010429**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *CLEARED BY ARREST*          **Case Mng Status:** *ACTIVE*          **Occurred:** *10/31/2020*

**Offense:** *ASSAULT - OTHER*

**Investigator:** *SYKES, D. E. (029)*          **Date / Time:** *11/12/2020 15:58:35, Thursday*

**Supervisor:** *(0)*          **Supervisor Review Date / Time:** *NOT REVIEWED*

**Contact:**          **Reference:** *Follow Up*

processing.

Criminal History:  Consists of assault on LEO at a previous demonstration.
Place of Birth:  CA.
Residency:  Supposedly lives in Graham where her business is, but her DMV address is in Durham, NC. An Arizona license linked to her NC OLN, as well as the area code of her phone number, indicates she is originally from Arizona.
Employment:  Owner of The Muse in downtown Graham.
Charges:  14-288.5 (Fail to Disperse on Command); witnessing deputies on warrant: Dockery;
Court Date:  11/12/20
Bond:  Secured - $300

Melissa Marie King - W/F - DOB 08/20/84 - 4058 NC 49 S  Burlington, NC  27215

Picked up on active OFA/FTA warrants. Subject is typically at protests.

Criminal History:  Consists of a variety of offenses including possess of weapons at parade, drug charges, and false reports to police.
Place of Birth:  Burlington, NC
Residency:  Burlington, NC
Employment:  Self-employed
Charges:  Warrant Service
Court Date:  11/23/20
Bond:  Secured - $2700 (OFA/FTA`s)

Faith Yvette Cook - B/F - DOB 07/12/78 - 330 W Market St  Graham, NC  27253

Assembled with two or more persons and engaged in a public disturbance of disorderly conduct that presented an imminent, clear, and present danger of inciting a riot. Subject was on a bullhorn creating a disturbance at the detention center.

Criminal History:  Consists of Chapter 20 violations (NOL); license is permanently revoked.

Investigator Signature                    Supervisor Signature

Page 64

*Alamance County Sheriff`s Office*

OCA: **202010429**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *CLEARED BY ARREST*      **Case Mng Status:** *ACTIVE*                    **Occurred:** *10/31/2020*

**Offense:** *ASSAULT - OTHER*

**Investigator:** *SYKES, D. E. (029)*                         **Date / Time:** *11/12/2020 15:58:35, Thursday*

**Supervisor:** *(0)*                   **Supervisor Review Date / Time:** *NOT REVIEWED*

**Contact:**                                            **Reference:** *Follow Up*

Place of Birth:  VA
Residency:  Graham, NC. The area code of her current phone number suggests she is originally from Richmond, VA.
Employment:  Works at Fiber Glass Flag Poles in Mebane, NC.
Charges:  14-288.2(A) (Misd Riot); witnessing deputies on warrant: Teague, Strickland, Johnson (M.);
Court Date:  11/30/20
Bond:  Written Promise to Appear


David Eli Baghdadi - W/M - DOB 03/25/77 - 11428 Beechgrove Ln  Potomac, MD  20854

Attempted to intervene in the arrest of Faith Cook.

Criminal History:  Consists of throwing objects at a sporting event, RDO, second degree trespassing, and violation of a city ordinance.
Place of Birth:  AZ
Residency:  Potomac, MD. Previous charges are out of Mecklenburg County/Charlotte.
Employment:  Unemployed.
Charges:  14-223 (Resisting Public Officer); witnessing deputies on warrant: Teague, Strickland, Johnson (M.);
Court Date:  11/30/20
Bond:  Written Promise to Appear

[11/12/2020 15:59, DSYKES, 37, ACSO]

Investigator Signature                                   Supervisor Signature

Page 65

*Alamance County Sheriff`s Office*

OCA: **202010429**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:**  *CLEARED BY ARREST*     **Case Mng Status:**  *ACTIVE*                              **Occurred:**  *10/31/2020*

**Offense:**  *ASSAULT - OTHER*

| | |
|---|---|
| **Investigator:**  *SYKES, D. E. (029)* | **Date / Time:**  *11/19/2020 09:47:39, Thursday* |
| **Supervisor:**  *SYKES, D. E. (029)* | **Supervisor Review Date / Time:**  *11/19/2020 09:47:47, Thursday* |
| **Contact:**  *Drumwright, Gregory Brooks*<br>*4 Clubview Ct, Greensboro* | **Reference:**  *Follow Up* |

On 11/18/2020 after review of all the available information and after consultation with the DA`s office, additional charges were sought in this case.

Review of still photographs taken by Deputy Holmes from the roof top of the Historic Courthouse on 10/31/2020 revealed the following:

Photo DSC_0563 Gregory Drumwright`s left hand is on Lt Martin`s left arm

Photo DSC_0565  Brendan Kee`s left hand is on Lt Martin`s left elbow

Photo DSC_0566 Gregory Drumwright has his left hand on Lt Martin`s right, and Lt Martin is using his left hand to remove Drumwright`s grip

Photo DSC_0567 Samuel Pierre`s left hand is on Cpl Tomey`s right shoulder

Photo DSC_0568 Gregory Drumwright`s left hand is gripping Cpl Tomey`s right hand.  Samuel Pierre`s left hand is pushing  Cpl Tomey`s right shoulder.

Photo DSC_0569 Samuel Pierre`s left hand is on Cpl Tomey`s right shoulder.  Gregory Drumwright`s left hand is grabbing Cpl Tomey`s right arm.

Photo DSC_0570 Gregory Drumwright`s left hand is on Cpl Tomey`s right hand.  Samuel Pierre is still pushing Cpl Tomey on her left shoulder.

Photo DSC_0572 Samuel Pierre`s left hand is on Cpl Tomey`s left shoulder.

Review of drone footage revealed the following:

Drone footage DJI_0057
At 4:42 displays a black male dressed in all black with a white hat enters the camera view carrying a red gas can.  He takes the gas can to the west side of the north landing at the Historic Courthouse.  At this time law enforcement was not aware of a generator on the property.  The individual sets the gas tank on top of  speaker near the running generator with is located in a collapsible fabric lined wagon.

At 10:30 on the same video, Lt Martin and Cpl Tomey come out to speak with participants regarding the generator and to remove it.  They are met with immediate resistance from Gregory Drumwright, Samuel Pierre, and Brenden Kee which results in Cpl Tomey deploying pepper spray carried on her belt.

| | |
|---|---|
| Investigator Signature | Supervisor Signature |

*Alamance County Sheriff´s Office*

OCA: **202010429**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

| | | | | | |
|---|---|---|---|---|---|
| **Case Status:** | *CLEARED BY ARREST* | **Case Mng Status:** | *ACTIVE* | **Occurred:** | *10/31/2020* |
| **Offense:** | *ASSAULT - OTHER* | | | | |

| | | | |
|---|---|---|---|
| **Investigator:** | *SYKES, D. E. (029)* | **Date / Time:** | *11/19/2020 09:47:39, Thursday* |
| **Supervisor:** | *SYKES, D. E. (029)* | **Supervisor Review Date / Time:** | *11/19/2020 09:47:47, Thursday* |
| **Contact:** | *Drumwright, Gregory Brooks* | **Reference:** | *Follow Up* |
| | *4 Clubview Ct, Greensboro* | | |

At 11:19 on the same video as the participants continue to be non compliant, continue to assault deputies, and as Cpl Tomey falls to the ground, Deputy Hopkins deploys OC vapor directly over the participants who are engaged in the disturbance.  This is effective in dispersing those in the immediate area and allowing deputies to retreat.  Additional OC Vapor was deployed on the ground to create a barrier between law enforcement and the crowd.

Drone Footage DJI_0064

After the assembly had been deemed unlawful due to the disorderly conduct and violence, the standardized warnings were given to disperse.  After the warning deputies lined up to disperse the crowd which had formed on the stage and indicated that they would not leave.

At 1:19 in this video during the arrest of Brendan Kee, Kee resists Sgt McVey and attempts to obtain his taser.  Sgt McVey struggles with Kee in an effort to get his hand off his taser.

Additional charges were approved as follows:

Gregory Drumwright

Felony Assault on LEO
Felony Obstruction of Justice
Resisting a Public Officer
Public Disturbance

Samuel Pierre
Resisting a Public Officer
Public Disturbance

Brendan Kee
Resisting a Public Officer
Public Disturbance [11/19/2020 13:14, DSYKES, 37, ACSO] [11/19/2020 13:22, DSYKES, 37, ACSO]

| | |
|---|---|
| Investigator Signature | Supervisor Signature |

Page 67

*Alamance County Sheriff`s Office*

OCA: **202010429**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *CLEARED BY ARREST*    **Case Mng Status:** *ACTIVE*    **Occurred:** *10/31/2020*

**Offense:** *ASSAULT - OTHER*

---

**Investigator:** *SYKES, D. E. (029)*    **Date / Time:** *11/19/2020 14:42:28, Thursday*

**Supervisor:** *SYKES, D. E. (029)*    **Supervisor Review Date / Time:** *11/19/2020 14:42:35, Thursday*

**Contact:** *Drumwright, Gregory Brooks*
*4 Clubview Ct, Greensboro*    **Reference:** *Follow Up*

---

Summary of the video entitled "Lt Martin Generator."

This video was downloaded from social media and demonstrates the fact that Lt Martin attempted to explain to the participants that they were not allowed to have the generator.  It had been explained multiple time to Gregory Drumwright that generators were not allowed on Historic Courthouse property.

In the video Lt Martin is explaining that they cannot have the generator.  You can hear the generator running in the background.   Participants begin to yell that we cannot touch the generator.  "Dont fucking touch it."  Then you can hear someone yelling to take your hands off of it as Drumwright approaches Lt Martin. Then you can hear voices yelling "shame on you" and asking "what have we done wrong?" [11/19/2020 14:52, DSYKES, 37, ACSO]

Investigator Signature                    Supervisor Signature

*Alamance County Sheriff`s Office*

OCA: **202010429**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *CLEARED BY ARREST*   **Case Mng Status:** *ACTIVE*   **Occurred:** *10/31/2020*

**Offense:** *ASSAULT - OTHER*

**Investigator:** *SYKES, D. E. (029)*   **Date / Time:** *11/19/2020 14:53:31, Thursday*

**Supervisor:** *SYKES, D. E. (029)*   **Supervisor Review Date / Time:** *11/19/2020 14:53:37, Thursday*

**Contact:**   **Reference:** *Follow Up*

This is summarize the video "warning."

This video demonstrates that standardized warnings were given by Deputy Triolio with a loud speaker prior to dispersal of the crowd.

It also indicates that protestors were not going to comply with commands, up to and including yelling with their own loud speakers to "shut the fuck up." [11/19/2020 14:56, DSYKES, 37, ACSO]

Investigator Signature                     Supervisor Signature

*Alamance County Sheriff`s Office*

OCA: **202010429**

THE INFORMATION BELOW IS CONFIDENTIAL - FOR USE BY AUTHORIZED PERSONNEL ONLY

**Case Status:** *CLEARED BY ARREST*   **Case Mng Status:** *ACTIVE*   **Occurred:** *10/31/2020*

**Offense:** *ASSAULT - OTHER*

**Investigator:** *SYKES, D. E. (029)*   **Date / Time:** *11/19/2020 16:30:11, Thursday*

**Supervisor:** *SYKES, D. E. (029)*   **Supervisor Review Date / Time:** *11/19/2020 16:30:26, Thursday*

**Contact:**   **Reference:** *Follow Up*

Summary of video entitled GPD & Sheriff`s Office 11-5-2020

In this video Attorney Jamie Paulen can be seen recruiting people to be arrested around the 9:50 mark in the video.

Around the 10:18 mark you can hear people yelling "what are they doing?"  and "we didn`t do anything" and "I thought Drumwright had this taken care of?"

This indicates that some of the participants were expecting a peaceful rally and had been told by Drumwright that everything was taken care of, when in fact he never intended on keeping his word regarding the march itself, blocking the streets when it was not authorized, and  bringing two generators knowing that he could not use either one on the property. [11/19/2020 16:37, DSYKES, 37, ACSO]

Investigator Signature                    Supervisor Signature

Page 70