# EXHIBIT 19

# Graham Police Department
# I am Change March to the Polls
# Operation Plan

| | |
|---|---|
| **Event Type:** | Parade/Demonstration |
| **Event Date:** | Saturday October 31, 2020 |
| **Event Time:** | 0830 – until cleared by Operation Commander |
| **Location:** | N. Main and College St to Court Square |
| **Agencies Involved:** | Graham Police Department |
| | Graham Fire Department |
| | Alamance County Sheriff's Office |
| | Alamance County Emergency Management |
| | Alamance County EMS |
| | NC SHP |
| | NC ALE |
| | Burlington Police Department |
| | Gibsonville Police Department |
| | Orange County Sheriff's Office |
| | Randolph County Sheriff's Office |
| **Planning/Logistics:** | On October 20, 2020 at 0900 hrs. representatives from the Graham Police Department, and Alamance County Sheriff's Office met with Rev. Drumwright (Event Organizer) at the Graham Police Department to discuss the event and planning for the event. |
| | On October 27, 2020 at 1630 hrs. Graham Police Department Staff, along with representatives with the Graham Fire Department, City of Graham Public Works, Alamance County Emergency Management, and the Alamance County Sheriff's Office met at the Graham Police Department to further discuss planning and logistics, and share further intelligence information. |
| | On October 28, 2020 at 1500 hrs. Graham Police Department Staff for a planning and logistics meeting, and share any further intelligence information. |
| | On October 29, 2020 Graham Police Department Staff met for a planning and logistics meeting. |

Case 1:20-cv-00998-CCE-LPA   Document 85-19   Filed 03/04/22   Page 2 of 13   GPD0013648

| | |
|---|---|
| **Communication:** | Parade/Street operations will utilize State Event Charlie 3 (Zone 8 Position 12) |
| | Courthouse Operations will utilize State Event Charlie 4 (Zone 8 Position 13) |
| **Command Location:** | Graham Police Department Squad Room |
| **Command Type:** | Unified Command |
| **Briefing Location:** | Graham Police Department training room |
| **Briefing Time:** | 0730 hrs. on October 31, 2020 |
| **Personnel Staging Location:** | Graham Police Department Training Room |
| **Operation Commander(s):** | Lt. Duane Flood (Graham PD)<br>Captain David Sykes (ACSO)<br>Tommy Cole (Graham FD) |
| **Department Liaison(s):** | Paul Cobb (ACSO)<br>Chief Tommy Cole (Graham FD)<br>Yancey King (ACEM)<br>Ray Vipperman (EMS)<br>Stephen Sigmon (C-Comm)<br>Daniel Sisk (Graham PD) |
| **Finance/Logistics:** | Chief M.K. Cole (Graham PD)<br>Billy Clayton (Graham PD) |
| **Special Equipment Needed:** | Ballistic Vest<br>Police Radio, handheld unit w/ear piece<br>Body Camera<br>Flex Cuffs<br>MK9 OC Spray<br>Riot Control PPE<br>Covid-19 Mask<br>Traffic Vests |
| **Traffic Control:** | NC SHP assisted with traffic control around College St and N. Main to assist with traffic related to participants. |

Vehicles were not allowed to park roadside on College St.

Graham Police units along with NC SHP will conducted traffic control at the following intersections during the march;

N. Main and Parker (SHP)
N. Main and Water
N. Main and Guthrie
N. Main and Maple
N. Main and Hill
N. Main and Albright
N. Main and Market
N. Main and Harden
Court Square and E. Elm (Team 4)

Lt. Velez led the march and SHP units followed the end of the march.

No Vehicular traffic was allowed to join the march.

The march stopped in the intersection of Harden and Main for approximately five minutes before moving forward towards the monument. Traffic was stopped during this time causing some traffic congestion.

Once at Court Square the march stopped in the roadway at the monument. At the same time several vehicles including a U-Haul and a truck pulling a generator entered in the North side of Court Square from the wrong direction to set up a stage. Traffic was closed for approximately 15 minutes while the roadway was cleared of march participants and the vehicles that entered from the wrong direction were removed. This caused an extended disruption in vehicular traffic.

Once the assembly was deemed unlawful traffic again had to be cut off from entering into the downtown area due to a large amount of people being in the roadway. NC SHP assisted with the redirection of traffic during this time. Once roadway was cleared of all individuals traffic was allowed to continue through downtown as normal.

**Deployment
And Responsibilities:**

- Members of Public works will placed barricades at designated areas of West and East Court Square, South West Court Square and at the corner of E. Elm St. and

Court Square to close off parking spaces for event participants to gather within.

- Sesquicentennial park was closed off and designated for event participants.

- Parking spaces at the corner of E. Elm and Court Square was designated for any counter protestors.

- Counter protestors were not allowed to enter into the area of the march/event participants.

- All assigned personnel reported to the Graham Police Department at 0730 hrs. for briefing.

- **All officers shall wore a "Covid-19" approved mask at all times while outside of their assigned vehicle during this event.**

- All officers wore their reflective traffic vests at all times during the event.

- Plain Clothes Officers from NC ALE were operating amongst the march participants as well as counter protest groups for the purposes of gathering intel.

- Graham Police Department units were divided into teams with a designated team leader and were assigned posts for this event.

- All units responding/reporting to downtown paired up into, at minimum, two man units to reduce on the number of patrol vehicles downtown.

- If it became necessary to utilize MK-9 OC to disburse the crowd from the roadway when the march stopped in Court Square and again once the assembly was ruled as unlawful. Officers utilizing same completed a Use of Force Report in RMS.

- Units from staging were deployed downtown with additional munitions and control devices to assist in the movement and/or disbursement of the crowd once the march stalled at Court Square.

- All officers checked in/out with the designated staging officer at Graham PD.

- Team Leaders served as safety officers for police personnel assigned to their team.

- The Alamance County Sheriff's Office handled the security of the Detention Center and related property along with the Court House and related property located at Court Square.

**Personnel/Assignments:**

| | |
|---|---|
| Chief K. Cole | Finance/Logistics/Command |
| Billy Clayton | Finance/Logistics/Command |
| Susan Clayton | Logistics/Food |
| John Franks | Command/Staging |
| Lt. D. Flood | Incident Command |
| Chief R. Parrish (GibPD) | Command |
| Lt. T. Velez | Operations Chief |
| Lt. D. Sisk | PIO/EOC Liaison |
| Sgt. Barnes | Processing ACDC |
| Sgt. O'Neal | Graham PD Desk Officer |
| Sgt. Edwards | Medical Strike Team/GFD |
| Ofc. Medley (GibPD) | Medical Strike Teams/GFD |
| **Team 1** | Traffic Control/Staging |
| Sgt. Payne | Team Leader/Main/Guthrie |
| Cpl. Denny | Main/Water/Market |
| Ofc. Parks | Main/Maple/Harden |
| Ofc. Hopkins | Main/Hill |
| Ofc. Cabanillas | Main/Albright |
| **Team 2** | Staging |
| Sgt. Kirkman | Team Leader |

| | |
|---|---|
| Cpl. Haynes | Main/Harden |
| Ofc. Boggs | |
| Ofc. Land | |
| T. Sykes (GibPD) | |
| C. Andrews (GibPD) | |
| **Team 3** | West Court Square |
| Sgt. Way | Team Leader |
| Cpl. Scoggins | |
| Ofc. Louizes | |
| Ofc. Jordan | |
| Ofc. J. Walker | |
| Ofc. Swink | |
| **Team 4** | East Court Square |
| Sgt. King | Team Leader/Traffic |
| Cpl. Neudecker | |
| Det. Belk | |
| Det. Sakin | |
| Det. Rains | |
| Cpl. Cross | |
| Ofc. A. Walker | |
| **Arrest Transport Team** | |
| Ofc. Purcell | |
| Ofc. Hulcher | |

**Medical Emergency:** Graham Fire Department deployed medical strike teams to Court Square due to complaints related to exposure to OC vapor that was

|                    | deployed for crowd control and disbursement. Treatment was rendered by subjects refused transport for further medical treatment. |
|---|---|
| **Media:**         | Media was present at this event and were held to the same parameters as march participants. One member of the media was arrested for failing to follow orders by an officer to clear from the roadway. |
|                    | A press release was done following the conclusion of the march and more information continues to be released to the media. |
| **Calls for Service:** | Burlington Police Department remained in-service and handled priority calls for service for the City of Graham during this event. No reports or enforcement action was taken by Burlington Police during the time of the event. |
| **Event Summary:** | This event was to be a march from Waymans Chapel on N. Main St to The Historic Courthouse on Court Square were the event organizer had secured a permit to hold a rally. It was agreed upon that the event organizer could set up a generator in the area blocked off by police in front of Sesquicentennial Park along with a stage if they so desired. They were also allowed to set up a stage on Courthouse property but no generator gas powered generator was allowed at the Courthouse. |

At 10:16 am the U-Haul with the stage and a white truck with a generator entered into Court Square but made no attempts to set up anything. The U-Haul and truck proceeded to Waymans Chapel.
At 10:26 am Chief Cole and Lt. Velez went to the starting location to meet with Rev. Drumwright, however, he was not present and did not arrive until after 11:00 am.
At 11:31 am the march started on N. Main St. Vehicle tried to join the march and were stopped by SHP.
At 11:45 am reports of individuals flying a drone over the march was reported to command. At the direction of Command officers made contact with Drone Pilots and got them to take the drones out of the air for safety reasons.
At 11:48 am the march stopped in the intersection of Main and Harden and remained stopped in this intersection until 11:53 am. Officers did not attempt to move them at this time due to having agreed internally that we would give them an eight-minute pause during the march.
At 11:56 am the march entered into Court Square and began blocking the roadway.
At 11:58 am the white truck and the U-Haul with the stage entered into Court Square from the wrong direction stopping in the middle of the roadway to begin setting up a stage and the generator. The

Page | 7

GPD0013654

stage was taken onto Courthouse Property and the generator was placed in the designated area in front of Sesquicentennial Park.
At 12:06 pm Command gave the orders to disperse the crowd from the roadway and remove the vehicles from the roadway.
Commands were given to the crowd to disperse. Following lawful commands to disperse a small amount of OC vapor was deployed to aid in the movement of the crowd.
At 12:08 pm command was advised of the first arrest and that a transport unit was needed.
At 12:11 pm the trucks were finally moved from the roadway.
At 12:12 Command advised officers again to remove individuals from the roadway.
At 12:15 pm individuals were attempting to run cords from the generator to the Courthouse. This was not allowed and they were stopped.
At 12:16 pm Command advised units to open the roadway to traffic once all participants and officers were clear from the roadway.
At 12:53 pm Command was advised that a gas canister was taken by individuals into the stage area.
At 12:56 pm Command advised that if anyone tried to start any fires the event would be ruled unlawful and the crowd would be ordered to disburse.
At 12:56 pm units on the ground advised that there was a small generator at the stage that had been snuck in.
At 1:00 pm OC was deployed on Courthouse property.
At 1:01 pm units advised that a fight was occurring at NW Court Square.
At 1:02 pm a Medical Strike Team was deployed to the Courthouse.
At 1:04 pm Command advised ground units that this and been ruled unlawful and that everyone needed to disburse from the area.
At 1:06 pm SHP was requested to assist with blocking off all traffic.
At 1:07 pm a second Medical Strike team was deployed to Court Square.
At 1:11 pm the first five-minute warning to disburse from downtown was given. The order was repeated at the three-minute mark and a final warning was given at the one-minute mark. After the time had elapsed OC vapor was deployed to assist in the disbursement.
At 1:12 pm a human chain was formed on Courthouse property and more arrests were made.
At 1:15 pm ACSO advised that 15 more arrests had been made.
At 1:17 pm more OC Vapor was used to move the crowd North on Main out of the downtown area.

Page | 8

GPD0013655

At 1:35 pm orders were given to reopen traffic at the discretion of
804 on the ground once everyone was clear of the roadway.
At 1:41 pm traffic was opened and SHP returned to staging.
At 2:28 pm all units were cleared and returned to staging.

The Police Department made a total of eight arrests during this event for incidents that occurred off of Courthouse property.

Prepared by: Lt. Duane Flood
Approved by: Chief K. Cole

# DESIGNATED DEMONSTARTION AREAS MAP



Areas outlined in orange, to include Sesquicentennial Park are designated for participants of the march.

Areas outlined in yellow are designated for any and all counter protestors.

# ADDITIONAL PARKING AT WAYMANS CHAPEL



There will be no on street parking on College St. Additional vehicles need to be directed to the parking lot of Graham Recreation Center, outlined in red.

# FULL ROAD CLOSURE MAP



Should it become necessary for a full road closure the patrol vehicle will be need at the locations outlined in blue above.