# EXHIBIT 20

# Graham Police Department
# I am Change March to the Polls
# Operation Plan

**Event Type:** Parade/Demonstration

**Event Date:** Saturday October 31, 2020

**Event Time:** 0830 – until cleared by Operation Commander

**Location:** N. Main and College St to Court Square

**Agencies Involved:** Graham Police Department
Graham Fire Department
Alamance County Sheriff's Office
Alamance County Emergency Management
Alamance County EMS
NC SHP
NC ALE
Burlington Police Department
Gibsonville Police Department
Orange County Sheriff's Office
Randolph County Sheriff's Office

**Planning/Logistics:** On October 20, 2020 at 0900 hrs. representatives from the Graham Police Department, and Alamance County Sheriff's Office met with Rev. Drumwright (Event Organizer) at the Graham Police Department to discuss the event and planning for the event.

On October 27, 2020 at 1630 hrs. Graham Police Department Staff, along with representatives with the Graham Fire Department, City of Graham Public Works, Alamance County Emergency Management, and the Alamance County Sheriff's Office met at the Graham Police Department to further discuss planning and logistics, and share further intelligence information.

On October 28, 2020 at 1500 hrs. Graham Police Department Staff for a planning and logistics meeting, and share any further intelligence information.

On October 29, 2020 Graham Police Department Staff met for a planning and logistics meeting.

Case 1:20-cv-00998-CCE-LPA   Document 85-20   Filed 03/04/22   Page 2 of 12   GPD0013719

| | |
|---|---|
| **Communication:** | Parade/Street operations will utilize State Event Charlie 3 (Zone 8 Position 12) |
| | Courthouse Operations will utilize State Event Charlie 4 (Zone 8 Position 13) |
| **Command Location:** | Graham Police Department Squad Room |
| **Command Type:** | Unified Command |
| **Briefing Location:** | Graham Police Department training room |
| **Briefing Time:** | 0730 hrs. on October 31, 2020 |
| **Personnel Staging Location:** | Graham Police Department Training Room |
| **Operation Commander(s):** | Lt. Duane Flood (Graham PD)<br>Captain David Sykes (ACSO)<br>Tommy Cole (Graham FD) |
| **Department Liaison(s):** | Paul Cobb (ACSO)<br>Chief Tommy Cole (Graham FD)<br>Yancey King (ACEM)<br>Ray Vipperman (EMS)<br>Stephen Sigmon (C-Comm)<br>Daniel Sisk (Graham PD) |
| **Finance/Logistics:** | Chief M.K. Cole (Graham PD)<br>Billy Clayton (Graham PD) |
| **Special Equipment Needed:** | Ballistic Vest<br>Police Radio, handheld unit w/ear piece<br>Body Camera<br>Flex Cuffs<br>MK9 OC Spray<br>Riot Control PPE<br>Covid-19 Mask<br>Traffic Vests |
| **Traffic Control:** | NC SHP will be assisting with traffic control around College St and N. Main to assist with traffic related to participants. |

Vehicles will not be allowed to park roadside on College St. Vehicles not able to park in the church parking lot should be directed to the parking lot of Graham Recreation Center.

Graham Police units along with NC SHP will conduct traffic control at the following intersections during the march;

N. Main and Parker (SHP)
N. Main and Water
N. Main and Guthrie
N. Main and Maple
N. Main and Hill
N. Main and Albright
N. Main and Market
N. Main and Harden
Court Square and E. Elm (Team 4)

Lt. Velez will lead the parade and SHP units will follow the end of the parade.

No Vehicular traffic will be allowed to join the parade. The parade is for pedestrians only. SHP will assist with ensuring that no vehicles join the parade.

Once parade participants reach Court Square they will be directed to designated protest areas around the Courthouse and North East and North West Court Square clearing the roadway.

Once at Court Square the event shall not impede the normal flow of traffic unless otherwise directed by the Operation Commander for safety purposes.

If it becomes necessary to close the roadway to traffic NC SHP will assist in blocking vehicular traffic at the following locations;

N. Main and Harden
E. Elm and Marshall
Court Square and Elm x2

**Deployment
And Responsibilities:**

- Members of Public works will place barricades at designated areas of West and East Court Square, South West Court Square and at the corner of E. Elm St. and Court Square to close off parking spaces for event participants to gather within.

Page | 3

Case 1:20-cv-00998-CCE-LPA   Document 85-20   Filed 03/04/22   Page 4 of 12
GPD0013721

- Sesquicentennial park will be closed off and designated for event participants.

- Parking spaces at the corner of E. Elm and Court Square will be designated for any counter protestors. There will be an additional area located at South West Court Square for counter protestors should the space be needed.

- Counter protestors will not be allowed to enter into the area of the march/event participants.

- All assigned personnel will report to the Graham Police Department at 0730 hrs. for briefing.

- **All officers shall wear a "Covid-19" approved mask at all times while outside of their assigned vehicle during this event.**

- All officers will wear their reflective traffic vests at all times during the event.

- Plain Clothes Officers from NC ALE will be operating amongst the march participants as well as counter protest groups for the purposes of gathering intel.

- Graham Police Department units will be divided into teams with a designated team leader and will be assigned posts for this event. All personnel unless directed otherwise will remain at their designated posts.

- Units assigned to traffic control between Harden St and Parker St will report back to staging once traffic control activities are completed unless directed otherwise by the Operation Commander.

- Units assigned to staging, unless they have already been deployed, will respond to the downtown area near the conclusion of the event to assist with the disbursement of event participants.

- All units responding/reporting to downtown will pair up into, at minimum, two man units to reduce on the number of patrol vehicles downtown.

- At the point that contact is made with any member of the public involved in this march/protest, Graham Police Officers shall activate their body worn camera and keep the camera recording until the conclusion of the encounter.

- This is permitted for a march on N. Main St and demonstration on the property of the Historic Courthouse. Therefore, once the march concludes at Court Square participants will be directed to clear the roadway and enter into designated areas that have been closed off for this event. Anyone failing to disperse from the roadway upon being given a lawful command shall be subject to arrest.

- If deemed necessary to disperse the crowd, Incident Command will make a request for designated Team Leaders on scene to discharge a small controlled burst of OC spray to aid in the movement of the crowd.

- If it becomes necessary units from staging will be deployed downtown with additional munitions and control devices to assist in the movement and/or disbursement of the crowd.

- If it becomes necessary to make arrests of participants, a request will be made through Incident Command for the deployment of those officers assigned to the arrest transport team.

- The arresting officer shall move the arrestee to a location away from the crowd and advise the transport team on a location to meet them.

- Officers assigned to the arrest transport team will take custody of arrested individuals and escort same into the Alamance County Detention Center for appearance before the magistrate and arrest processing.

- In the event an arrestee is unable or refusing to walk, the arresting officer will request through Command for a Stokes Basket to be brought to their location for assist with the removal of the arrestee.

- In the event of a mass arrest command shall be notified and a transport van will be requested from the Alamance County Sheriff's Office. Officers from the Graham Police Department arrest team will accompany the transport van to the jail.

Page | 5

Case 1:20-cv-00998-CCE-LPA   Document 85-20   Filed 03/04/22   Page 6 of 12   GPD0013723

- All officers will check in/out with the designated staging officer at Graham PD.

- Team Leaders will serve as safety officers for police personnel assigned to their team.

- The Alamance County Sheriff's Office is going to handle the security of the Detention Center and related property along with the Court House and related property locate at Court Square.

- All assigned personnel will report back to the Graham Police Department for debriefing prior to being relieved from duty unless otherwise directed by the Operation Commander.

- Any issues that arise during or following the event should be reported to the Operation Commander as soon as possible.

- Lt. Flood will be responsible for completing an After Action Report following this event.

**Personnel/Assignments:**

| | |
|---|---|
| Chief K. Cole | Finance/Logistics/Command |
| Billy Clayton | Finance/Logistics/Command |
| Susan Clayton | Logistics/Food |
| John Franks | Command/Staging |
| Lt. D. Flood | Incident Command |
| Chief R. Parrish (GibPD) | Command |
| Lt. T. Velez | Operations Chief |
| Lt. D. Sisk | PIO/EOC Liaison |
| Sgt. Barnes | Processing ACDC |
| Sgt. O'Neal | Graham PD Desk Officer |
| Sgt. Edwards | Medical Strike Team/GFD |
| **Team 1** | Traffic Control/Staging |
| Sgt. Payne | Team Leader/Main/Guthrie |

| | |
|---|---|
| Cpl. Denny | Main/Water/Market |
| Ofc. Parks | Main/Maple/Harden |
| Ofc. Hopkins | Main/Hill |
| Ofc. Cabanillas | Main/Albright |
| **Team 2** | Staging |
| Sgt. Kirkman | Team Leader |
| Cpl. Haynes | Main/Harden |
| Ofc. Boggs | |
| Ofc. Land | |
| T. Sykes (GibPD) | |
| C. Andrews (GibPD) | |
| **Team 3** | West Court Square |
| Sgt. Way | Team Leader |
| Cpl. Scoggins | |
| Ofc. Louizes | |
| Ofc. Jordan | |
| Ofc. J. Walker | |
| Ofc. Swink | |
| **Team 4** | East Court Square |

*Team leader to designate two units for traffic at East Court Square for the March*

| | |
|---|---|
| Sgt. King | Team Leader/Traffic |
| Cpl. Neudecker | |
| Det. Belk | |
| Det. Sakin | |
| Det. Rains | |
| Cpl. Cross | |

Page | 7

Ofc. A. Walker

**Arrest Transport Team**

Ofc. Purcell

Ofc. Hulcher

| | |
|---|---|
| **Medical Emergency:** | In the event of a medical emergency, Graham Fire Department will deploy a medical strike team to the location of the injured and transport same back to the Graham Fire Department for triage. Injured persons shall be transported by Alamance County E.M.S. or Alamance County Rescue to Alamance Regional Medical Center (A.R.M.C.) or to another appropriate trauma center at the discretion of EMS. |
| | The Operation Commander shall be notified of any medical emergency that arises during the event. |
| **Media:** | Media will be present during this event. Any requests from Law Enforcement for any information or an interview related to the event or any arrests shall go through the designated PIO. |
| **Calls for Service:** | Burlington Police Department will be handling priority calls for service for the City of Graham during this event. Non-priority calls that can be handled via public service will be handled by a desk officer at Graham PD. |
| **Main Goal:** | Safety of all participants, spectators, merchants, business owners, and patrons, along with the protection of property before, during, and immediately following the event. |
| **Personnel Time:** | Graham Police Supervisors are responsible for insuring that their assigned personnel's time is recorded in accordance with the current City of Graham time policy. |

Prepared by: Lt. Duane Flood
Approved by: Chief K. Cole

GPD0013726

# DESIGNATED DEMONSTARTION AREAS MAP



Areas outlined in orange, to include Sesquicentennial Park are designated for participants of the march.

Areas outlined in yellow are designated for any and all counter protestors.

Page | 9

GPD0013727

# ADDITIONAL PARKING AT WAYMANS CHAPEL



There will be no on street parking on College St. Additional vehicles need to be directed to the parking lot of Graham Recreation Center, outlined in red.

Page | 10

Case 1:20-cv-00998-CCE-LPA   Document 85-20   Filed 03/04/22   Page 11 of 12

GPD0013728

# FULL ROAD CLOSURE MAP



Should it become necessary for a full road closure the patrol vehicle will be need at the locations outlined in blue above.