IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| JUSTICE FOR THE NEXT GENERATION, et al., | ) ) ) | |
| Plaintifs, | ) ) | |
| v. | ) ) | Civil Action No. 1:20-cv-00998 |
| TERRY JOHNSON, et al., | ) ) ) | |
| Defendants. | ) | |

## JOINT MOTION TO STAY ALL PENDING DEADLINES

Plaintiffs and Defendants have made substantial progress in their ongoing settlement discussions. While a final agreement has not yet been reached, the parties jointly agree that a three week (21 day), temporary stay of litigation and near-term deadlines would be useful in allowing the parties to focus on reaching settlement and resolving the present litigation. Accordingly, Plaintiffs and Defendants jointly move for a temporary stay and modification of deadlines specified herein. The Parties show the following in support of this joint motion:

- On March 2, 2022, the Parties held a meditated settlement conference, with Tom Duncan appointed by this Court as mediator. The Parties did not reach a resolution during the mediation, but Mr. Duncan continued to facilitate and continue the settlement discussions between the Parties.

- Recently, the Parties made substantial progress towards achieving a resolution.

- Mr. Duncan, with the agreement of the Parties, recommended a three week

1

stay of pending deadlines for the Parties to focus on resolving the remaining issues and reaching a settlement agreement in principle.

The Parties are in the middle of discovery and have exchanged multiple rounds of discovery requests and responses. The Parties have substantial, upcoming discovery obligations in May 2022, including several dates in the parties' amended scheduling proposal that this Court approved. *See* DE 92. In an effort to prevent undue expense and promote judicial economy, and to allow the parties to focus their effort on settlement, the Parties request the following deadline modifications:

- This proceeding be stayed through May 2, 2022. The parties will not file motions or serve new discovery during this time period and all pending deadlines shall be stayed.

- The deadline for Newly Added Parties[1] to serve, and for Plaintiffs to supplement, their Fed. R. Civ. P. 26(a) initial disclosures shall be extended through May 30, 2022.

- The deadline for Newly Added Parties to serve their responses and objections to the previously served common interrogatories and requests for production shall be extended from May 16, 2022 to June 6, 2022.

- The deadline for Plaintiffs to supplement their prior responses and objections regarding the Newly Added Parties to the previously-served common interrogatories and request for production, answering with respect to the Newly

---

[1] The individuals added to this litigation pursuant to the Plaintiffs' Second Amended Complaint. (DE 71).

Added Parties, shall be extended from May 16, 2022 to June 6, 2022.

- The deadline for the Newly Added Parties to complete their document production shall be extended from May 23, 2022 to June 13, 2022.

- The deadline for the Parties to disclose their privilege logs shall be extended from May 30, 2022, to on or before June 20, 2022.

- The deadline for Defendants to respond or object to Plaintiffs' Interrogatory Numbers 11 and 12 shall be extended from April 11, 2022, through ten (10) days after the conclusion of the presently sought stay.

The parties will either file a dismissal of this action, resume this matter, or approach this Court regarding case posture on or before May 2, 2022. The parties submit this request in good faith, without intention to improperly delay this proceeding, and based on the hope and expectation that this brief stay will allow the parties to reach a compromise of their disputed claims that would result in the dismissal of this lawsuit.

Respectfully submitted, this the 11th day of April, 2022.

Counsel for Defendants:

| **Envisage Law** | **Hall Booth Smith, P.C.** |
|---|---|
| By:  /s/ *Anthony J. Biller*  <br>Anthony J. Biller <br>NC State Bar No. 24,117 <br>Adam P. Banks <br>NC State Bar No. 47,559 <br>2601 Oberlin Rd, STE 100 <br>Raleigh, NC 27608 <br>Telephone: (919) 715.1317 <br>Facsimile: (919) 782.0452 <br>Email: ajbiller@envisage.law | By:  /s/ *Scott MacLatchie*  <br>Scott MacLatchie <br>North Carolina Bar No. 22824 <br>Christian Ferlan <br>North Carolina Bar No. 53459 <br>Hall Booth Smith, P.C. <br>11215 North Community House Road <br>Suite 750 <br>Charlotte, North Carolina 28277 <br>Telephone No. (980) 949-7822 |

3

Case 1:20-cv-00998-CCE-LPA   Document 132   Filed 04/11/22   Page 3 of 5

Email: abanks@envisage.law

*Attorneys for the Graham Defendants*

smaclatchie@hallboothsmith.com
cferlan@hallboothsmith.com

*Co-counsel for Individual Graham Defendants*

**Cranfill Sumner LLP**

By:  */s/ Paul G. Gessner*
Paul G. Gessner
NC Bar No. 18213
P.O. Box 27808
Raleigh, NC 27607
Telephone (919) 863-8734
Facsimile (919) 863-3477
Pgessner@cshlaw.com

*Attorney for Alamance Defendants*

**Frazier, Hill & Fury, R.L.L.P.**

By:  */s/ William L. Hill*
William L. Hill
NC Bar No. 21095
2307 W. Cone Boulevard, STE 260
P.O. Box 1559
Greensboro, NC 27401
Telephone (336) 378-9411
Facsimile (336) 274-7358
whill@frazierlawnc.com

*Attorneys for Alamance Defendants*

Counsel for Plaintiffs:

*/s/ Elizabeth Haddix*
Elizabeth Haddix
North Carolina Bar No. 25818
ehaddix@lawyerscommittee.org
LAWYERS COMMITTEE FOR
CIVIL RIGHTS UNDER LAW
P.O. Box 956
Carrboro, NC 27510
Tel. 919-914-6106

*/s/Jaclyn Maffetore*
Kristi L. Graunke
North Carolina Bar No. 51216
kgraunke@acluofnc.org
Jaclyn Maffetore
North Carolina Bar No. 50849
jmaffetore@acluofnc.org
Daniel K. Siegel
North Carolina Bar No. 46397
dsiegel@acluofnc.org
ACLU of North Carolina
P. O. Box 28004
Raleigh, NC  27611-8004
Tel: 919-834-3466

Jennifer Nwachukwu*

Michael Bornhorst*
Geoffrey Pipoly*

Maryland Bar No. 20869
jnwachukwu@lawyerscommittee.org
Lawyers' Committee for Civil Rights
Under Law
1500 K Street NW, Suite 900
Washington, D.C. 20005
Tel. 202-662-8300

Jason L. Keith
North Carolina Bar No:34038
Keith & Associates, PLLC
241 Summit Avenue,
Greensboro, NC 27401

MAYER BROWN LLP
71 S. Wacker Dr.
Chicago, IL 60606
(312) 782-0600
mbornhorst@mayerbrown.com
gpipoly@mayerbrown.com

Kfir B. Levy*
Stephen M. Medlock*
MAYER BROWN LLP
1999 K Street, N.W.
Washington, D.C. 20006-1101
(202) 263-3000
klevy@mayerbrown.com
smedlock@mayerbrown.com
  * *By Special Appearance*