| UNITED STATES DISTRICT COURT<br>MIDDLE DISTRICT OF NORTH CAROLINA | Case No. 1:20 CV 998 |
|---|---|
| Name of Plaintiff(s):<br>Dumright, et al<br>VERSUS<br>Name of Defendant(s):<br>Johnson, et al | **REPORT OF MEDIATOR**<br>*(For Placement on the CM/ECF Docket)* |
| Mediator Name: Thomas C. Duncan<br>Telephone No.: 336.274.7243<br>E-Mail Address: tduncan@duncanmediation.com | ☐ This is an **Interim Report.** A final report is to be filed after resumption of the mediation |

1. **Convening of Mediation.** The mediated settlement conference ordered in this case:

☒ was held on Completed 5/17/22 (date)

☐ was NOT held because ______

2. **Attendance**

☒ No Objection was made on the grounds that any required attendee was absent.

☐ Objection was made by ______

3. **Outcome**

☒ Complete settlement of the case (see below)

☐ Conditional settlement or other disposition

☐ Partial settlement of the case

☐ Recess (i.e., mediation to be resumed at a later date)

☐ Impasse

☒ Additional Information: All claims are settled. Settlement of the minor's claims is subject to court approval

4. **Settlement Filings**

a) The document(s) to be filed to effort the settlement are Stipulation of dismissal with prejudice

b) The person responsible for filing the document(s) is Stephen M. Medlock

c) The agreed deadline for filing the document(s) is within 10 days after order on court approval

**Submission of Report.** Please submit the completed and signed report by mail of Clerk of Court, 324 W. Market St., Greensboro, NC 27401, or, if Consent to Transfer Documents Electronically Form has been submitted, submit the signed to medclerk@ncmd.uscourts.gov.

**I have submitted this completed report with ten (10) days after conclusion of the conference.**

[signature]
Mediator Signature

May 23, 2022
Date

**RECEIVED**
**By MelisaBond at 12:52 pm, May 23, 2022**