# UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF NORTH CAROLINA

Gregory Drumwright

        v.        Case Number: 1:20cv998

Mary Cole, et al

# NOTICE OF SCHEDULING

**Take notice** that a proceeding in the case has been **rescheduled** as indicated below:

| | |
|---|---|
| PLACE: | L. Richardson Pryer Bldg.<br>324 W. Market St., Greensboro, NC |
| COURTROOM NO.: | 3 |
| DATE AND TIME: | June 24, 2022 2:00 p.m. |
| PROCEEDING: | Fairness Hearing |

**Counsel/GAL should be prepared to address whether there were medical bills and if so provide some documentation about injuries.**

---

John S. Brubaker, Clerk

By: /s/ Robin Winchester, Deputy Clerk

Date: May 24, 2022

TO: ALL COUNSEL/PARTIES OF RECORD