IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Civil Action No.: 1:20-cv-00998-CCE-LPA

| | |
|---|---|
| JUSTICE FOR THE NEXT GENERATION, ) ) ) Plaintiffs, ) ) v. ) ) TERRY JOHNSON, individually ) and in his official capacity as ) Alamance County Sheriff, et al., ) ) Defendants. ) | **NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL** |

NOW COMES the undersigned, Georgia H. Malik of Cranfill Sumner LLP, who shall be substituted as counsel of record for Defendants Terry Johnson, Barbara Tomey, Chad Martin, Daniel Nichols, James McClelland, Randy Denham, David Sykes, Chip Cobb, Peter Triolo, John Strickland, Mark Johnson, Jason Teague, Mark Dockery, Brandon Kilmer, Chandler Weger, James R. McVey, and Taylor Hopkins in place of Paul G. Gessner, who is leaving the firm of Cranfill Sumner LLP, and withdrawing from the handling of this matter. Paul G. Gessner should be removed from all mailing and CM/ECF notification lists for this matter and Georgia H. Malik should receive all future notifications.

This the 1st day of June 2022.

BY: /s/ Georgia H. Malik

BY: /s/ Paul G. Gessner

GEORGIA H. MALIK
NC State Bar No. 56530
CRANFILL SUMNER LLP
Post Office Box 27808
Raleigh, NC 27611-7808
Telephone: (919) 828-5100
Fax: (919) 828-2277
Email: gmalik@cshlaw.com

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
Civil Action No.: 1:20-cv-00998-CCE-LPA

| | | |
|---|---|---|
| JUSTICE FOR THE NEXT GENERATION, | ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) ) | **CERTIFICATE OF SERVICE** |
| TERRY JOHNSON, individually and in his official capacity as Alamance County Sheriff, et al., | ) ) ) ) | |
| Defendants. | ) | |

The undersigned hereby certifies that on June 1, 2022 I electronically filed the foregoing *Notice of Withdrawal and Substitution of Counsel* with the Clerk of the United States District Court for the Middle District of North Carolina using the CM/ECF system which will send notification of this filing and an electronic copy of same to all counsel of record registered with the CM/ECF system, and I hereby certify that I have thereby electronically served the document upon all counsel in this action registered with the CM/ECF system.

                BY: /s/ Georgia H. Malik
                    GEORGIA H. MALIK
                    NC State Bar No. 56530
                    CRANFILL SUMNER LLP
                    Post Office Box 27808
                    Raleigh, NC 27611-7808
                    Telephone: (919) 828-5100
                    Fax: (919) 828-2277
                    Email: gmalik@cshlaw.com