IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| JUSTICE FOR THE NEXT GENERATION, et al., | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | )<br>)   1:20-CV-998 |
| TERRY JOHNSON, individually and in his official capacity as Alamance County Sheriff, et al., | )<br>)<br>)<br>) |
| Defendants. | )<br>)<br>)<br>) |

## ORDER GRANTING PLAINTIFFS' CONSENT MOTION TO EXTEND DEADLINE FOR FILING STIPULATION OF DISMISSAL

For good cause shown, Plaintiffs' Consent Motion to Extend Deadline for Filing Stipulation of Dismissal with Prejudice is **GRANTED**. This Court extends the deadline for filing a stipulation of dismissal to June 27, 2022

Dated: June 13th, 2022

_____
UNITED STATES DISTRICT JUDGE

1