IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| JUSTICE FOR THE NEXT GENERATION, et al., | ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | 1:20-CV-998 |
| TERRY JOHNSON, individually and in his official capacity as Alamance County Sheriff, et al., | ) ) ) ) ) | |
| Defendants. | ) ) ) ) | |

## ORDER APPROVING SETTLEMENT AGREEMENT

The plaintiffs move for court approval of a settlement of the claims brought by guardians *ad litem* on behalf of four minor plaintiffs, M.E., Z.P., J.A., and B.A. The Court has reviewed the settlement agreement, Doc. 138-3, and other materials filed in support of the motion and considered the presentations of counsel and statements of the guardians *ad litem* at a hearing on June 14, 2022. In addition to the written settlement agreement, the Court has considered that the plaintiffs have agreed between and among themselves that each plaintiff will receive an equal amount of the total financial settlement, so that each of the four minor plaintiffs will receive $17,731.58.

Based on these materials and in light of its knowledge of and experience with the issues in this case, and for the reasons stated more fully in open court at the June 14, 2022,

1

hearing, the Court finds that the settlement agreement, attached as Exhibit A to the consent motion as supplemented in open court as to the division of the settlement proceeds among the plaintiffs, is fair, reasonable, and in the best interests of the minor plaintiffs.

It is **ORDERED** that the motion, Doc. 138, is **GRANTED**, the settlement is approved as in the best interests of the minor plaintiffs, and the Clerk is authorized to receive $70,926,32 from the defendants, to deposit the money in the Court Registry Investment System to earn interest pursuant to LR 67.1, and to hold $17,731.58 for each minor until the minor reaches the age of 18, subject to further order of the Court. A separate order will be entered under seal with the names and other personal identifying information of the minor plaintiffs for the Clerk's use in paying out the settlement funds.

This 17th day of June, 2022.

_____
UNITED STATES DISTRICT JUDGE