IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| JUSTICE FOR THE NEXT GENERATION, et al., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | 1:20-CV-998 |
| TERRY JOHNSON, individually and in his official capacity as Alamance County Sheriff, et al., | ) ) ) ) | |
| Defendants. | ) | |

## ORDER GRANTING CONSENT MOTION TO RETAIN JURISDICTION TO ENFORCE SETTLEMENT AGREEMENT

For good cause shown, Plaintiffs' Consent Motion to Retain Jurisdiction to Enforce Settlement Agreement, Doc. 137, is **GRANTED**. This Court retains exclusive jurisdiction over all matters relating to the interpretation, administration, implementation, effectuation, and enforcement of the parties' settlement agreement.

Dated: June 23, 2022

_____
UNITED STATES DISTRICT JUDGE

1