IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| JUSTICE FOR THE NEXT GENERATION, et al., | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) **Civil Action No. 1:20-cv-00998**<br>) |
| TERRY JOHNSON, et al., | )<br>)<br>) |
| Defendants. | ) |

## **STIUPLATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs hereby stipulate to the dismissal of all of their claims against all Defendants with prejudice, in accordance with the settlement agreement reached between the parties.

Respectfully submitted, this the 27th day of June, 2022.

Counsel for Plaintiffs:

| | |
|---|---|
| */s/ Dorian L. Spence*<br>Dorian L. Spence*<br>Maryland Bar No. 0912170195<br>dspence@lawyerscommittee.org<br>Jennifer Nwachukwu*<br>Maryland Bar No. 20869<br>jnwachukwu@lawyerscommittee.org<br>Lawyers' Committee for Civil Rights Under Law<br>1500 K Street NW, Suite 900<br>Washington, D.C. 20005<br>Tel. 202-662-8300 | */s/ Jaclyn Maffetore*<br>Kristi L. Graunke<br>North Carolina Bar No. 51216<br>kgraunke@acluofnc.org<br>Jaclyn Maffetore<br>North Carolina Bar No. 50849<br>jmaffetore@acluofnc.org<br>Daniel K. Siegel<br>North Carolina Bar No. 46397<br>dsiegel@acluofnc.org<br>ACLU of North Carolina<br>P. O. Box 28004<br>Raleigh, NC 27611-8004<br>Tel: 919-834-3466 |

Jason L. Keith
North Carolina Bar No:34038
Keith & Associates, PLLC
241 Summit Avenue,
Greensboro, NC 27401

*/s/ Stephen M. Medlock*

Michael Bornhorst*
Geoffrey Pipoly*
MAYER BROWN LLP
71 S. Wacker Dr.
Chicago, IL 60606
(312) 782-0600
mbornhorst@mayerbrown.com
gpipoly@mayerbrown.com

Kfir B. Levy*
Stephen M. Medlock*
MAYER BROWN LLP
1999 K Street, N.W.
Washington, D.C. 20006-1101
(202) 263-3000
klevy@mayerbrown.com
smedlock@mayerbrown.com

*\* By Special Appearance*

Counsel for Defendants:

**Envisage Law**

By: */s/ Anthony J. Biller*
Anthony J. Biller
NC State Bar No. 24117
Adam P. Banks
NC State Bar No. 47559
2601 Oberlin Rd., Ste. 100
Raleigh, NC  27608
Tel: (919) 715-1317
Fax: (919) 782-0452
ajbiller@envisage.law
abanks@envisage.law

*Attorneys for Graham Defendants*

**Hall Booth Smith, P.C.**

By: */s/ Scott MacLatchie*
Scott MacLatchie
NC State Bar No. 22824
Christian Ferlan
NC State Bar No. 53459
11215 N. Community House Rd., Ste. 750
Charlotte, NC  28277
Tel: (980) 949-7822
smaclatchie@hallboothsmith.com
cferlan@hallbootsmith.com

*Attorneys for Graham Defendants*

2

| **Cranfill Sumner LLP** | **Frazier, Hill & Fury, R.L.L.P.** |
|---|---|
| By: */s/ Georgia H. Malik* | By: */s/ William L. Hill* |
| Georgia H. Malik | William L. Hill |
| NC State Bar No. 56530 | NC State Bar No. 21095 |
| Cranfill Sumner LLP | 2307 W. Cone Blvd., Ste. 260 |
| P.O. Box 27808 | P.O. Box 1559 |
| Raleigh, NC 27611-7808 | Greensboro, NC 27401 |
| Tel. 919-828-5100 | Tel: (336) 378-9411 |
| Fax. 919-828-2277 | Fax: (336) 274-7358 |
| gmalik@cshlaw.com | whill@frazierlawnc.com |
| *Counsel for Alamance Defendants* | *Counsel for Alamance Defendants* |

## **CERTIFICATE OF SERVICE**

I certify that on June 27, 2022 I caused the foregoing document to be filed using the Court's CM/ECF which will electronically notify all counsel of record.

*/s/ Stephen M. Medlock*
Stephen M. Medlock
Counsel for Plaintiffs

4

Case 1:20-cv-00998-CCE-LPA   Document 147   Filed 06/27/22   Page 4 of 4