

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

JUSTICE FOR THE NEXT )
GENERATION, et al., )
)
      Plaintiffs, )
)
v. )
) Civil Action No. 1:20-cv-00998
TERRY JOHNSON, individually and )
in his official capacity as Alamance )
County Sheriff, et al., )
)
      Defendants. )

## AMENDED ORDER APPROVING SETTLEMENT AGREEMENT

**IT IS ORDERED** that the motion, Doc. 138, is GRANTED, the settlement is approved as in the best interest of the minor plaintiffs, and the Clerk is authorized to receive $70,926.32 from the defendants, to deposit the money in the Court Registry Investment System to earn interest pursuant to LR 67.1, and to hold $17,731.58 plus any accrued interest for each minor until the minor reaches the age of 18, subject to further of the Court. A separate order was previously entered under seal with the names and other personal identifying information of the minor plaintiffs, which the Clerk shall use in paying out the settlement funds plus interest.

Dated: July 18, 2023

                                               UNITED STATES DISTRICT JUDGE